# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THE TRUSTEES OF PURDUE
UNIVERSITY,

      Plaintiff,

      v.

WOLFSPEED, INC.,

      Defendant.

Civil Action No. 1:21-cv-840

**JURY TRIAL DEMANDED**

## PLAINTIFF'S THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Court's Scheduling Order (Dkts. 44, 45), and the Consent Motion for Extension of Time to Seek Leave to Amend the Complaint (Dkt. 78), Plaintiff, The Trustees of Purdue University ("Purdue"), files its Third Amended Complaint for Patent Infringement against Defendant Wolfspeed, Inc. ("Wolfspeed") (known as Cree, Inc. before October 4, 2021) as follows:

## PRELIMINARY STATEMENT

1.     In 2004, Dr. James Cooper along with his then-student, Dr. Asmita Saha, Ph.D. developed a silicon carbide ("SiC") semiconductor device that could serve high-power applications and was of a reduced size, such that it could be commercially profitable. This design was captured in U.S. Patent No. 7,498,633 (the "'633 Patent"), which is attached hereto as <u>Exhibit A</u> and is also publicly available at https://pdfpiw.uspto.gov/.piw?PageNum=0&docid=7498633.

2.     The '633 Patent was the product of years of Dr. Cooper's research in SiC metal–oxide–semiconductor field-effect transistors at Purdue University. Metal-oxide-semiconductor field-effect transistor ("MOSFET") describes a semiconductor device with a control gate that may be constructed of any highly conductive material, including doped polycrystalline silicon (polysilicon).

3.     Wolfspeed, a commercial producer of SiC MOSFETs, maintained a collaborative research relationship with Dr. Cooper and Purdue University from 1992 until at least 2006.

4.     Wolfspeed invested significant resources in designing a SiC MOSFET that could reliably provide high blocking voltage (greater than 500V) in the off-state, low on-state resistance and be commercially profitable to manufacture.

5.     Since the issuance of the '633 Patent on March 3, 2009 to the present, Wolfspeed has and continues to directly, indirectly, and willfully infringe one or more claims of the '633 Patent by making, using, offering to sell and selling SiC MOSFETs that fall within the scope of the '633 Patent.

## THE PARTIES

6.     Purdue is a statutory body corporate created by and existing under Indiana law, charged by Indiana law with the responsibility for operating Purdue University, and the assignee and exclusive owner of all rights, title, and interest in the '633 Patent. Purdue's principal place of business is at 610 Purdue Mall, West Lafayette, Indiana 47907.

7.     Founded in 1869, Purdue is a public land-grant research university under the 1862 Morrill Act that is consistently ranked among the top universities in the world. Purdue enrolls more than 40,000 students under the guidance of over 16,000 faculty and staff. In September of 2020, U.S. News & World Report ranked Purdue the fifth most innovative school in the United States. Purdue's professional and graduate programs include the well-ranked College of Engineering, Krannert School of Management, College of Education, and College of Pharmacy. Purdue's esteemed School of Aeronautics and Astronautics within the College of Engineering is known as the "Cradle of Astronauts" for producing twenty-six astronauts, including Neil Armstrong and Gus Grissom. Other notable Purdue

alumni are Nobel Prize winners Edward Mills Purcell, Ben Roy Mottelson, and Akira Suzuki. Purdue has also generated twenty-four National Academy of Engineering members.

8.     Purdue is Indiana's primary driver for economic growth in science and technology. For example, Purdue spent over $435 million on research during the 2019-2020 fiscal year, founded more than 80 technology startups, and raised more than $96 million in venture capital funding. In both 2020 and 2021, according to the National Academy of Inventors and Intellectual Property Owners Association's annual report, Purdue ranked sixth globally for receiving U.S. utility patents. This distinction marks the eighth straight year that Purdue has ranked in the top twenty.

9.     During his 33 years at Purdue, Dr. Cooper graduated 27 Ph.D. and 10 M.S. thesis students and was principal investigator on over $40 million in sponsored research grants.

10.     Dr. Cooper led a fundraising campaign that culminated in the construction of the Birck Nanotechnology Center on Purdue's campus. He served as founding Co-Director of the Birck Center from 2001–2006 and as interim Director from March 2009 to September 2010.

11.     Purdue is an instrumentality of the State of Indiana, created and authorized by the Indiana General Assembly under Indiana Code §§ 21-23-2-1 *et seq*., and thus enjoys sovereign immunity. *Kashani v. Purdue Univ.*, 813 F.2d 843, 845 (7th Cir. 1987); *Wasserman v. Purdue Univ.*, 431 F. Supp. 2d 911, 916 (N.D. Ind. 2006) ("[T]he Board of

4

Trustees [of Purdue] is a political arm of the state which is immune to suit."); *Harris v. Trustees of Purdue Univ.*, No. 1:16-cv-00824-TWP-MPB, 2017 WL 529598, at *2 (S.D. Ind. Feb. 8, 2017).

12.     Purdue's participation in this proceeding is not consent to the power of any court sitting outside of this District. Purdue does not waive any attribute of sovereignty owing to the State of Indiana and Purdue's status as an arm of the same. Purdue does not waive immunity to *inter partes* review, *ex parte* reexamination, or other post-grant proceedings at the United States Patent and Trademark Office ("USPTO"). Purdue does not waive immunity to any non-compulsory counterclaims, or to any other federal or state proceedings whatsoever, whether or not initiated by Defendant.

13.     Wolfspeed is a North Carolina corporation with its principal place of business at 4600 Silicon Drive, Durham, North Carolina 27703-8475, and can be served through its registered agent, Bradley D. Kohn, at this same address.

14.     Wolfspeed makes, offers to sell, and sells silicon carbide metal oxide semiconductor field effect transistors (SiC MOSFETs) in the United States, including one with part number C2M0040120D.[1]

---

[1]*See* https://www.wolfspeed.com/products/power/sic-mosfets/; https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/; https://www.wolfspeed.com/products/power/sic-power-modules/, attached hereto as Exhibits B-D.

Case 1:21-cv-00840-WO-LPA   Document 83   Filed 02/13/23   Page 5 of 332

## JURISDICTION AND VENUE

15.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Patent Laws of the United States, 35 U.S.C. §§ 1 *et seq*.

16.     This Court has personal jurisdiction over Wolfspeed because Wolfspeed is a resident of this District and the State of North Carolina, as it is registered and has its principal place of business in this District.

17.     Furthermore, Purdue's causes of action arise from Wolfspeed's contacts with and activities in this District and the State of North Carolina. Wolfspeed has committed acts that infringe the '633 Patent within this District and the State of North Carolina by making, using, selling, offering for sale, and/or importing infringing products in or into this District and elsewhere in the State of North Carolina. Wolfspeed makes, uses, sells, offers for sale, ships, distributes, advertises, promotes, and/or otherwise commercializes such infringing products in this District and the State of North Carolina. Wolfspeed regularly conducts and solicits business in, engages in other persistent courses of conduct in, and/or derives substantial revenue from goods and services provided to residents of this District and the State of North Carolina.

18.     Venue is proper in this District under 28 U.S.C. § 1400(b) because Wolfspeed is a resident of this District, where it is registered and headquartered.

19.     Purdue does not waive its sovereign immunity as to any venue, including district courts and administrative tribunals, other than this Court, namely the United States District Court for the Middle District of North Carolina.

**THE INVENTORS**

20.     The inventors of the '633 Patent, the asserted patent, are James A. Cooper, Ph.D. and Asmita Saha, Ph.D.

21.     Dr. Cooper is a Jai N. Gupta Professor Emeritus of Electrical and Computer Engineering at Purdue University. Dr. Cooper received his Ph.D. from Purdue in 1973. From 1973 to 1983, Dr. Cooper was a Member of Technical Staff (MTS) at Bell Laboratories, Murray Hill, NJ, where he was principal designer of AT&T's first CMOS microprocessor and developed a time-of-flight technique for characterizing high-field electron transport in silicon inversion layers.

22.     Dr. Cooper joined the Purdue faculty in 1983 where he was the Founding Director of the Purdue Optoelectronics Research Center. Since 1991, Dr. Cooper has explored device technology in the wide bandgap semiconductor SiC (silicon carbide). Dr. Cooper's group at Purdue demonstrated the first monolithic integrated circuits in SiC (1993), the first planar DMOS power transistors (1996), the first lateral DMOSFETs (1997), and the first self-aligned short-channel DMOSFETs (2003).

23.     Dr. Cooper was elected Fellow of the Institute of Electrical and Electronics Engineers ("IEEE") in 1993. The "IEEE Fellow" honor is limited to a maximum of 0.1% of the worldwide IEEE membership each year.

24. Dr. Cooper has co-authored over 295 technical papers and conference presentations, 5 book chapters, 23 issued U.S. patents, and a widely used textbook on SiC technology (i.e., Kimoto and J. A. Cooper, *Fundamentals of Silicon Carbide Technology*, Wiley, Singapore, 2014) that has been cited over 1000 times by other researchers.

25. Dr. Asmita Saha was Dr. Cooper's Ph.D. student. Under Dr. Cooper's guidance, Dr. Saha earned her doctorate from Purdue's School of Electrical and Computer Engineering in 2006. Dr. Saha's thesis began by optimizing the design of SiC power DMOSFETs using two-dimensional computer analysis. Dr. Saha then went on to fabricate and characterize the optimized DMOSFETs, achieving record performance. Dr. Saha's optimized SiC DMOSFETs were the first SiC DMOSFETs to employ segmented base contacts to reduce unit cell area.

## WOLFSPEED AND PURDUE'S COLLABORATION IN THE DEVELOPMENT OF SILICON CARBIDE MOSFETS

26. Starting around 1986, Dr. Cooper began exploring the possibility of building dynamic memories in GaAs for use with the GaAs-based microprocessors being developed by other groups under the DARPA's "Very High Speed Integrated Circuits" program (VHSIC).

27. Around the same time, several former graduate students of Prof. Robert Davis at North Carolina State University were forming a company called Cree Research to develop semiconductor devices using silicon carbide (SiC). Cree, later to be called Wolfspeed was incorporated in July 1987. Wolfspeed's founder's programs had focused

8

on the challenges in growing single-crystal wafers of SiC and fabricating simple electrical and optical devices on them. Wolfspeed was formed to commercialize SiC technology.[2] Wolfspeed was supported in its early years by funding from the U.S. Office of Naval Research ("ONR"). ONR funded Wolfspeed to compete with ongoing SiC research and development in the former Soviet Union.[3]

28.     The Wolfspeed founders included Calvin Carter, John Palmour, John Edmunds, and two brothers – Eric and Neal Hunter. Prof. Davis was quoted as saying that Eric Hunter "wanted to form a company the day he arrived for graduate school."[4]

29.     Wolfspeed's initial products were blue light-emitting diodes ("LEDs").[5] Blue LEDs had not been previously available. The wide bandgap of SiC made light emission in the higher-energy blue portion of the spectrum manufacturable on a commercial scale.

30.     Wolfspeed introduced the first SiC-based blue LED in 1989.[6]

31.     Wolfspeed was initially the world's exclusive commercial supplier of blue LEDs.[7]

32.     Light-emitting diodes in SiC were extremely inefficient due to the inherent electro-optical properties of the material (specifically, the fact that SiC is a "direct

---

[2] https://www.bizjournals.com/triangle/stories/2003/06/23/story2.html, attached hereto as Exhibit E.
[3] Cree Research Part I: Quietly Positioned for SiC Dominance by Jo Ann McDonald, U.S. Correspondence, attached hereto as Exhibit F.
[4] Exhibit E.
[5] Exhibit F.
[6] https://www.wolfspeed.com/company/about/.
[7] Exhibit F.

bandgap" material). In 1992, Japanese researchers reported the first highly-efficient blue LEDs based on a different semiconductor, GaN. Wolfspeed quickly switched its LED product development to this new material, concurrently continuing to produce and sell SiC wafers. Wolfspeed's SiC device focus shifted from LEDs to diode rectifiers and power transistors.

33.    In 1990, Wolfspeed reported revenue of $1.3 million and a net loss of $1.77 million.[8]

34.    Purdue first came into contact with Wolfspeed around 1991 at an ONR Program Review in Washington, DC (the "1991 ONR Program Review").

35.    During the 1991 ONR Program Review, Dr. Cooper gave a presentation on storage times in bipolar-accessed one-transistor GaAs dynamic memory cells, where the charge is stored on a reverse-biased p-n junction.

36.    Dr. Calvin Carter, a co-founder of Wolfspeed and the Director of Materials Technology at the time, presented at the ONR Program Review data on the extremely low reverse leakage currents in SiC p-n diodes.

37.    After hearing the presentations of Dr. Cooper and Dr. Carter at the ONR Program Review, Max Yoder, the Director of Electronics Division at ONR, introduced Dr. Cooper and Dr. Carter to one another.

---

[8] *See* <u>Exhibit E</u>.

38.     Mr. Yoder told Dr. Cooper and Dr. Carter to "go out in the hall and come up with a joint proposal to develop one-transistor memories in SiC." This was the beginning of Purdue and Wolfspeed's collaboration on SiC technology.

39.     At Purdue, Prof. Cooper had been working with Prof. Michael Melloch on GaAs memory development. Dr. Cooper and Dr. Melloch continued their collaboration as they transitioned their research into SiC.

40.     Dr. Cooper and Dr. Melloch partnered with Dr. Carter and Dr. John Palmour, another co-founder of Wolfspeed, from 1992 to 1995, to develop non-volatile random-access memories (NVRAMs) in 4H-SiC. The research into NVRAMs was initially funded by the *Strategic Defense Initiative Organization* (SDIO). More funding for the NVRAM research at Purdue and Wolfspeed was later provided by the *Ballistic Missile Defense Organization* (BMDO).

41.     To perform the NVRAM research, Wolfspeed hired an experienced silicon DRAM designer to design the addressing circuitry. Purdue developed the bipolar-accessed one-transistor charge storage cell for the NVRAM project.

42.     At the time of the NVRAM project, Dr. Palmour served as Wolfspeed's Chief Technology Officer of Advanced Devices, including wide band gap RF, microwave and power switching devices. Dr. Palmour eventually took the title of Chief of Technology at Wolfspeed.

43.     In September 1995, ONR awarded Purdue a five-year $10.45 million as part of ONR's Multidisciplinary University Research Initiative (MURI) program entitled

11

"Manufacturable Power Switching Devices." The goal of the MURI Manufacturable Power Switching Devices program was to develop power transistors using the wide bandgap materials SiC and GaN.

44.     Purdue's subcontractors in the MURI Manufacturable Power Switching Devices program were University of Texas at Austin ("UT Austin"), Rensselaer Polytechnic Institute ("RPI"), Howard University ("Howard"), and Wolfspeed. UT Austin developed power devices using GaN, while Purdue, RPI, Howard, and Wolfspeed developed power devices using SiC.

45.     Wolfspeed's funding under the MURI Manufacturable Power Switching Devices Program came to $1,447,866 over five years.

46.     In 1994, prior to the start of the MURI Manufacturable Power Switching Devices program, Wolfspeed had developed the first SiC trench-based power MOSFETs with a blocking voltage of 260V.[9]

47.     The blocking voltage of Wolfspeed's SiC trench MOSFETs was limited by oxide breakdown at the trench corners due to electric field crowding in the blocking state. Oxide breakdown typically does not occur in silicon MOSFETs, but it can be a problem in SiC because the electric fields in SiC can be up to 7 times higher than in silicon. Today, it is generally recognized that power device designs cannot be transferred from silicon into

---

[9] J. W. Palmour, et al., "SiC Power Devices for Energy Efficiency," *International Conference on Silicon Carbide and Related Devices (ICSCRM),* Cleveland, OH, September 11-16, 2011, which is attached hereto as Exhibit G.

SiC without considering the differences in material properties and how they affect device operation.

48.     Wolfspeed failed to develop a commercially successful SiC trench MOSFET. Wolfspeed's failure to develop a commercially successful trench SiC MOSFET was due in part to the design's premature oxide breakdown.

49.     During the MURI Manufacturable Power Switching Devices program, Purdue developed the first planar (non-trench) SiC MOSFET (DMOSFET).[10]

50.     Purdue's planar SiC MOSFET structure eliminated the field-crowding problem that led to premature oxide breakdown in Wolfspeed's trench-based SiC UMOS transistors. The Purdue planar SiC MOSFET design resulted in SiC MOSFETs with blocking voltage ratings of 760V. The Wolfspeed trench SiC MOSFET design never achieved blocking voltages above 300V. Wolfspeed reported that its trench SiC MOSFET design achieved a blocking voltage of 260V.

51.     Purdue's planar SiC MOSFET structure had the benefit of using CMOS manufacturing techniques. CMOS manufacturing techniques in 2000 were well-understood. In 2000, the CMOS manufacturing techniques for the Purdue planar SiC MOSFET design could be performed on existing equipment sets.

---

[10] *See* J. N. Shenoy, M. R. Melloch, and J. A. Cooper, Jr., "High-voltage double-implanted MOS power transistors in 6H-SiC," *IEEE Dev. Res. Conf.*, Santa Barbara, CA, June 24-26, 1996, which is attached hereto as Exhibit H; J. N. Shenoy, J. A. Cooper, Jr., and M. R. Melloch, "High-Voltage Double-Implanted Power MOSFETs in 6H-SiC," *IEEE Electron Dev. Lett.*, 18 93-95 (1997), which is attached hereto as Exhibit I.

13

52.     Wolfspeed was unable to obtain wafer yields high enough to make the trench SiC MOSFET format commercially successful. Wolfspeed never achieved production yields for trench SiC MOSFETs above 60 percent.

53.     After the '633 Patent technology was disclosed, Wolfspeed redirected its research and development efforts from trench SiC UMOSFETs to Dr. Cooper's planar SiC DMOSFET format.

54.     Wolfspeed made a conscious decision to set aside its internally developed SiC trench MOSFET format and instead adopt Purdue's SiC planar MOSFET structure. Wolfspeed's decision to abandon its trench SiC MOSFET format and adopt the Purdue planar SiC MOSFET format was taken knowing that the '633 Patent covered the design Wolfspeed was adopting.

55.     Wolfspeed's transition from its trench SiC MOSFET design to Purdue's planar SiC DMOSFET design enabled Wolfspeed to manufacture SiC MOSFET wafers with commercial yields. Without adopting the Purdue SiC planar MOSFET design, Wolfspeed would not exist as a SiC MOSFET company.

56.     The executives at Wolfspeed, including Dr. Palmour, knew that the planar SiC MOSFET design Wolfspeed adopted was invented by Dr. Cooper at Purdue.

57.     The MURI Manufacturable Power Switching Devices program that included both Purdue and Wolfspeed was initially funded for three years, with two more option years possible.

58.     In 1998, at the end of the first three years, Dr. Robert Trew, DOD Deputy Director for Research and Engineering (DDR&E), decided that since the MURI programs were intended as university initiatives, Wolfspeed would not be allowed to participate in the last two option years of the Manufacturable Power Switching Devices program.

59.     To appeal the DDR&E decision not to include Wolfspeed in the final two years of the Manufacturable Power Switching Devices program, Dr. Cooper invited Drs. Carter and Palmour to go to Washington, D.C. with him and meet with Dr. Trew and appeal to him to allow Wolfspeed to continue participating.

60.     Drs. Cooper, Carter, and Palmour convinced Dr. Trew that the close interaction between the universities and Wolfspeed in the MURI Manufacturable Power Switching Devices program would accelerate the adoption of these technologies for both military and commercial systems.

61.     As a result of the efforts of Dr. Cooper, the DDR&E allowed Wolfspeed to complete the final two years of the MURI Manufacturable Power Switching Devices program.

62.     Dr. Cooper's intervention that enabled Wolfspeed to continue participating in the MURI Manufacturable Power Switching Devices program resulted in Wolfspeed receiving an additional $600,000 in funding that otherwise would have gone to the participating universities.

63.     Under Dr. Cooper's leadership, Purdue collaborated with Wolfspeed on SiC power device development from 1992 through 2006.

15

64. During the 14-year collaboration between Purdue and Wolfspeed, Purdue shared MOS interface analysis software with Wolfspeed and showed Wolfspeed scientists how to use the ac conductance technique to measure the density of trap states at the oxide/semiconductor interface. Trap states at the oxide/semiconductor interface are critical to power MOSFETs, and their control is essential for achieving high efficiency and acceptable long-term reliability.

65. Purdue and Wolfspeed exchanged samples and performed analyses on each other's samples, sharing results, recipes, and know-how.

66. As one example, working together Purdue and Wolfspeed confirmed that nitric oxide (NO) post-oxidation annealing could be used to reduce the density of trap states at the oxide-semiconductor interface, thereby increasing the electron mobility at the interface and reducing the on-state resistance of SiC power MOSFETs.

67. From 2002 to 2006, Purdue and Wolfspeed participated in a SiC development program funded by the Defense Advanced Research Projects Agency (DARPA).

68. Purdue continued its work on improving the oxide-semiconductor interface and investigated different edge termination designs for achieving higher blocking voltages in SiC power devices. These results of Purdue's work on improving the oxide-semiconductor interface were shared with Wolfspeed. The results of Purdue's investigation of different edge termination designs for achieving higher blocking voltages in SiC power devices were shared with Wolfspeed. The research and development on improving SiC

16

MOSFETs' oxide semiconductor interface enabled Wolfspeed to improve the performance of their power MOSFETs. The results of Purdue's investigation of different edge termination designs for achieving higher blocking voltages in SiC power devices enabled Wolfspeed to improve the performance of their power MOSFETs.

69.     As another example, in 2004. Purdue developed a process for fabricating self-aligned short-channel DMOSFETs in SiC.[11] Every Wolfspeed SiC DMOSFET uses a short channel.

70.     Under the same DARPA program, Wolfspeed developed high-voltage (10 kV) SiC DMOSFETs, using Purdue's MOS interface and edge-termination know-how revealed to Wolfspeed by Purdue during the DARPA program.[12]

71.     The DARPA funding ended in 2006, and Purdue and Wolfspeed went their separate ways.

### DR. COOPER AND DR. PALMOUR'S CLOSE PERSONAL FRIENDSHIP

72.     Through this professional collaboration, Dr. Cooper and Dr. Palmour developed a deep personal friendship based on mutual respect and cooperation.

---

[11] *See* M. Matin, A. Saha, and J. A. Cooper, Jr., "A self-aligned process for high-voltage, short-channel vertical DMOSFETs in 4H-SiC," *IEEE Transactions on Eletron Dev*ices, 51, 1721 (2004), which is attached hereto as <u>Exhibit J</u>.

[12] S-H Ryu, S. Krishnaswami, M. O'Laughlin, J. Richmond, A. Agarwal, J. Palmour, and A. R. Hefner, "10-kV, 123 mΩ-cm$^2$ 4H-SiC power DMOSFETs," *IEEE Electon Device Lett.*, 25, 556 (2004), which is attached hereto as <u>Exhibit K</u>.

73.    One unusual example of their relationship occurred when both Dr. Cooper and Dr. Palmour attended the 1993 *International Conference on Silicon Carbide and Related Materials* (ICSCRM) in Washington, D.C.

74.    After the conference, Dr. Palmour invited Dr. Cooper to visit Wolfspeed's headquarters, in Durham, North Carolina.

75.    Dr. Cooper was an avid private pilot and flew a small Purdue club airplane from Indiana to Washington National Airport for the conference. After the conference, Dr. Cooper invited Dr. Palmour to fly to North Carolina with him in the Purdue plane.

76.    Dr. Palmour accepted with some hesitation, and he grew more nervous after spotting duct-tape on the tail of the plane during pre-flight inspection. After boarding and being cleared for departure, the engine would not start. A mechanic was summoned. After diagnosing the problem, the mechanic went back to his shop and returned with a large hammer and a 2x4. He inserted the 2x4 between the propeller and cowling, struck a great blow with the hammer, stepped back and said, "try it now." Surprisingly, the engine cranked immediately and ran smoothly! After Dr. Palmour recovered from his shock, the pair took off and the remainder of the flight was smooth and uneventful. Dr. Cooper's logbook records that Dr. Palmour even took a hand at flying the plane. As years went by, Dr. Palmour never tired of re-telling the story, his embellishments increasing with every re-telling.

77.     In 2012, Dr. Cooper nominated Dr. Palmour for election to Fellow grade to the IEEE. Election requires evidence of significant contributions and is only open to 0.1% of the worldwide membership per year.

78.     In part as a result of Dr. Cooper's support, Dr. Palmour was elected the first time that he was nominated.

79.     In 2020, at the request of Dr. Carter, Dr. Cooper wrote a support letter for Dr. Palmour's nomination for the *National Medal of Technology*, comparing Dr. Palmour favorably to two Nobel Prize winners.

80.     In 2019, Dr. Cooper gave the keynote address at the *International Conference on Silicon Carbide and Related Materials* (ICSCRM) in Kyoto, Japan.

81.     During the 2019 ICSCRM, Dr. Palmour joined a Purdue lunch reunion with Dr. Cooper and several graduates from Purdue's SiC program, declaring himself "an honorary Boilermaker."

82.     During the lunch conversation, the subject of segmented base contacts in DMOSFETs came up.

83.     Dr. Cooper asked Dr. Palmour whether Dr. Palmour considered the idea of segmented base contacts in DMOSFETs to be practical for commercial devices.

84.     Dr. Palmour hesitated, smiled, and finally simply said "You're not wrong."

85.     This was first hint that the Purdue '633 Patent might have been adopted by commercial manufacturers.

86.     A photo of the lunch group is shown below.[13]



87.     In 2022, although this litigation was pending, Dr. Cooper nominated Dr. Sei-Hyung Ryu, a Purdue graduate and Wolfspeed employee, for elevation to Fellow grade in *IEEE*.

88.     Dr. Palmour wrote a support letter for Ryu's nomination and sent the below email to Dr. Cooper thanking him for nominating Ryu:

---

[13] Seated from left to right: Prof. Kung-Yen Lee (Nat'l. Taiwan U.), Prof. Chih-Fang Huang (Nat'l Tsing-Hua U.), Dr. Sei-Hyung Ryu (Wolfspeed), Prof. Cooper, Prof. Dallas Morisette (Purdue), Dr. Phil Neudeck (NASA), PhD student Madan Sampath (now at Wolfspeed), and Dr. John Palmour (Wolfspeed).



John Palmour <John.Palmour@wolfspeed.com>    February 28, 2022 at 5:09 PM
RE: Reminder about Fellow letter for Sei-Hyung
To: Jim Cooper <cooperj@purdue.edu>

Jim,

I just submitted it. Should be good now.

Thanks very much for doing this for Sei-Hyung.

John

**From:** Cooper, James A <cooperj@purdue.edu>
**Sent:** Friday, February 25, 2022 9:59 AM
**To:** John Palmour <John.Palmour@wolfspeed.com>
**Subject:** Re: Reminder about Fellow letter for Sei-Hyung

89.     Ryu was elected an *IEEE* Fellow based on Dr. Cooper's nomination and Dr. Palmour's support letter.

90.     In August 2020, Dr. Cooper asked Dr. Palmour to provide a letter-of-interest for Purdue's new tri-gate DMOSFET technology, developed under support from the Army Research Laboratory (ARL) and the Advanced Research Projects Agency of the DoE (ARPA-E):

21



**Jim Cooper <cooperj@purdue.edu>**                                      August 17, 2020 at 1:02 PM
Asking a favor...
To: John Palmour <john.palmour@wolfspeed.com>

Hi John,

I want to ask a favor. ARPA-E wants us to solicit letters-of-interest from commercial SiC companies in our tri-gate DMOSFET technology. I discussed this concept in my plenary talk at ICSCRM, but we now have device results. I'm attaching a preprint for *IEEE Electron Device Letters*. We're seeing a 3.8x reduction in channel resistance and a 2x reduction in total device resistance at 650 V (the latter assumes a thinned substrate). As you pointed out at ICSCRM, the improvement would diminish at high temperatures, but it would still be substantial. The fabrication process only requires one step beyond that of a planar DMOSFET: the trench etch. It also requires low-MeV implants, but many foundries have such tools on-line already.

A support letter could say the technology appears promising, and you may consider moving in this direction on future generations of product. This is critical – our next round of funding depends upon expressions of interest and support from industry.

BTW, if you're seriously interested, we'd be happy to share processing details confidentially, or collaborate in other ways.

Thanks for your help,

— Jim

-------------------------------------------
James A. Cooper
Jai N. Gupta Professor Emeritus, Purdue University
President, Sonrisa Research, Inc.
31 Sonrisa Trail, Santa Fe, NM 87506 USA
Main: 1-505-983-7986, Cell: 1-765-714-0512
 -------------------------------------------



The Tri-Gate
DMOSFET.pdf

91.     Dr. Palmour agreed and expressed an interest in future collaboration:



JP  **John Palmour <John.Palmour@wolfspeed.com>**  August 18, 2020 at 8:17 AM
RE: Asking a favor...
To: Jim Cooper <cooperj@purdue.edu>

Jim,

Very nice results! As for a letter, sure thing. As always, if you happen to have a draft form I can start from, it would help a lot. I can then put in my own voice and alter as needed. And yes, we may be interested in digging further. We're kind of locked and loaded for the next couple of years with stuff already underway, but this would be an interesting approach after that.

Hope all is well, and your family is staying safe.

John

**From:** Cooper, James A <cooperj@purdue.edu>
**Sent:** Monday, August 17, 2020 3:02 PM
**To:** John Palmour <John.Palmour@wolfspeed.com>
**Subject:** Asking a favor...

92.     Dr. Cooper and Dr. Palmour continued to hold each other's work in high regard, and remained hopeful that they might collaborate in the future. Unfortunately, this possibility was eliminated by Dr. Palmour's untimely death in 2022.

## THE INVENTION

93.     Wolfspeed and Purdue both understood from the beginning of their collaboration that SiC can operate at much higher voltages than Silicon. Often, controlling higher voltages using silicon transistors required connecting many such transistors in series (i.e., in a chain). If SiC transistors were used instead, the circuit might only require a single transistor. This reduces cost, simplifies assembly, and increases reliability through reduced parts count.

94.     Dr. Cooper's development of the planar MOSFET in 1996 shifted the MOSFET industry from trench to planar.

23

95.     Dr. Cooper's invention, encapsulated in the '633 Patent, allowed manufacturers to improve the performance and reduce the cost of SiC planar MOSFETs, making them commercially profitable.

96.     Dr. Cooper and Dr. Saha developed a planar SiC MOSFET, in combination with segmented base contacts and a narrow JFET width—less than about three microns—that could deliver high-voltage power, without high risk of system failure, and in a reduced size.

## WOLFSPEED'S CONDUCT FOLLOWING THE INVENTION

97.     The first commercial SiC DMOSFETs were introduced by Wolfspeed in 2011. In the following years, several other companies began manufacturing and selling SiC DMOSETs using the structure first demonstrated by Dr. Cooper's group at Purdue. These companies include STMicroelectronics, Littelfuse, Navitas, and SemiQ, among others.

98.     In 2020, Wolfspeed announced the sale of its LED products business unit, Cree LED, and focused Wolfspeed on SiC power devices and substrates.

99.     Through its co-founders and employees, Wolfspeed has repeatedly credited Purdue and Dr. Cooper with the development of SiC DMOSFET devices.

100.     Wolfspeed has regularly hired Ph.D. graduates from the Purdue SiC program, including Dr. Scott Sheppard (1995), Dr. Sei-Hyung Ryu (1997), Dr. Mrinal Das (1999), Dr. Jason Henning (1999), Dr. Naeem Islam (2020), and Dr. Madan Sampath (2021).

101.    At the *International Conference on Silicon Carbide and Related Materials* ("ICSCRM") in 2011, Dr. Palmour credited Dr. Cooper and Purdue with designing the first planar SiC Double-Implanted MOSFET in 1996. [14]



102.    During this same presentation, Dr. Palmour credited Dr. Cooper's group at Purdue with developing the Self-Aligned SiC Double Implanted MOSFET circa 2004:[15]

---

[14] <u>Exhibit G</u> at 15.
[15] *Id.* at 17.



103.    Dr. Palmour's presentation also explained that "SiC power switches will provide the next push in growth – After 25 years of research, SiC MOSFETs are finally available!"[16]

104.    More recently, Dr. Rahul Potera, a Senior Staff Scientist in SiC Power Device Technology Development at Wolfspeed, testified in the Texas Action[17] that he had "great respect" for Dr. Cooper, that Dr. Cooper is "a senior professor in this field," and that Dr. Cooper "advance[d] [his] knowledge of designing silicon carbide MOSFETs."[18]

105.    Dr. Potera testified that when he was working at SemiQ, a SiC Power MOSFET manufacturer, he sent an email acknowledging the pervasive influence of

---

[16] *Id.* at 55.
[17] The Texas Action refers to *The Trustees of Purdue University v. STMicroelectronics International N.V. et al.*, Civil Action No. 6:21-cv-00727 (W.D. Tex.).
[18] Potera Dep. Tr. at 34:5–19. True and correct excerpts from Dr. Rahul Potera's deposition transcript are attached hereto as <u>Exhibit L</u>.

26

Dr. Cooper's work, explaining that SemiQ was "using the Purdue planar MOSFET **patent only to the extent that every other SiC planar MOSFET I know of also is**."[19]

## THE '633 PATENT

106.    The '633 Patent, entitled "High-Voltage Power Semiconductor Device," was duly and legally issued by the USPTO on March 3, 2009.

107.    The '633 Patent issued from U.S. Patent Application No. 11/338,007, which was filed on January 23, 2006, and claims priority to U.S. Provisional Application No. 60/646,152, which was filed on January 21, 2005.

108.    The '633 Patent relates generally to semiconductor devices, and more particularly to useful, novel, and non-obvious semiconductor devices for high-voltage power applications.

109.    Purdue is the owner of all rights, title, and interest in and to the '633 Patent with full right to enforce the '633 Patent, including the right to recover for past infringement damages and the right to recover future royalties, damages, and income. On May 2, 2006, as recorded with the USPTO on May 18, 2006, Drs. Cooper and Saha assigned their rights and interests in the '633 Patent to Purdue Research Foundation.

110.    Thereafter, Purdue Research Foundation assigned its rights and interest in the '633 Patent to Purdue on June 18, 2021, as recorded with the USPTO on June 21, 2021.

111.    Every claim of the '633 Patent is valid and enforceable and enjoys a statutory presumption of validity pursuant to 35 U.S.C. § 282.

_____
[19] Potera Dep. Tr. at 58:21–25.

112.    All requirements under 35 U.S.C. § 287 have been satisfied with respect to the '633 Patent.

113.    Wolfspeed has never, either expressly or impliedly, been licensed under the '633 Patent.

## INFRINGEMENT OF THE '633 PATENT

114.    Wolfspeed has, and continues to, directly (literally and/or under the doctrine of equivalents), indirectly (by inducement), and willfully infringe one or more claims of the '633 Patent in violation of 35 U.S.C. § 271, including, but not limited to claims 9 and 10.

115.    At one or more times during the period March 3, 2009 to the present, Wolfspeed directly infringed and continues to infringe the '633 Patent by making, using, offering for sale, selling, and/or importing in or into the United States, without authority, products that fall within the scope of one or more claims of the '633 Patent in violation of 35 U.S.C. § 271(a), including, but not limited to SiC power MOSFETs marketed or distributed under any of the following part numbers: C2M0280120D, C2M0160120D, C2M0080120D, C2M0040120D, C2M0025120D, C2M1000170J, C2M1000170D, C2M0080170P, C2M0045170P, C2M0045170D, C3M0060065K, C3M0060065J, C3M0060065D, C3M0015065K, C3M0015065D, C3M0025065J1, C3M0025065D, C3M0025065K, C3M0045065L, C3M0045065J1, C3M0045065D, C3M0045065K, C3M0060065L, C3M0120065L, C3M0120065D, C3M0120065J, C3M0120065K, C3M0032120J1, C3M0040120J1, C3M0040120D, C3M0040120K, C3M0075120D-A,

28

C3M0075120K-A, E3M0060065D, E3M0060065K, E3M0045065K, E3M0120090J, E3M0016120K, E3M0021120K, E3M0032120K, E3M0040120K, E3M0075120K, E3M0075120D, E3M0160120K, E3M0280090D, E3M0120090D, E3M0065090D, C3M0280090J, C3M0280090D, C3M0120090J, C3M0120090D, C3M0065090J, C3M0065090D, C3M0030090K, C3M0120100K, C3M0120100J, C3M0065100K, C3M0065100J, C3M0350120J, C3M0350120D, C3M0160120J, C3M0160120D, C3M0075120K, C3M0075120J, C3M0075120D, C3M0032120K, C3M0032120D, C3M0021120K, C3M0021120D, C3M0016120D, C3M0016120K, CPM3-0650-0015A, CPM3-0650-0045A, CPM3-0650-0060A, EPM3-0750-0010D, CPM3-0900-0010A, CPM3-0900-0030A, CPM3-0900-0065A, EPM3-1200-R013D, CPM3-1200-0013A, EPM3-1200-0014D1, CPM3-1200-0016A, EPM3-1200-0017D1-R01, EPM3-1200-0017D-R01, CPM3-1200-0021A, CPM2-1200-0025A, CPM3-1200-0032A, CPM2-1200-0040A, CPM3-1200-0075A, CPM2-1200-0080A, CPM3-1200-0160A, CPM3-1700-R020E, CAB400M12XM3, CAB425M12XM3, CAB450M12XM3, EAB450M12XM3, CAS380M17HM3, CAS480M12HM3, CAB500M17HM3, CAR600M17HN6, CAR600M12HN6, CAB650M17HM3, CAB760M12HM3, CAB760M12HM3R, CAB008M12GM3, CAB008A12GM3, CAB006A12GM3, CAB006M12GM3, CCB032M12FM3, CCB021M12FM3, CAB016M12FM3, CAB011M12FM3, CAS120M12BM2, WAS175M12BM3, CAS175M12BM3, CAS300M17BM2, CAS300M12BM2, WAB300M12BM3, WAS350M12BM3, CAS350M12BM3, WAB400M12BM3, CAB530M12BM3, CAS530M12BM3, and WAS530M12BM3; all

products          identified          on          the          following          websites:

https://www.wolfspeed.com/products/power/sic-mosfets/,

https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/,

https://www.wolfspeed.com/products/power/sic-power-modules/; all products identified in response to Purdue's Interrogatory No. 1 (collectively, the "Accused Products"), as shown in Exhibits M & N.[20]

116.    Purdue adopts and incorporates by reference as if fully stated herein, the attached exemplary claim charts (Exhibits M & N), which further describe and demonstrate how Wolfspeed infringes at least claims 9 and 10 of the '633 Patent. Purdue also alleges that Wolfspeed infringes one or more additional claims of the '633 Patent in a similar manner.

117.    Each element of each asserted claim of the '633 Patent is considered to be literally present or, in the alternative, is present under the doctrine of equivalents. For example, the Accused Products literally include a "double-implanted metal-oxide semiconductor field effect transistor." If not literally present, the Accused Products infringe under the doctrine of equivalents because the polysilicon gates of the Accused Products (1) are considered by the industry, including by Wolfspeed, to be "metal" within the understanding of a metal-oxide semiconductor and (2) perform substantially the same function in substantially the same way to obtain the same result as pure "metal" gates. For

---

[20] These charts are exemplary of all Accused Products.

example, Boron as a polysilicon dopant is a metalloid, having properties of both metals and non-metals, conducting electricity like a metal at high temperatures.

118.    The data sheet for the Accused Product with part number C2M0280120D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C2M0280120D.pdf.

119.    Wolfspeed refers to the Accused Product with part number C2M0280120D as a MOSFET in its data sheet.

120.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), a copy of which is attached hereto as Exhibit B, lists the Accused Product with part number C2M0280120D.

121.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C2M0280120D as a MOSFET.

122.    The Accused Product with part number C2M0280120D includes a silicon carbide substrate.

123.    The Accused Product with part number C2M0280120D has segmented base contacts.

124.    The Accused Product with part number C2M0280120D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

125.    The Accused Product with part number C2M0280120D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

31

126. The Accused Product with part number C2M0280120D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

127. Wolfspeed understands and employs the term "JFET." For example, in a presentation titled "Next Generation SiC MOSFETs Performance and Reliability," Wolfspeed correctly labeled the JFET region of a MOSFET:[21]



128. This is consistent with the term as used in the industry and as used in the '633 Patent, including the asserted claims:[22]

---

[21] Exhibit O at 5.
[22] Exhibit A, FIG 1.



Fig. 1

129. The JFET region for the Accused Product with part number C2M0280120D is less than 3 microns.

130. On information and belief, the JFET region for the Accused Product with part number C2M0280120D is less than 1 micron.

131. Wolfspeed made the Accused Product with part number C2M0280120D in the United States during the period March 3, 2009 to the present.

132. Wolfspeed continues to make the Accused Product with part number C2M0280120D in the United States.

133. Wolfspeed used the Accused Product with part number C2M0280120D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

134. Wolfspeed continues to provide samples of the Accused Product with part number C2M0280120D in the United States.

33

135. Wolfspeed used the Accused Product with part number C2M0280120D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

136. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C2M0280120D in the United States.

137. Wolfspeed sold the Accused product with part number C2M0280120D in the United States during the period March 3, 2009 to the present date.

138. Wolfspeed continues to sell samples of the Accused Product with part number C2M0280120D in the United States.

139. Wolfspeed offered to sell the Accused Product with part number C2M0280120D in the United States during the period March 3, 2009 to the present.

140. Wolfspeed continues to offer to sell the Accused Product with part number C2M0280120D in the United States.

141. The data sheet for the Accused Product with part number C2M0160120D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C2M0160120D.pdf .

142. Wolfspeed refers to the Accused Product with part number C2M0160120D as a MOSFET on its data sheet.

143. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C2M0160120D.

144.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C2M0160120D as a MOSFET.

145.    The Accused Product with part number C2M0160120D includes a silicon carbide substrate.

146.    The Accused Product with part number C2M0160120D has segmented base contacts.

147.    The Accused Product with part number C2M0160120D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

148.    The Accused Product with part number C2M0160120D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

149.    The Accused Product with part number C2M0160120D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

150.    The JFET region for the Accused Product with part number C2M0160120D is less than 3 microns.

151.    On information and belief, the JFET region for the Accused Product with part number C2M0160120D is less than 1 micron.

152.    Wolfspeed made the Accused Product with part number C2M0160120D in the United States during the period March 3, 2009 to the present.

153.    Wolfspeed continues to make the Accused Product with part number C2M0160120D in the United States.

154.    Wolfspeed used the Accused Product with part number C2M0160120D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

155.    Wolfspeed continues to provide samples of the Accused Product with part number C2M0160120D in the United States.

156.    Wolfspeed used the Accused Product with part number C2M0160120D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

157.    Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C2M0160120D in the United States.

158.    Wolfspeed sold the Accused product with part number C2M0160120D in the United States during the period March 3, 2009 to the present date.

159.    Wolfspeed continues to sell samples of the Accused Product with part number C2M0160120D in the United States.

160.    Wolfspeed offered to sell the Accused Product with part number C2M0160120D in the United States during the period March 3, 2009 to the present.

161.    Wolfspeed continues to offer to sell the Accused Product with part number C2M0160120D in the United States.

162.   The data sheet for the Accused Product with part number C2M0080120D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C2M0080120D.pdf.

163.   Wolfspeed refers to the Accused Product with part number C2M0080120D as a MOSFET in its data sheet.

164.   The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C2M0080120D.

165.   The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C2M0080120D as a MOSFET.

166.   The Accused Product with part number C2M0080120D includes a silicon carbide substrate.

167.   The Accused Product with part number C2M0080120D has segmented base contacts.

168.   The Accused Product with part number C2M0080120D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

169.   The Accused Product with part number C2M0080120D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

170. The Accused Product with part number C2M0080120D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

171. The JFET region for the Accused Product with part number C2M0080120D is less than 3 microns.

172. On information and belief, the JFET region for the Accused Product with part number C2M0080120D is less than 1 micron.

173. Wolfspeed made the Accused Product with part number C2M0080120D in the United States during the period March 3, 2009 to the present.

174. Wolfspeed continues to make the Accused Product with part number C2M0080120D in the United States.

175. Wolfspeed used the Accused Product with part number C2M0080120D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

176. Wolfspeed continues to provide samples of the Accused Product with part number C2M0080120D in the United States.

177. Wolfspeed used the Accused Product with part number C2M0080120D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

178. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C2M0080120D in the United States.

179.    Wolfspeed sold the Accused product with part number C2M0080120D in the United States during the period March 3, 2009 to the present date.

180.    Wolfspeed continues to sell samples of the Accused Product with part number C2M0080120D in the United States.

181.    Wolfspeed offered to sell the Accused Product with part number C2M0080120D in the United States during the period March 3, 2009 to the present.

182.    Wolfspeed continues to offer to sell the Accused Product with part number C2M0080120D in the United States.

183.    The data sheet for the Accused Product with part number C2M0040120D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C2M0040120D.pdf.

184.    Wolfspeed refers to the Accused Product with part number C2M0040120D as a MOSFET in its data sheet.

185.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C2M0040120D.

186.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C2M0040120D as a MOSFET.

187.    The Accused Product with part number C2M0040120D includes a silicon carbide substrate.

188.    The Accused Product with part number C2M0040120D has segmented base contacts.

189.    The Accused Product with part number C2M0040120D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

190.    The Accused Product with part number C2M0040120D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

191.    The Accused Product with part number C2M0040120D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

192.    The JFET region for the Accused Product with part number C2M0040120D is less than 3 microns.

193.    information and belief, the JFET region for the Accused Product with part number C2M0040120D is less than 1 micron.

194.    Wolfspeed made the Accused Product with part number C2M0040120D in the United States during the period March 3, 2009 to the present.

195.    Wolfspeed continues to make the Accused Product with part number C2M0040120D in the United States.

196.    Wolfspeed used the Accused Product with part number C2M0040120D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

197.  Wolfspeed continues to provide samples of the Accused Product with part number C2M0040120D in the United States.

198.  Wolfspeed used the Accused Product with part number C2M0040120D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

199.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C2M0040120D in the United States.

200.  Wolfspeed sold the Accused product with part number C2M0040120D in the United States during the period March 3, 2009 to the present date.

201.  Wolfspeed continues to sell samples of the Accused Product with part number C2M0040120D in the United States.

202.  Wolfspeed offered to sell the Accused Product with part number C2M0040120D in the United States during the period March 3, 2009 to the present.

203.  Wolfspeed continues to offer to sell the Accused Product with part number C2M0040120D in the United States.

204.  The data sheet for the Accused Product with part number C2M0025120D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C2M0025120D.pdf.

205.  Wolfspeed refers to the Accused Product with part number C2M0025120D as a MOSFET in its data sheet.

206.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C2M0025120D.

207.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C2M0025120D as a MOSFET.

208.    The Accused Product with part number C2M0025120D includes a silicon carbide substrate.

209.    The Accused Product with part number C2M0025120D has segmented base contacts.

210.    The Accused Product with part number C2M0025120D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

211.    The Accused Product with part number C2M0025120D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

212.    The Accused Product with part number C2M0025120D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

213.    The JFET region for the Accused Product with part number C2M0025120D is less than 3 microns.

214. On information and belief, the JFET region for the Accused Product with part number C2M0025120D is less than 1 micron.

215. Wolfspeed made the Accused Product with part number C2M0025120D in the United States during the period March 3, 2009 to the present.

216. Wolfspeed continues to make the Accused Product with part number C2M0025120D in the United States.

217. Wolfspeed used the Accused Product with part number C2M0025120D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

218. Wolfspeed continues to provide samples of the Accused Product with part number C2M0025120D in the United States.

219. Wolfspeed used the Accused Product with part number C2M0025120D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

220. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C2M0025120D in the United States.

221. Wolfspeed sold the Accused product with part number C2M0025120D in the United States during the period March 3, 2009 to the present date.

222. Wolfspeed continues to sell samples of the Accused Product with part number C2M0025120D in the United States.

223.  Wolfspeed offered to sell the Accused Product with part number C2M0025120D in the United States during the period March 3, 2009 to the present.

224.  Wolfspeed continues to offer to sell the Accused Product with part number C2M0025120D in the United States.

225.  The data sheet for the Accused Product with part number C2M1000170J is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C2M1000170J.pdf.

226.  Wolfspeed refers to the Accused Product with part number C2M1000170J as a MOSFET in its data sheet.

227.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C2M1000170J.

228.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C2M1000170J as a MOSFET.

229.  The Accused Product with part number C2M1000170J includes a silicon carbide substrate.

230.  The Accused Product with part number C2M1000170J has segmented base contacts.

231.  The Accused Product with part number C2M1000170J has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

44

232. The Accused Product with part number C2M1000170J has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

233. The Accused Product with part number C2M1000170J has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

234. The JFET region for the Accused Product with part number C2M1000170J is less than 3 microns.

235. On information and belief, the JFET region for the Accused Product with part number C2M1000170J is less than 1 micron.

236. Wolfspeed made the Accused Product with part number C2M1000170J in the United States during the period March 3, 2009 to the present.

237. Wolfspeed continues to make the Accused Product with part number C2M1000170J in the United States.

238. Wolfspeed used the Accused Product with part number C2M1000170J to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

239. Wolfspeed continues to provide samples of the Accused Product with part number C2M1000170J in the United States.

240.    Wolfspeed used the Accused Product with part number C2M1000170J to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

241.    Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C2M1000170J in the United States.

242.    Wolfspeed sold the Accused product with part number C2M1000170J in the United States during the period March 3, 2009 to the present date.

243.    Wolfspeed continues to sell samples of the Accused Product with part number C2M1000170J in the United States.

244.    Wolfspeed offered to sell the Accused Product with part number C2M1000170J in the United States during the period March 3, 2009 to the present.

245.    Wolfspeed continues to offer to sell the Accused Product with part number C2M1000170J in the United States.

246.    The data sheet for the Accused Product with part number C2M1000170D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C2M1000170D.pdf.

247.    Wolfspeed refers to the Accused Product with part number C2M1000170D as a MOSFET in its data sheet.

248.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C2M1000170D.

249.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C2M1000170D as a MOSFET.

250.    The Accused Product with part number C2M1000170D includes a silicon carbide substrate.

251.    The Accused Product with part number C2M1000170D has segmented base contacts.

252.    The Accused Product with part number C2M1000170D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

253.    The Accused Product with part number C2M1000170D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

254.    The Accused Product with part number C2M1000170D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

255.    The JFET region for the Accused Product with part number C2M1000170D is less than 3 microns.

256.    On information and belief, the JFET region for the Accused Product with part number C2M1000170D is less than 1 micron.

257.    Wolfspeed made the Accused Product with part number C2M1000170D in the United States during the period March 3, 2009 to the present.

258.    Wolfspeed continues to make the Accused Product with part number C2M1000170D in the United States.

259.    Wolfspeed used the Accused Product with part number C2M1000170D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

260.    Wolfspeed continues to provide samples of the Accused Product with part number C2M1000170D in the United States.

261.    Wolfspeed used the Accused Product with part number C2M1000170D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

262.    Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C2M1000170D in the United States.

263.    Wolfspeed sold the Accused product with part number C2M1000170D in the United States during the period March 3, 2009 to the present date.

264.    Wolfspeed continues to sell samples of the Accused Product with part number C2M1000170D in the United States.

265.    Wolfspeed offered to sell the Accused Product with part number C2M1000170D in the United States during the period March 3, 2009 to the present.

266.    Wolfspeed continues to offer to sell the Accused Product with part number C2M1000170D in the United States.

267. The data sheet for the Accused Product with part number C2M0080170P is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C2M0080170P.pdf.

268. Wolfspeed refers to the Accused Product with part number C2M0080170P as a MOSFET in its data sheet.

269. The Accused Product with part number C2M0080170P includes a silicon carbide substrate.

270. The Accused Product with part number C2M0080170P has segmented base contacts.

271. The Accused Product with part number C2M0080170P has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

272. The Accused Product with part number C2M0080170P has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

273. The Accused Product with part number C2M0080170P has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

274. The JFET region for the Accused Product with part number C2M0080170P is less than 3 microns.

275. On information and belief, the JFET region for the Accused Product with part number C2M0080170P is less than 1 micron.

276. Wolfspeed made the Accused Product with part number C2M0080170P in the United States during the period March 3, 2009 to the present.

277. Wolfspeed continues to make the Accused Product with part number C2M0080170P in the United States.

278. Wolfspeed used the Accused Product with part number C2M0080170P to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

279. Wolfspeed continues to provide samples of the Accused Product with part number C2M0080170P in the United States.

280. Wolfspeed used the Accused Product with part number C2M0080170P to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

281. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C2M0080170P in the United States.

282. Wolfspeed sold the Accused product with part number C2M0080170P in the United States during the period March 3, 2009 to the present date.

283. Wolfspeed continues to sell samples of the Accused Product with part number C2M0080170P in the United States.

284. Wolfspeed offered to sell the Accused Product with part number C2M0080170P in the United States during the period March 3, 2009 to the present.

285. Wolfspeed continues to offer to sell the Accused Product with part number C2M0080170P in the United States.

286. The data sheet for the Accused Product with part number C2M0045170P is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C2M0045170P.pdf.

287. Wolfspeed refers to the Accused Product with part number C2M0045170P as a MOSFET in its data sheet.

288. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C2M0045170P.

289. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C2M0045170P as a MOSFET.

290. The Accused Product with part number C2M0045170P includes a silicon carbide substrate.

291. The Accused Product with part number C2M0045170P has segmented base contacts.

292. The Accused Product with part number C2M0045170P has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

293. The Accused Product with part number C2M0045170P has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

51

294. The Accused Product with part number C2M0045170P has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

295. The JFET region for the Accused Product with part number C2M0045170P is less than 3 microns.

296. On information and belief, the JFET region for the Accused Product with part number C2M0045170P is less than 1 micron.

297. Wolfspeed made the Accused Product with part number C2M0045170P in the United States during the period March 3, 2009 to the present.

298. Wolfspeed continues to make the Accused Product with part number C2M0045170P in the United States.

299. Wolfspeed used the Accused Product with part number C2M0045170P to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

300. Wolfspeed continues to provide samples of the Accused Product with part number C2M0045170P in the United States.

301. Wolfspeed used the Accused Product with part number C2M0045170P to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

302. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C2M0045170P in the United States.

303.    Wolfspeed sold the Accused product with part number C2M0045170P in the United States during the period March 3, 2009 to the present date.

304.    Wolfspeed continues to sell samples of the Accused Product with part number C2M0045170P in the United States.

305.    Wolfspeed offered to sell the Accused Product with part number C2M0045170P in the United States during the period March 3, 2009 to the present.

306.    Wolfspeed continues to offer to sell the Accused Product with part number C2M0045170P in the United States.

307.    The data sheet for the Accused Product with part number C2M0045170D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C2M0045170D.pdf.

308.    Wolfspeed refers to the Accused Product with part number C2M0045170D as a MOSFET in its data sheet.

309.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C2M0045170D.

310.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C2M0045170D as a MOSFET.

311.    The Accused Product with part number C2M0045170D includes a silicon carbide substrate.

312.   The Accused Product with part number C2M0045170D has segmented base contacts.

313.   The Accused Product with part number C2M0045170D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

314.   The Accused Product with part number C2M0045170D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

315.   The Accused Product with part number C2M0045170D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

316.   The JFET region for the Accused Product with part number C2M0045170D is less than 3 microns.

317.   On information and belief, the JFET region for the Accused Product with part number C2M0045170D is less than 1 micron.

318.   Wolfspeed made the Accused Product with part number C2M0045170D in the United States during the period March 3, 2009 to the present.

319.   Wolfspeed continues to make the Accused Product with part number C2M0045170D in the United States.

320.   Wolfspeed used the Accused Product with part number C2M0045170D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

321. Wolfspeed continues to provide samples of the Accused Product with part number C2M0045170D in the United States.

322. Wolfspeed used the Accused Product with part number C2M0045170D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

323. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C2M0045170D in the United States.

324. Wolfspeed sold the Accused product with part number C2M0045170D in the United States during the period March 3, 2009 to the present date.

325. Wolfspeed continues to sell samples of the Accused Product with part number C2M0045170D in the United States.

326. Wolfspeed offered to sell the Accused Product with part number C2M0045170D in the United States during the period March 3, 2009 to the present.

327. Wolfspeed continues to offer to sell the Accused Product with part number C2M0045170D in the United States.

328. The data sheet for the Accused Product with part number C3M0060065K is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0060065K.pdf.

329. Wolfspeed refers to the Accused Product with part number C3M0060065K as a MOSFET in its data sheet.

330.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0060065K.

331.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0060065K as a MOSFET.

332.    The Accused Product with part number C3M0060065K includes a silicon carbide substrate.

333.    The Accused Product with part number C3M0060065K has segmented base contacts.

334.    The Accused Product with part number C3M0060065K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

335.    The Accused Product with part number C3M0060065K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

336.    The Accused Product with part number C3M0060065K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

337.    The JFET region for the Accused Product with part number C3M0060065K is less than 3 microns.

338.    On information and belief, the JFET region for the Accused Product with part number C3M0060065K is less than 1 micron.

339.    Wolfspeed made the Accused Product with part number C3M0060065K in the United States during the period March 3, 2009 to the present.

340.    Wolfspeed continues to make the Accused Product with part number C3M0060065K in the United States.

341.    Wolfspeed used the Accused Product with part number C3M0060065K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

342.    Wolfspeed continues to provide samples of the Accused Product with part number C3M0060065K in the United States.

343.    Wolfspeed used the Accused Product with part number C3M0060065K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

344.    Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0060065K in the United States.

345.    Wolfspeed sold the Accused product with part number C3M0060065K in the United States during the period March 3, 2009 to the present date.

346.    Wolfspeed continues to sell samples of the Accused Product with part number C3M0060065K in the United States.

347.    Wolfspeed offered to sell the Accused Product with part number C3M0060065K in the United States during the period March 3, 2009 to the present.

348.    Wolfspeed continues to offer to sell the Accused Product with part number C3M0060065K in the United States.

349.    The data sheet for the Accused Product with part number C3M0060065J is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0060065J.pdf.

350.    Wolfspeed refers to the Accused Product with part number C3M0060065J as a MOSFET in its data sheet.

351.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0060065J.

352.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0060065J as a MOSFET.

353.    The Accused Product with part number C3M0060065J includes a silicon carbide substrate.

354.    The Accused Product with part number C3M0060065J has segmented base contacts.

355.    The Accused Product with part number C3M0060065J has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

356. The Accused Product with part number C3M0060065J has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

357. The Accused Product with part number C3M0060065J has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

358. The JFET region for the Accused Product with part number C3M0060065J is less than 3 microns.

359. On information and belief, the JFET region for the Accused Product with part number C3M0060065J is less than 1 micron.

360. Wolfspeed made the Accused Product with part number C3M0060065J in the United States during the period March 3, 2009 to the present.

361. Wolfspeed continues to make the Accused Product with part number C3M0060065J in the United States.

362. Wolfspeed used the Accused Product with part number C3M0060065J to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

363. Wolfspeed continues to provide samples of the Accused Product with part number C3M0060065J in the United States.

364. Wolfspeed used the Accused Product with part number C3M0060065J to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

365. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0060065J in the United States.

366. Wolfspeed sold the Accused product with part number C3M0060065J in the United States during the period March 3, 2009 to the present date.

367. Wolfspeed continues to sell samples of the Accused Product with part number C3M0060065J in the United States.

368. Wolfspeed offered to sell the Accused Product with part number C3M0060065J in the United States during the period March 3, 2009 to the present.

369. Wolfspeed continues to offer to sell the Accused Product with part number C3M0060065J in the United States.

370. The data sheet for the Accused Product with part number C3M0060065D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0060065D.pdf.

371. Wolfspeed refers to the Accused Product with part number C3M0060065D as a MOSFET in its data sheet.

372. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0060065D.

373. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0060065D as a MOSFET.

374. The Accused Product with part number C3M0060065D includes a silicon carbide substrate.

375. The Accused Product with part number C3M0060065D has segmented base contacts.

376. The Accused Product with part number C3M0060065D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

377. The Accused Product with part number C3M0060065D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

378. The Accused Product with part number C3M0060065D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

379. The JFET region for the Accused Product with part number C3M0060065D is less than 3 microns.

380. On information and belief, the JFET region for the Accused Product with part number C3M0060065D is less than 1 micron.

381. Wolfspeed made the Accused Product with part number C3M0060065D in the United States during the period March 3, 2009 to the present.

382. Wolfspeed continues to make the Accused Product with part number C3M0060065D in the United States.

383. Wolfspeed used the Accused Product with part number C3M0060065D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

384. Wolfspeed continues to provide samples of the Accused Product with part number C3M0060065D in the United States.

385. Wolfspeed used the Accused Product with part number C3M0060065D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

386. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0060065D in the United States.

387. Wolfspeed sold the Accused product with part number C3M0060065D in the United States during the period March 3, 2009 to the present date.

388. Wolfspeed continues to sell samples of the Accused Product with part number C3M0060065D in the United States.

389. Wolfspeed offered to sell the Accused Product with part number C3M0060065D in the United States during the period March 3, 2009 to the present.

390. Wolfspeed continues to offer to sell the Accused Product with part number C3M0060065D in the United States.

391.    The data sheet for the Accused Product with part number C3M0015065K is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0015065K.pdf.

392.    Wolfspeed refers to the Accused Product with part number C3M0015065K as a MOSFET in its data sheet.

393.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0015065K.

394.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0015065K as a MOSFET.

395.    The Accused Product with part number C3M0015065K includes a silicon carbide substrate.

396.    The Accused Product with part number C3M0015065K has segmented base contacts.

397.    The Accused Product with part number C3M0015065K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

398.    The Accused Product with part number C3M0015065K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

399. The Accused Product with part number C3M0015065K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

400. The JFET region for the Accused Product with part number C3M0015065K is less than 3 microns.

401. On information and belief, the JFET region for the Accused Product with part number C3M0015065K is less than 1 micron.

402. Wolfspeed made the Accused Product with part number C3M0015065K in the United States during the period March 3, 2009 to the present.

403. Wolfspeed continues to make the Accused Product with part number C3M0015065K in the United States.

404. Wolfspeed used the Accused Product with part number C3M0015065K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

405. Wolfspeed continues to provide samples of the Accused Product with part number C3M0015065K in the United States.

406. Wolfspeed used the Accused Product with part number C3M0015065K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

407. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0015065K in the United States.

408.    Wolfspeed sold the Accused product with part number C3M0015065K in the United States during the period March 3, 2009 to the present date.

409.    Wolfspeed continues to sell samples of the Accused Product with part number C3M0015065K in the United States.

410.    Wolfspeed offered to sell the Accused Product with part number C3M0015065K in the United States during the period March 3, 2009 to the present.

411.    Wolfspeed continues to offer to sell the Accused Product with part number C3M0015065K in the United States.

412.    The data sheet for the Accused Product with part number C3M0015065D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0015065D.pdf.

413.    Wolfspeed refers to the Accused Product with part number C3M0015065D as a MOSFET in its data sheet.

414.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0015065D.

415.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0015065D as a MOSFET.

416.    The Accused Product with part number C3M0015065D includes a silicon carbide substrate.

417. The Accused Product with part number C3M0015065D has segmented base contacts.

418. The Accused Product with part number C3M0015065D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

419. The Accused Product with part number C3M0015065D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

420. The Accused Product with part number C3M0015065D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

421. The JFET region for the Accused Product with part number C3M0015065D is less than 3 microns.

422. On information and belief, the JFET region for the Accused Product with part number C3M0015065D is less than 1 micron.

423. Wolfspeed made the Accused Product with part number C3M0015065D in the United States during the period March 3, 2009 to the present.

424. Wolfspeed continues to make the Accused Product with part number C3M0015065D in the United States.

425. Wolfspeed used the Accused Product with part number C3M0015065D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

426. Wolfspeed continues to provide samples of the Accused Product with part number C3M0015065D in the United States.

427. Wolfspeed used the Accused Product with part number C3M0015065D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

428. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0015065D in the United States.

429. Wolfspeed sold the Accused product with part number C3M0015065D in the United States during the period March 3, 2009 to the present date.

430. Wolfspeed continues to sell samples of the Accused Product with part number C3M0015065D in the United States.

431. Wolfspeed offered to sell the Accused Product with part number C3M0015065D in the United States during the period March 3, 2009 to the present.

432. Wolfspeed continues to offer to sell the Accused Product with part number C3M0015065D in the United States.

433. The data sheet for the Accused Product with part number C3M0025065J1 is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2021/11/C3M0025065J1.pdf.

434. Wolfspeed refers to the Accused Product with part number C3M0025065J1 as a MOSFET in its data sheet.

435.	The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0025065J1.

436.	The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0025065J1 as a MOSFET.

437.	The Accused Product with part number C3M0025065J1 includes a silicon carbide substrate.

438.	The Accused Product with part number C3M0025065J1 has segmented base contacts.

439.	The Accused Product with part number C3M0025065J1 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

440.	The Accused Product with part number C3M0025065J1 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

441.	The Accused Product with part number C3M0025065J1 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

442.	The JFET region for the Accused Product with part number C3M0025065J1 is less than 3 microns.

443. On information and belief, the JFET region for the Accused Product with part number C3M0025065J1 is less than 1 micron.

444. Wolfspeed made the Accused Product with part number C3M0025065J1 in the United States during the period March 3, 2009 to the present.

445. Wolfspeed continues to make the Accused Product with part number C3M0025065J1 in the United States.

446. Wolfspeed used the Accused Product with part number C3M0025065J1 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

447. Wolfspeed continues to provide samples of the Accused Product with part number C3M0025065J1 in the United States.

448. Wolfspeed used the Accused Product with part number C3M0025065J1 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

449. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0025065J1 in the United States.

450. Wolfspeed sold the Accused product with part number C3M0025065J1 in the United States during the period March 3, 2009 to the present date.

451. Wolfspeed continues to sell samples of the Accused Product with part number C3M0025065J1 in the United States.

452. Wolfspeed offered to sell the Accused Product with part number C3M0025065J1 in the United States during the period March 3, 2009 to the present.

453. Wolfspeed continues to offer to sell the Accused Product with part number C3M0025065J1 in the United States.

454. The data sheet for the Accused Product with part number C3M0025065D is publicly available at https://assets.wolfspeed.com/uploads/2021/05/C3M0025065D.pdf.

455. Wolfspeed refers to the Accused Product with part number C3M0025065D as a MOSFET in its data sheet.

456. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0025065D.

457. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0025065D as a MOSFET.

458. The Accused Product with part number C3M0025065D includes a silicon carbide substrate.

459. The Accused Product with part number C3M0025065D has segmented base contacts.

460. The Accused Product with part number C3M0025065D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

461. The Accused Product with part number C3M0025065D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

462. The Accused Product with part number C3M0025065D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

463. The JFET region for the Accused Product with part number C3M0025065D is less than 3 microns.

464. On information and belief, the JFET region for the Accused Product with part number C3M0025065D is less than 1 micron.

465. Wolfspeed made the Accused Product with part number C3M0025065D in the United States during the period March 3, 2009 to the present.

466. Wolfspeed continues to make the Accused Product with part number C3M0025065D in the United States.

467. Wolfspeed used the Accused Product with part number C3M0025065D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

468. Wolfspeed continues to provide samples of the Accused Product with part number C3M0025065D in the United States.

469.    Wolfspeed used the Accused Product with part number C3M0025065D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

470.    Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0025065D in the United States.

471.    Wolfspeed sold the Accused product with part number C3M0025065D in the United States during the period March 3, 2009 to the present date.

472.    Wolfspeed continues to sell samples of the Accused Product with part number C3M0025065D in the United States.

473.    Wolfspeed offered to sell the Accused Product with part number C3M0025065D in the United States during the period March 3, 2009 to the present.

474.    Wolfspeed continues to offer to sell the Accused Product with part number C3M0025065D in the United States.

475.    The data sheet for the Accused Product with part number C3M0025065K is publicly available at https://assets.wolfspeed.com/uploads/2022/11/C3M0025065K.pdf.

476.    Wolfspeed refers to the Accused Product with part number C3M0025065K as a MOSFET in its data sheet.

477.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0025065K.

478.     The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0025065K as a MOSFET.

479.     The Accused Product with part number C3M0025065K includes a silicon carbide substrate.

480.     The Accused Product with part number C3M0025065K has segmented base contacts.

481.     The Accused Product with part number C3M0025065K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

482.     The Accused Product with part number C3M0025065K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

483.     The Accused Product with part number C3M0025065K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

484.     The JFET region for the Accused Product with part number C3M0025065K is less than 3 microns.

485.     On information and belief, the JFET region for the Accused Product with part number C3M0025065K is less than 1 micron.

486.     Wolfspeed made the Accused Product with part number C3M0025065K in the United States during the period March 3, 2009 to the present.

487. Wolfspeed continues to make the Accused Product with part number C3M0025065K in the United States.

488. Wolfspeed used the Accused Product with part number C3M0025065K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

489. Wolfspeed continues to provide samples of the Accused Product with part number C3M0025065K in the United States.

490. Wolfspeed used the Accused Product with part number C3M0025065K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

491. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0025065K in the United States.

492. Wolfspeed sold the Accused product with part number C3M0025065K in the United States during the period March 3, 2009 to the present date.

493. Wolfspeed continues to sell samples of the Accused Product with part number C3M0025065K in the United States.

494. Wolfspeed offered to sell the Accused Product with part number C3M0025065K in the United States during the period March 3, 2009 to the present.

495. Wolfspeed continues to offer to sell the Accused Product with part number C3M0025065K in the United States.

74

496.   The data sheet for the Accused Product with part number C3M0045065L is publicly available at https://assets.wolfspeed.com/uploads/2022/10/C3M0045065L.pdf.

497.   Wolfspeed refers to the Accused Product with part number C3M0045065L as a MOSFET in its data sheet.

498.   The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0045065L.

499.   The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0045065L as a MOSFET.

500.   The Accused Product with part number C3M0045065L includes a silicon carbide substrate.

501.   The Accused Product with part number C3M0045065L has segmented base contacts.

502.   The Accused Product with part number C3M0045065L has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

503.   The Accused Product with part number C3M0045065L has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

504.    The Accused Product with part number C3M0045065L has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

505.    The JFET region for the Accused Product with part number C3M0045065L is less than 3 microns.

506.    On information and belief, the JFET region for the Accused Product with part number C3M0045065L is less than 1 micron.

507.    Wolfspeed made the Accused Product with part number C3M0045065L in the United States during the period March 3, 2009 to the present.

508.    Wolfspeed continues to make the Accused Product with part number C3M0045065L in the United States.

509.    Wolfspeed used the Accused Product with part number C3M0045065L to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

510.    Wolfspeed continues to provide samples of the Accused Product with part number C3M0045065L in the United States.

511.    Wolfspeed used the Accused Product with part number C3M0045065L to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

512.    Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0045065L in the United States.

76

513.     Wolfspeed sold the Accused product with part number C3M0045065L in the United States during the period March 3, 2009 to the present date.

514.     Wolfspeed continues to sell samples of the Accused Product with part number C3M0045065L in the United States.

515.     Wolfspeed offered to sell the Accused Product with part number C3M0045065L in the United States during the period March 3, 2009 to the present.

516.     Wolfspeed continues to offer to sell the Accused Product with part number C3M0045065L in the United States.

517.     The data sheet for the Accused Product with part number C3M0045065J1 is publicly                                    available                                    at https://assets.wolfspeed.com/uploads/dlm_uploads/2021/11/C3M0045065J1.pdf.

518.     Wolfspeed refers to the Accused Product with part number C3M0045065J1 as a MOSFET in its data sheet.

519.     The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0045065J1.

520.     The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0045065J1 as a MOSFET.

521.     The Accused Product with part number C3M0045065J1 includes a silicon carbide substrate.

522. The Accused Product with part number C3M0045065J1 has segmented base contacts.

523. The Accused Product with part number C3M0045065J1 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

524. The Accused Product with part number C3M0045065J1 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

525. The Accused Product with part number C3M0045065J1 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

526. The JFET region for the Accused Product with part number C3M0045065J1 is less than 3 microns.

527. On information and belief, the JFET region for the Accused Product with part number C3M0045065J1 is less than 1 micron.

528. Wolfspeed made the Accused Product with part number C3M0045065J1 in the United States during the period March 3, 2009 to the present.

529. Wolfspeed continues to make the Accused Product with part number C3M0045065J1 in the United States.

530. Wolfspeed used the Accused Product with part number C3M0045065J1 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

531. Wolfspeed continues to provide samples of the Accused Product with part number C3M0045065J1 in the United States.

532. Wolfspeed used the Accused Product with part number C3M0045065J1 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

533. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0045065J1 in the United States.

534. Wolfspeed sold the Accused product with part number C3M0045065J1 in the United States during the period March 3, 2009 to the present date.

535. Wolfspeed continues to sell samples of the Accused Product with part number C3M0045065J1 in the United States.

536. Wolfspeed offered to sell the Accused Product with part number C3M0045065J1 in the United States during the period March 3, 2009 to the present.

537. Wolfspeed continues to offer to sell the Accused Product with part number C3M0045065J1 in the United States.

538. The data sheet for the Accused Product with part number C3M0045065D is publicly available at https://assets.wolfspeed.com/uploads/2021/05/C3M0045065D.pdf.

539. Wolfspeed refers to the Accused Product with part number C3M0045065D as a MOSFET in its data sheet.

540.     The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0045065D.

541.     The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0045065D as a MOSFET.

542.     The Accused Product with part number C3M0045065D includes a silicon carbide substrate.

543.     The Accused Product with part number C3M0045065D has segmented base contacts.

544.     The Accused Product with part number C3M0045065D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

545.     The Accused Product with part number C3M0045065D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

546.     The Accused Product with part number C3M0045065D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

547.     The JFET region for the Accused Product with part number C3M0045065D is less than 3 microns.

548. On information and belief, the JFET region for the Accused Product with part number C3M0045065D is less than 1 micron.

549. Wolfspeed made the Accused Product with part number C3M0045065D in the United States during the period March 3, 2009 to the present.

550. Wolfspeed continues to make the Accused Product with part number C3M0045065D in the United States.

551. Wolfspeed used the Accused Product with part number C3M0045065D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

552. Wolfspeed continues to provide samples of the Accused Product with part number C3M0045065D in the United States.

553. Wolfspeed used the Accused Product with part number C3M0045065D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

554. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0045065D in the United States.

555. Wolfspeed sold the Accused product with part number C3M0045065D in the United States during the period March 3, 2009 to the present date.

556. Wolfspeed continues to sell samples of the Accused Product with part number C3M0045065D in the United States.

557.   Wolfspeed offered to sell the Accused Product with part number C3M0045065D in the United States during the period March 3, 2009 to the present.

558.   Wolfspeed continues to offer to sell the Accused Product with part number C3M0045065D in the United States.

559.   The data sheet for the Accused Product with part number C3M0045065K is publicly available at https://assets.wolfspeed.com/uploads/2021/05/C3M0045065K.pdf.

560.   Wolfspeed refers to the Accused Product with part number C3M0045065K as a MOSFET in its data sheet.

561.   The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0045065K.

562.   The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0045065K as a MOSFET.

563.   The Accused Product with part number C3M0045065K includes a silicon carbide substrate.

564.   The Accused Product with part number C3M0045065K has segmented base contacts.

565.   The Accused Product with part number C3M0045065K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

566. The Accused Product with part number C3M0045065K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

567. The Accused Product with part number C3M0045065K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

568. The JFET region for the Accused Product with part number C3M0045065K is less than 3 microns.

569. On information and belief, the JFET region for the Accused Product with part number C3M0045065K is less than 1 micron.

570. Wolfspeed made the Accused Product with part number C3M0045065K in the United States during the period March 3, 2009 to the present.

571. Wolfspeed continues to make the Accused Product with part number C3M0045065K in the United States.

572. Wolfspeed used the Accused Product with part number C3M0045065K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

573. Wolfspeed continues to provide samples of the Accused Product with part number C3M0045065K in the United States.

574. Wolfspeed used the Accused Product with part number C3M0045065K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

575. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0045065K in the United States.

576. Wolfspeed sold the Accused product with part number C3M0045065K in the United States during the period March 3, 2009 to the present date.

577. Wolfspeed continues to sell samples of the Accused Product with part number C3M0045065K in the United States.

578. Wolfspeed offered to sell the Accused Product with part number C3M0045065K in the United States during the period March 3, 2009 to the present.

579. Wolfspeed continues to offer to sell the Accused Product with part number C3M0045065K in the United States.

580. The data sheet for the Accused Product with part number C3M0060065L is publicly available at https://assets.wolfspeed.com/uploads/2022/10/C3M0060065L.pdf.

581. Wolfspeed refers to the Accused Product with part number C3M0060065L as a MOSFET in its data sheet.

582. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0060065L.

583.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0060065L as a MOSFET.

584.    The Accused Product with part number C3M0060065L includes a silicon carbide substrate.

585.    The Accused Product with part number C3M0060065L has segmented base contacts.

586.    The Accused Product with part number C3M0060065L has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

587.    The Accused Product with part number C3M0060065L has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

588.    The Accused Product with part number C3M0060065L has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

589.    The JFET region for the Accused Product with part number C3M0060065L is less than 3 microns.

590.    On information and belief, the JFET region for the Accused Product with part number C3M0060065L is less than 1 micron.

591.    Wolfspeed made the Accused Product with part number C3M0060065L in the United States during the period March 3, 2009 to the present.

592. Wolfspeed continues to make the Accused Product with part number C3M0060065L in the United States.

593. Wolfspeed used the Accused Product with part number C3M0060065L to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

594. Wolfspeed continues to provide samples of the Accused Product with part number C3M0060065L in the United States.

595. Wolfspeed used the Accused Product with part number C3M0060065L to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

596. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0060065L in the United States.

597. Wolfspeed sold the Accused product with part number C3M0060065L in the United States during the period March 3, 2009 to the present date.

598. Wolfspeed continues to sell samples of the Accused Product with part number C3M0060065L in the United States.

599. Wolfspeed offered to sell the Accused Product with part number C3M0060065L in the United States during the period March 3, 2009 to the present.

600. Wolfspeed continues to offer to sell the Accused Product with part number C3M0060065L in the United States.

601.    The data sheet for the Accused Product with part number C3M0120065L is publicly available at https://assets.wolfspeed.com/uploads/2022/10/C3M0120065L.pdf.

602.    Wolfspeed refers to the Accused Product with part number C3M0120065L as a MOSFET in its data sheet.

603.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0120065L.

604.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0120065L as a MOSFET.

605.    The Accused Product with part number C3M0120065L includes a silicon carbide substrate.

606.    The Accused Product with part number C3M0120065L has segmented base contacts.

607.    The Accused Product with part number C3M0120065L has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

608.    The Accused Product with part number C3M0120065L has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

609. The Accused Product with part number C3M0120065L has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

610. The JFET region for the Accused Product with part number C3M0120065L is less than 3 microns.

611. On information and belief, the JFET region for the Accused Product with part number C3M0120065L is less than 1 micron.

612. Wolfspeed made the Accused Product with part number C3M0120065L in the United States during the period March 3, 2009 to the present.

613. Wolfspeed continues to make the Accused Product with part number C3M0120065L in the United States.

614. Wolfspeed used the Accused Product with part number C3M0120065L to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

615. Wolfspeed continues to provide samples of the Accused Product with part number C3M0120065L in the United States.

616. Wolfspeed used the Accused Product with part number C3M0120065L to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

617. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0120065L in the United States.

618.     Wolfspeed sold the Accused product with part number C3M0120065L in the United States during the period March 3, 2009 to the present date.

619.     Wolfspeed continues to sell samples of the Accused Product with part number C3M0120065L in the United States.

620.     Wolfspeed offered to sell the Accused Product with part number C3M0120065L in the United States during the period March 3, 2009 to the present.

621.     Wolfspeed continues to offer to sell the Accused Product with part number C3M0120065L in the United States.

622.     The data sheet for the Accused Product with part number C3M0120065D is publicly available at https://assets.wolfspeed.com/uploads/2021/05/C3M0120065D.pdf.

623.     Wolfspeed refers to the Accused Product with part number C3M0120065D as a MOSFET in its data sheet.

624.     The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0120065D.

625.     The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0120065D as a MOSFET.

626.     The Accused Product with part number C3M0120065D includes a silicon carbide substrate.

627. The Accused Product with part number C3M0120065D has segmented base contacts.

628. The Accused Product with part number C3M0120065D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

629. The Accused Product with part number C3M0120065D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

630. The Accused Product with part number C3M0120065D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

631. The JFET region for the Accused Product with part number C3M0120065D is less than 3 microns.

632. On information and belief, the JFET region for the Accused Product with part number C3M0120065D is less than 1 micron.

633. Wolfspeed made the Accused Product with part number C3M0120065D in the United States during the period March 3, 2009 to the present.

634. Wolfspeed continues to make the Accused Product with part number C3M0120065D in the United States.

635. Wolfspeed used the Accused Product with part number C3M0120065D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

636.    Wolfspeed continues to provide samples of the Accused Product with part number C3M0120065D in the United States.

637.    Wolfspeed used the Accused Product with part number C3M0120065D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

638.    Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0120065D in the United States.

639.    Wolfspeed sold the Accused product with part number C3M0120065D in the United States during the period March 3, 2009 to the present date.

640.    Wolfspeed continues to sell samples of the Accused Product with part number C3M0120065D in the United States.

641.    Wolfspeed offered to sell the Accused Product with part number C3M0120065D in the United States during the period March 3, 2009 to the present.

642.    Wolfspeed continues to offer to sell the Accused Product with part number C3M0120065D in the United States.

643.    The data sheet for the Accused Product with part number C3M0120065J is publicly available at https://assets.wolfspeed.com/uploads/2021/05/C3M0120065J.pdf.

644.    Wolfspeed refers to the Accused Product with part number C3M0120065J as a MOSFET in its data sheet.

645.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0120065J.

646.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0120065J as a MOSFET.

647.    The Accused Product with part number C3M0120065J includes a silicon carbide substrate.

648.    The Accused Product with part number C3M0120065J has segmented base contacts.

649.    The Accused Product with part number C3M0120065J has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

650.    The Accused Product with part number C3M0120065J has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

651.    The Accused Product with part number C3M0120065J has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

652.    The JFET region for the Accused Product with part number C3M0120065J is less than 3 microns.

653. On information and belief, the JFET region for the Accused Product with part number C3M0120065J is less than 1 micron.

654. Wolfspeed made the Accused Product with part number C3M0120065J in the United States during the period March 3, 2009 to the present.

655. Wolfspeed continues to make the Accused Product with part number C3M0120065J in the United States.

656. Wolfspeed used the Accused Product with part number C3M0120065J to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

657. Wolfspeed continues to provide samples of the Accused Product with part number C3M0120065J in the United States.

658. Wolfspeed used the Accused Product with part number C3M0120065J to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

659. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0120065J in the United States.

660. Wolfspeed sold the Accused product with part number C3M0120065J in the United States during the period March 3, 2009 to the present date.

661. Wolfspeed continues to sell samples of the Accused Product with part number C3M0120065J in the United States.

662.    Wolfspeed offered to sell the Accused Product with part number C3M0120065J in the United States during the period March 3, 2009 to the present.

663.    Wolfspeed continues to offer to sell the Accused Product with part number C3M0120065J in the United States.

664.    The data sheet for the Accused Product with part number C3M0120065K is publicly available at https://assets.wolfspeed.com/uploads/2021/05/C3M0120065K.pdf.

665.    Wolfspeed refers to the Accused Product with part number C3M0120065K as a MOSFET in its data sheet.

666.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0120065K.

667.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0120065K as a MOSFET.

668.    The Accused Product with part number C3M0120065K includes a silicon carbide substrate.

669.    The Accused Product with part number C3M0120065K has segmented base contacts.

670.    The Accused Product with part number C3M0120065K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

94

671.    The Accused Product with part number C3M0120065K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

672.    The Accused Product with part number C3M0120065K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

673.    The JFET region for the Accused Product with part number C3M0120065K is less than 3 microns.

674.    On information and belief, the JFET region for the Accused Product with part number C3M0120065K is less than 1 micron.

675.    Wolfspeed made the Accused Product with part number C3M0120065K in the United States during the period March 3, 2009 to the present.

676.    Wolfspeed continues to make the Accused Product with part number C3M0120065K in the United States.

677.    Wolfspeed used the Accused Product with part number C3M0120065K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

678.    Wolfspeed continues to provide samples of the Accused Product with part number C3M0120065K in the United States.

679.    Wolfspeed used the Accused Product with part number C3M0120065K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

680.    Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0120065K in the United States.

681.    Wolfspeed sold the Accused product with part number C3M0120065K in the United States during the period March 3, 2009 to the present date.

682.    Wolfspeed continues to sell samples of the Accused Product with part number C3M0120065K in the United States.

683.    Wolfspeed offered to sell the Accused Product with part number C3M0120065K in the United States during the period March 3, 2009 to the present.

684.    Wolfspeed continues to offer to sell the Accused Product with part number C3M0120065K in the United States.

685.    The data sheet for the Accused Product with part number C3M0032120J1 is publicly available at https://assets.wolfspeed.com/uploads/2021/05/C3M0032120J1.pdf.

686.    Wolfspeed refers to the Accused Product with part number C3M0032120J1 as a MOSFET in its data sheet.

687.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0032120J1.

688. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0032120J1 as a MOSFET.

689. The Accused Product with part number C3M0032120J1 includes a silicon carbide substrate.

690. The Accused Product with part number C3M0032120J1 has segmented base contacts.

691. The Accused Product with part number C3M0032120J1 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

692. The Accused Product with part number C3M0032120J1 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

693. The Accused Product with part number C3M0032120J1 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

694. The JFET region for the Accused Product with part number C3M0032120J1 is less than 3 microns.

695. On information and belief, the JFET region for the Accused Product with part number C3M0032120J1 is less than 1 micron.

696. Wolfspeed made the Accused Product with part number C3M0032120J1 in the United States during the period March 3, 2009 to the present.

697. Wolfspeed continues to make the Accused Product with part number C3M0032120J1 in the United States.

698. Wolfspeed used the Accused Product with part number C3M0032120J1 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

699. Wolfspeed continues to provide samples of the Accused Product with part number C3M0032120J1 in the United States.

700. Wolfspeed used the Accused Product with part number C3M0032120J1 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

701. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0032120J1 in the United States.

702. Wolfspeed sold the Accused product with part number C3M0032120J1 in the United States during the period March 3, 2009 to the present date.

703. Wolfspeed continues to sell samples of the Accused Product with part number C3M0032120J1 in the United States.

704. Wolfspeed offered to sell the Accused Product with part number C3M0032120J1 in the United States during the period March 3, 2009 to the present.

705. Wolfspeed continues to offer to sell the Accused Product with part number C3M0032120J1 in the United States.

706. The data sheet for the Accused Product with part number C3M0040120J1 is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2021/11/C3M0040120J1.pdf.

707. Wolfspeed refers to the Accused Product with part number C3M0040120J1 as a MOSFET in its data sheet.

708. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0040120J1.

709. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0040120J1 as a MOSFET.

710. The Accused Product with part number C3M0040120J1 includes a silicon carbide substrate.

711. The Accused Product with part number C3M0040120J1 has segmented base contacts.

712. The Accused Product with part number C3M0040120J1 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

713. The Accused Product with part number C3M0040120J1 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

99

714. The Accused Product with part number C3M0040120J1 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

715. The JFET region for the Accused Product with part number C3M0040120J1 is less than 3 microns.

716. On information and belief, the JFET region for the Accused Product with part number C3M0040120J1 is less than 1 micron.

717. Wolfspeed made the Accused Product with part number C3M0040120J1 in the United States during the period March 3, 2009 to the present.

718. Wolfspeed continues to make the Accused Product with part number C3M0040120J1 in the United States.

719. Wolfspeed used the Accused Product with part number C3M0040120J1 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

720. Wolfspeed continues to provide samples of the Accused Product with part number C3M0040120J1 in the United States.

721. Wolfspeed used the Accused Product with part number C3M0040120J1 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

722. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0040120J1 in the United States.

723.    Wolfspeed sold the Accused product with part number C3M0040120J1 in the United States during the period March 3, 2009 to the present date.

724.    Wolfspeed continues to sell samples of the Accused Product with part number C3M0040120J1 in the United States.

725.    Wolfspeed offered to sell the Accused Product with part number C3M0040120J1 in the United States during the period March 3, 2009 to the present.

726.    Wolfspeed continues to offer to sell the Accused Product with part number C3M0040120J1 in the United States.

727.    The data sheet for the Accused Product with part number C3M0040120D is publicly available at https://assets.wolfspeed.com/uploads/2021/05/C3M0040120D.pdf.

728.    Wolfspeed refers to the Accused Product with part number C3M0040120D as a MOSFET in its data sheet.

729.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0040120D.

730.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0040120D as a MOSFET.

731.    The Accused Product with part number C3M0040120D includes a silicon carbide substrate.

732.    The Accused Product with part number C3M0040120D has segmented base contacts.

733.    The Accused Product with part number C3M0040120D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

734.    The Accused Product with part number C3M0040120D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

735.    The Accused Product with part number C3M0040120D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

736.    The JFET region for the Accused Product with part number C3M0040120D is less than 3 microns.

737.    On information and belief, the JFET region for the Accused Product with part number C3M0040120D is less than 1 micron.

738.    Wolfspeed made the Accused Product with part number C3M0040120D in the United States during the period March 3, 2009 to the present.

739.    Wolfspeed continues to make the Accused Product with part number C3M0040120D in the United States.

740.    Wolfspeed used the Accused Product with part number C3M0040120D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

741.    Wolfspeed continues to provide samples of the Accused Product with part number C3M0040120D in the United States.

742.    Wolfspeed used the Accused Product with part number C3M0040120D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

743.    Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0040120D in the United States.

744.    Wolfspeed sold the Accused product with part number C3M0040120D in the United States during the period March 3, 2009 to the present date.

745.    Wolfspeed continues to sell samples of the Accused Product with part number C3M0040120D in the United States.

746.    Wolfspeed offered to sell the Accused Product with part number C3M0040120D in the United States during the period March 3, 2009 to the present.

747.    Wolfspeed continues to offer to sell the Accused Product with part number C3M0040120D in the United States.

748.    The data sheet for the Accused Product with part number C3M0040120K is publicly available at https://assets.wolfspeed.com/uploads/2021/05/C3M0040120K.pdf.

749.    Wolfspeed refers to the Accused Product with part number C3M0040120K as a MOSFET in its data sheet.

750.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0040120K.

751.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0040120K as a MOSFET.

752.    The Accused Product with part number C3M0040120K includes a silicon carbide substrate.

753.    The Accused Product with part number C3M0040120K has segmented base contacts.

754.    The Accused Product with part number C3M0040120K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

755.    The Accused Product with part number C3M0040120K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

756.    The Accused Product with part number C3M0040120K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

757.    The JFET region for the Accused Product with part number C3M0040120K is less than 3 microns.

758. On information and belief, the JFET region for the Accused Product with part number C3M0040120K is less than 1 microns.

759. Wolfspeed made the Accused Product with part number C3M0040120K in the United States during the period March 3, 2009 to the present.

760. Wolfspeed continues to make the Accused Product with part number C3M0040120K in the United States.

761. Wolfspeed used the Accused Product with part number C3M0040120K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

762. Wolfspeed continues to provide samples of the Accused Product with part number C3M0040120K in the United States.

763. Wolfspeed used the Accused Product with part number C3M0040120K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

764. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0040120K in the United States.

765. Wolfspeed sold the Accused product with part number C3M0040120K in the United States during the period March 3, 2009 to the present date.

766. Wolfspeed continues to sell samples of the Accused Product with part number C3M0040120K in the United States.

767.    Wolfspeed offered to sell the Accused Product with part number C3M0040120K in the United States during the period March 3, 2009 to the present.

768.    Wolfspeed continues to offer to sell the Accused Product with part number C3M0040120K in the United States.

769.    The data sheet for the Accused Product with part number C3M0075120D-A is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0075120D.pdf.

770.    Wolfspeed refers to the Accused Product with part number C3M0075120D-A as a MOSFET in its data sheet.

771.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0075120D-A.

772.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0075120D-A as a MOSFET.

773.    The Accused Product with part number C3M0075120D-A includes a silicon carbide substrate.

774.    The Accused Product with part number C3M0075120D-A has segmented base contacts.

775.    The Accused Product with part number C3M0075120D-A has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

776.    The Accused Product with part number C3M0075120D-A has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

777.    The Accused Product with part number C3M0075120D-A has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

778.    The JFET region for the Accused Product with part number C3M0075120D-A is less than 3 microns.

779.    On information and belief, the JFET region for the Accused Product with part number C3M0075120D-A is less than 1 micron.

780.    Wolfspeed made the Accused Product with part number C3M0075120D-A in the United States during the period March 3, 2009 to the present.

781.    Wolfspeed continues to make the Accused Product with part number C3M0075120D-A in the United States.

782.    Wolfspeed used the Accused Product with part number C3M0075120D-A to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

783.    Wolfspeed continues to provide samples of the Accused Product with part number C3M0075120D-A in the United States.

784.    Wolfspeed used the Accused Product with part number C3M0075120D-A to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

785.    Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0075120D-A in the United States.

786.    Wolfspeed sold the Accused product with part number C3M0075120D-A in the United States during the period March 3, 2009 to the present date.

787.    Wolfspeed continues to sell samples of the Accused Product with part number C3M0075120D-A in the United States.

788.    Wolfspeed offered to sell the Accused Product with part number C3M0075120D-A in the United States during the period March 3, 2009 to the present.

789.    Wolfspeed continues to offer to sell the Accused Product with part number C3M0075120D-A in the United States.

790.    The data sheet for the Accused Product with part number C3M0075120K-A is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0075120K.pdf.

791.    Wolfspeed refers to the Accused Product with part number C3M0075120K-A as a MOSFET in its data sheet.

792.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0075120K-A.

793. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as <u>Exhibit B</u>, refers to the Accused Product with part number C3M0075120K-A as a MOSFET.

794. The Accused Product with part number C3M0075120K-A includes a silicon carbide substrate.

795. The Accused Product with part number C3M0075120K-A has segmented base contacts.

796. The Accused Product with part number C3M0075120K-A has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

797. The Accused Product with part number C3M0075120K-A has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

798. The Accused Product with part number C3M0075120K-A has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

799. The JFET region for the Accused Product with part number C3M0075120K-A is less than 3 microns.

800. On information and belief, the JFET region for the Accused Product with part number C3M0075120K-A is less than 1 micron.

801. Wolfspeed made the Accused Product with part number C3M0075120K-A in the United States during the period March 3, 2009 to the present.

802.     Wolfspeed continues to make the Accused Product with part number C3M0075120K-A in the United States.

803.     Wolfspeed used the Accused Product with part number C3M0075120K-A to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

804.     Wolfspeed continues to provide samples of the Accused Product with part number C3M0075120K-A in the United States.

805.     Wolfspeed used the Accused Product with part number C3M0075120K-A to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

806.     Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0075120K-A in the United States.

807.     Wolfspeed sold the Accused product with part number C3M0075120K-A in the United States during the period March 3, 2009 to the present date.

808.     Wolfspeed continues to sell samples of the Accused Product with part number C3M0075120K-A in the United States.

809.     Wolfspeed offered to sell the Accused Product with part number C3M0075120K-A in the United States during the period March 3, 2009 to the present.

810.     Wolfspeed continues to offer to sell the Accused Product with part number C3M0075120K-A in the United States.

811. The data sheet for the Accused Product with part number E3M0060065D is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2022/07/wolfspeed_E3M0060065D_data_sheet.pdf.

812. Wolfspeed refers to the Accused Product with part number E3M0060065D as a MOSFET in its data sheet.

813. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number E3M0060065D.

814. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number E3M0060065D as a MOSFET.

815. The Accused Product with part number E3M0060065D includes a silicon carbide substrate.

816. The Accused Product with part number E3M0060065D has segmented base contacts.

817. The Accused Product with part number E3M0060065D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

818. The Accused Product with part number E3M0060065D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

111

819.   The Accused Product with part number E3M0060065D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

820.   The JFET region for the Accused Product with part number E3M0060065D is less than 3 microns.

821.   On information and belief, the JFET region for the Accused Product with part number E3M0060065D is less than 1 micron.

822.   Wolfspeed made the Accused Product with part number E3M0060065D in the United States during the period March 3, 2009 to the present.

823.   Wolfspeed continues to make the Accused Product with part number E3M0060065D in the United States.

824.   Wolfspeed used the Accused Product with part number E3M0060065D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

825.   Wolfspeed continues to provide samples of the Accused Product with part number E3M0060065D in the United States.

826.   Wolfspeed used the Accused Product with part number E3M0060065D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

827.   Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number E3M0060065D in the United States.

828.    Wolfspeed sold the Accused product with part number E3M0060065D in the United States during the period March 3, 2009 to the present date.

829.    Wolfspeed continues to sell samples of the Accused Product with part number E3M0060065D in the United States.

830.    Wolfspeed offered to sell the Accused Product with part number E3M0060065D in the United States during the period March 3, 2009 to the present.

831.    Wolfspeed continues to offer to sell the Accused Product with part number E3M0060065D in the United States.

832.    The data sheet for the Accused Product with part number E3M0060065K is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2022/07/wolfspeed_E3M0060065K_data_sheet.pdf.

833.    Wolfspeed refers to the Accused Product with part number E3M0060065K as a MOSFET in its data sheet.

834.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number E3M0060065K.

835.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number E3M0060065K as a MOSFET.

836.  The Accused Product with part number E3M0060065K includes a silicon carbide substrate.

837.  The Accused Product with part number E3M0060065K has segmented base contacts.

838.  The Accused Product with part number E3M0060065K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

839.  The Accused Product with part number E3M0060065K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

840.  The Accused Product with part number E3M0060065K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

841.  The JFET region for the Accused Product with part number E3M0060065K is less than 3 microns.

842.  On information and belief, the JFET region for the Accused Product with part number E3M0060065K is less than 1 micron.

843.  Wolfspeed made the Accused Product with part number E3M0060065K in the United States during the period March 3, 2009 to the present.

844.  Wolfspeed continues to make the Accused Product with part number E3M0060065K in the United States.

845. Wolfspeed used the Accused Product with part number E3M0060065K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

846. Wolfspeed continues to provide samples of the Accused Product with part number E3M0060065K in the United States.

847. Wolfspeed used the Accused Product with part number E3M0060065K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

848. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number E3M0060065K in the United States.

849. Wolfspeed sold the Accused product with part number E3M0060065K in the United States during the period March 3, 2009 to the present date.

850. Wolfspeed continues to sell samples of the Accused Product with part number E3M0060065K in the United States.

851. Wolfspeed offered to sell the Accused Product with part number E3M0060065K in the United States during the period March 3, 2009 to the present.

852. Wolfspeed continues to offer to sell the Accused Product with part number E3M0060065K in the United States.

853. The data sheet for the Accused Product with part number E3M0045065K is publicly                          available                          at

115

https://assets.wolfspeed.com/uploads/2022/12/Wolfspeed_E3M0045065K_Data_Sheet.pdf.

854.    Wolfspeed refers to the Accused Product with part number E3M0045065K as a MOSFET in its data sheet.

855.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number E3M0045065K.

856.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number E3M0045065K as a MOSFET.

857.    The Accused Product with part number E3M0045065K includes a silicon carbide substrate.

858.    The Accused Product with part number E3M0045065K has segmented base contacts.

859.    The Accused Product with part number E3M0045065K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

860.    The Accused Product with part number E3M0045065K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

861. The Accused Product with part number E3M0045065K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

862. The JFET region for the Accused Product with part number E3M0045065K is less than 3 microns.

863. On information and belief, the JFET region for the Accused Product with part number E3M0045065K is less than 1 micron.

864. Wolfspeed made the Accused Product with part number E3M0045065K in the United States during the period March 3, 2009 to the present.

865. Wolfspeed continues to make the Accused Product with part number E3M0045065K in the United States.

866. Wolfspeed used the Accused Product with part number E3M0045065K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

867. Wolfspeed continues to provide samples of the Accused Product with part number E3M0045065K in the United States.

868. Wolfspeed used the Accused Product with part number E3M0045065K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

869. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number E3M0045065K in the United States.

870. Wolfspeed sold the Accused product with part number E3M0045065K in the United States during the period March 3, 2009 to the present date.

871. Wolfspeed continues to sell samples of the Accused Product with part number E3M0045065K in the United States.

872. Wolfspeed offered to sell the Accused Product with part number E3M0045065K in the United States during the period March 3, 2009 to the present.

873. Wolfspeed continues to offer to sell the Accused Product with part number E3M0045065K in the United States.

874. The data sheet for the Accused Product with part number E3M0120090J is publicly available at https://assets.wolfspeed.com/uploads/2021/05/E3M0120090J.pdf.

875. Wolfspeed refers to the Accused Product with part number E3M0120090J as a MOSFET in its data sheet.

876. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number E3M0120090J.

877. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number E3M0120090J as a MOSFET.

878. The Accused Product with part number E3M0120090J includes a silicon carbide substrate.

879. The Accused Product with part number E3M0120090J has segmented base contacts.

880. The Accused Product with part number E3M0120090J has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

881. The Accused Product with part number E3M0120090J has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

882. The Accused Product with part number E3M0120090J has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

883. The JFET region for the Accused Product with part number E3M0120090J is less than 3 microns.

884. On information and belief, the JFET region for the Accused Product with part number E3M0120090J is less than 1 micron.

885. Wolfspeed made the Accused Product with part number E3M0120090J in the United States during the period March 3, 2009 to the present.

886. Wolfspeed continues to make the Accused Product with part number E3M0120090J in the United States.

887. Wolfspeed used the Accused Product with part number E3M0120090J to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

888.	Wolfspeed continues to provide samples of the Accused Product with part number E3M0120090J in the United States.

889.	Wolfspeed used the Accused Product with part number E3M0120090J to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

890.	Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number E3M0120090J in the United States.

891.	Wolfspeed sold the Accused product with part number E3M0120090J in the United States during the period March 3, 2009 to the present date.

892.	Wolfspeed continues to sell samples of the Accused Product with part number E3M0120090J in the United States.

893.	Wolfspeed offered to sell the Accused Product with part number E3M0120090J in the United States during the period March 3, 2009 to the present.

894.	Wolfspeed continues to offer to sell the Accused Product with part number E3M0120090J in the United States.

895.	The data sheet for the Accused Product with part number E3M0021120K is publicly available at https://assets.wolfspeed.com/uploads/2022/11/Wolfspeed_E3M0021120K_data_sheet.pdf.

896.	Wolfspeed refers to the Accused Product with part number E3M0021120K as a MOSFET in its data sheet.

897.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number E3M0021120K.

898.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number E3M0021120K as a MOSFET.

899.    The Accused Product with part number E3M0021120K includes a silicon carbide substrate.

900.    The Accused Product with part number E3M0021120K has segmented base contacts.

901.    The Accused Product with part number E3M0021120K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

902.    The Accused Product with part number E3M0021120K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

903.    The Accused Product with part number E3M0021120K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

904.    The JFET region for the Accused Product with part number E3M0021120K is less than 3 microns.

905.    On information and belief, the JFET region for the Accused Product with part number E3M0021120K is less than 1 micron.

906.    Wolfspeed made the Accused Product with part number E3M0021120K in the United States during the period March 3, 2009 to the present.

907.    Wolfspeed continues to make the Accused Product with part number E3M0021120K in the United States.

908.    Wolfspeed used the Accused Product with part number E3M0021120K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

909.    Wolfspeed continues to provide samples of the Accused Product with part number E3M0021120K in the United States.

910.    Wolfspeed used the Accused Product with part number E3M0021120K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

911.    Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number E3M0021120K in the United States.

912.    Wolfspeed sold the Accused product with part number E3M0021120K in the United States during the period March 3, 2009 to the present date.

913.    Wolfspeed continues to sell samples of the Accused Product with part number E3M0021120K in the United States.

914. Wolfspeed offered to sell the Accused Product with part number E3M0021120K in the United States during the period March 3, 2009 to the present.

915. Wolfspeed continues to offer to sell the Accused Product with part number E3M0021120K in the United States.

916. The data sheet for the Accused Product with part number E3M0032120K is publicly available at https://assets.wolfspeed.com/uploads/2022/11/Wolfspeed_E3M0032120K_data_sheet.pdf.

917. Wolfspeed refers to the Accused Product with part number E3M0032120K as a MOSFET in its data sheet.

918. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number E3M0032120K.

919. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number E3M0032120K as a MOSFET.

920. The Accused Product with part number E3M0032120K includes a silicon carbide substrate.

921. The Accused Product with part number E3M0032120K has segmented base contacts.

922.    The Accused Product with part number E3M0032120K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

923.    The Accused Product with part number E3M0032120K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

924.    The Accused Product with part number E3M0032120K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

925.    The JFET region for the Accused Product with part number E3M0032120K is less than 3 microns.

926.    On information and belief, the JFET region for the Accused Product with part number E3M0032120K is less than 1 micron.

927.    Wolfspeed made the Accused Product with part number E3M0032120K in the United States during the period March 3, 2009 to the present.

928.    Wolfspeed continues to make the Accused Product with part number E3M0032120K in the United States.

929.    Wolfspeed used the Accused Product with part number E3M0032120K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

930.    Wolfspeed continues to provide samples of the Accused Product with part number E3M0032120K in the United States.

124

931.    Wolfspeed used the Accused Product with part number E3M0032120K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

932.    Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number E3M0032120K in the United States.

933.    Wolfspeed sold the Accused product with part number E3M0032120K in the United States during the period March 3, 2009 to the present date.

934.    Wolfspeed continues to sell samples of the Accused Product with part number E3M0032120K in the United States.

935.    Wolfspeed offered to sell the Accused Product with part number E3M0032120K in the United States during the period March 3, 2009 to the present.

936.    Wolfspeed continues to offer to sell the Accused Product with part number E3M0032120K in the United States.

937.    The data sheet for the Accused Product with part number E3M0040120K is publicly available at https://assets.wolfspeed.com/uploads/2022/12/Wolfspeed_E3M0040120K_Data_Sheet.pdf.

938.    Wolfspeed refers to the Accused Product with part number E3M0040120K as a MOSFET in its data sheet.

939.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as <u>Exhibit B</u>, lists the Accused Product with part number E3M0040120K.

940.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as <u>Exhibit B</u>, refers to the Accused Product with part number E3M0040120K as a MOSFET.

941.    The Accused Product with part number E3M0040120K includes a silicon carbide substrate.

942.    The Accused Product with part number E3M0040120K has segmented base contacts.

943.    The Accused Product with part number E3M0040120K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

944.    The Accused Product with part number E3M0040120K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

945.    The Accused Product with part number E3M0040120K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

946.    The JFET region for the Accused Product with part number E3M0040120K is less than 3 microns.

947. On information and belief, the JFET region for the Accused Product with part number E3M0040120K is less than 1 micron.

948. Wolfspeed made the Accused Product with part number E3M0040120K in the United States during the period March 3, 2009 to the present.

949. Wolfspeed continues to make the Accused Product with part number E3M0040120K in the United States.

950. Wolfspeed used the Accused Product with part number E3M0040120K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

951. Wolfspeed continues to provide samples of the Accused Product with part number E3M0040120K in the United States.

952. Wolfspeed used the Accused Product with part number E3M0040120K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

953. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number E3M0040120K in the United States.

954. Wolfspeed sold the Accused product with part number E3M0040120K in the United States during the period March 3, 2009 to the present date.

955. Wolfspeed continues to sell samples of the Accused Product with part number E3M0040120K in the United States.

956.    Wolfspeed offered to sell the Accused Product with part number E3M0040120K in the United States during the period March 3, 2009 to the present.

957.    Wolfspeed continues to offer to sell the Accused Product with part number E3M0040120K in the United States.

958.    The data sheet for the Accused Product with part number E3M0075120K is publicly available at https://assets.wolfspeed.com/uploads/2021/05/E3M0075120K.pdf.

959.    Wolfspeed refers to the Accused Product with part number E3M0075120K as a MOSFET in its data sheet.

960.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number E3M0075120K.

961.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number E3M0075120K as a MOSFET.

962.    The Accused Product with part number E3M0075120K includes a silicon carbide substrate.

963.    The Accused Product with part number E3M0075120K has segmented base contacts.

964.    The Accused Product with part number E3M0075120K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

965.   The Accused Product with part number E3M0075120K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

966.   The Accused Product with part number E3M0075120K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

967.   The JFET region for the Accused Product with part number E3M0075120K is less than 3 microns.

968.   On information and belief, the JFET region for the Accused Product with part number E3M0075120K is less than 1 micron.

969.   Wolfspeed made the Accused Product with part number E3M0075120K in the United States during the period March 3, 2009 to the present.

970.   Wolfspeed continues to make the Accused Product with part number E3M0075120K in the United States.

971.   Wolfspeed used the Accused Product with part number E3M0075120K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

972.   Wolfspeed continues to provide samples of the Accused Product with part number E3M0075120K in the United States.

973.    Wolfspeed used the Accused Product with part number E3M0075120K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

974.    Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number E3M0075120K in the United States.

975.    Wolfspeed sold the Accused product with part number E3M0075120K in the United States during the period March 3, 2009 to the present date.

976.    Wolfspeed continues to sell samples of the Accused Product with part number E3M0075120K in the United States.

977.    Wolfspeed offered to sell the Accused Product with part number E3M0075120K in the United States during the period March 3, 2009 to the present.

978.    Wolfspeed continues to offer to sell the Accused Product with part number E3M0075120K in the United States.

979.    The data sheet for the Accused Product with part number E3M0075120D is publicly                          available                          at https://assets.wolfspeed.com/uploads/dlm_uploads/2021/05/E3M0075120D.pdf.

980.    Wolfspeed refers to the Accused Product with part number E3M0075120D as a MOSFET in its data sheet.

981.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number E3M0075120D.

982.    The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number E3M0075120D as a MOSFET.

983.    The Accused Product with part number E3M0075120D includes a silicon carbide substrate.

984.    The Accused Product with part number E3M0075120D has segmented base contacts.

985.    The Accused Product with part number E3M0075120D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

986.    The Accused Product with part number E3M0075120D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

987.    The Accused Product with part number E3M0075120D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

988.    The JFET region for the Accused Product with part number E3M0075120D is less than 3 microns.

989.    On information and belief, the JFET region for the Accused Product with part number E3M0075120D is less than 1 micron.

990.    Wolfspeed made the Accused Product with part number E3M0075120D in the United States during the period March 3, 2009 to the present.

991. Wolfspeed continues to make the Accused Product with part number E3M0075120D in the United States.

992. Wolfspeed used the Accused Product with part number E3M0075120D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

993. Wolfspeed continues to provide samples of the Accused Product with part number E3M0075120D in the United States.

994. Wolfspeed used the Accused Product with part number E3M0075120D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

995. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number E3M0075120D in the United States.

996. Wolfspeed sold the Accused product with part number E3M0075120D in the United States during the period March 3, 2009 to the present date.

997. Wolfspeed continues to sell samples of the Accused Product with part number E3M0075120D in the United States.

998. Wolfspeed offered to sell the Accused Product with part number E3M0075120D in the United States during the period March 3, 2009 to the present.

999. Wolfspeed continues to offer to sell the Accused Product with part number E3M0075120D in the United States.

1000.  The data sheet for the Accused Product with part number E3M0280090D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/E3M0280090D.pdf.

1001.  Wolfspeed refers to the Accused Product with part number E3M0280090D as a MOSFET in its data sheet.

1002.  The Accused Product with part number E3M0280090D includes a silicon carbide substrate.

1003.  The Accused Product with part number E3M0280090D has segmented base contacts.

1004.  The Accused Product with part number E3M0280090D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1005.  The Accused Product with part number E3M0280090D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1006.  The Accused Product with part number E3M0280090D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1007.  The JFET region for the Accused Product with part number E3M0280090D is less than 3 microns.

1008.  On information and belief, the JFET region for the Accused Product with part number E3M0280090D is less than 1 micron.

133

1009.  Wolfspeed made the Accused Product with part number E3M0280090D in the United States during the period March 3, 2009 to the present.

1010.  Wolfspeed continues to make the Accused Product with part number E3M0280090D in the United States.

1011.  Wolfspeed used the Accused Product with part number E3M0280090D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1012.  Wolfspeed continues to provide samples of the Accused Product with part number E3M0280090D in the United States.

1013.  Wolfspeed used the Accused Product with part number E3M0280090D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1014.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number E3M0280090D in the United States.

1015.  Wolfspeed sold the Accused product with part number E3M0280090D in the United States during the period March 3, 2009 to the present date.

1016.  Wolfspeed continues to sell samples of the Accused Product with part number E3M0280090D in the United States.

1017.  Wolfspeed offered to sell the Accused Product with part number E3M0280090D in the United States during the period March 3, 2009 to the present.

1018. Wolfspeed continues to offer to sell the Accused Product with part number E3M0280090D in the United States.

1019. The data sheet for the Accused Product with part number E3M0120090D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/E3M0120090D.pdf.

1020. Wolfspeed refers to the Accused Product with part number E3M0120090D as a MOSFET in its data sheet.

1021. The Accused Product with part number E3M0120090D includes a silicon carbide substrate.

1022. The Accused Product with part number E3M0120090D has segmented base contacts.

1023. The Accused Product with part number E3M0120090D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1024. The Accused Product with part number E3M0120090D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1025. The Accused Product with part number E3M0120090D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1026. The JFET region for the Accused Product with part number E3M0120090D is less than 3 microns.

1027. On information and belief, the JFET region for the Accused Product with part number E3M0120090D is less than 1 micron.

1028. Wolfspeed made the Accused Product with part number E3M0120090D in the United States during the period March 3, 2009 to the present.

1029. Wolfspeed continues to make the Accused Product with part number E3M0120090D in the United States.

1030. Wolfspeed used the Accused Product with part number E3M0120090D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1031. Wolfspeed continues to provide samples of the Accused Product with part number E3M0120090D in the United States.

1032. Wolfspeed used the Accused Product with part number E3M0120090D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1033. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number E3M0120090D in the United States.

1034. Wolfspeed sold the Accused product with part number E3M0120090D in the United States during the period March 3, 2009 to the present date.

1035. Wolfspeed continues to sell samples of the Accused Product with part number E3M0120090D in the United States.

136

1036. Wolfspeed offered to sell the Accused Product with part number E3M0120090D in the United States during the period March 3, 2009 to the present.

1037. Wolfspeed continues to offer to sell the Accused Product with part number E3M0120090D in the United States.

1038. The data sheet for the Accused Product with part number E3M0065090D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/E3M0065090D.pdf.

1039. Wolfspeed refers to the Accused Product with part number E3M0065090D as a MOSFET in its data sheet.

1040. The Accused Product with part number E3M0065090D includes a silicon carbide substrate.

1041. The Accused Product with part number E3M0065090D has segmented base contacts.

1042. The Accused Product with part number E3M0065090D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1043. The Accused Product with part number E3M0065090D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1044. The Accused Product with part number E3M0065090D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1045. The JFET region for the Accused Product with part number E3M0065090D is less than 3 microns.

1046. On information and belief, the JFET region for the Accused Product with part number E3M0065090D is less than 1 micron.

1047. Wolfspeed made the Accused Product with part number E3M0065090D in the United States during the period March 3, 2009 to the present.

1048. Wolfspeed continues to make the Accused Product with part number E3M0065090D in the United States.

1049. Wolfspeed used the Accused Product with part number E3M0065090D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1050. Wolfspeed continues to provide samples of the Accused Product with part number E3M0065090D in the United States.

1051. Wolfspeed used the Accused Product with part number E3M0065090D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1052. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number E3M0065090D in the United States.

1053. Wolfspeed sold the Accused product with part number E3M0065090D in the United States during the period March 3, 2009 to the present date.

138

1054. Wolfspeed continues to sell samples of the Accused Product with part number E3M0065090D in the United States.

1055. Wolfspeed offered to sell the Accused Product with part number E3M0065090D in the United States during the period March 3, 2009 to the present.

1056. Wolfspeed continues to offer to sell the Accused Product with part number E3M0065090D in the United States.

1057. The data sheet for the Accused Product with part number C3M0280090J is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0280090J.pdf.

1058. Wolfspeed refers to the Accused Product with part number C3M0280090J as a MOSFET in its data sheet.

1059. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0280090J.

1060. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0280090J as a MOSFET.

1061. The Accused Product with part number C3M0280090J includes a silicon carbide substrate.

1062. The Accused Product with part number C3M0280090J has segmented base contacts.

139

1063. The Accused Product with part number C3M0280090J has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1064. The Accused Product with part number C3M0280090J has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1065. The Accused Product with part number C3M0280090J has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1066. The JFET region for the Accused Product with part number C3M0280090J is less than 3 microns.

1067. On information and belief, the JFET region for the Accused Product with part number C3M0280090J is less than 1 micron.

1068. Wolfspeed made the Accused Product with part number C3M0280090J in the United States during the period March 3, 2009 to the present.

1069. Wolfspeed continues to make the Accused Product with part number C3M0280090J in the United States.

1070. Wolfspeed used the Accused Product with part number C3M0280090J to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1071. Wolfspeed continues to provide samples of the Accused Product with part number C3M0280090J in the United States.

1072.  Wolfspeed used the Accused Product with part number C3M0280090J to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1073.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0280090J in the United States.

1074.  Wolfspeed sold the Accused product with part number C3M0280090J in the United States during the period March 3, 2009 to the present date.

1075.  Wolfspeed continues to sell samples of the Accused Product with part number C3M0280090J in the United States.

1076.  Wolfspeed offered to sell the Accused Product with part number C3M0280090J in the United States during the period March 3, 2009 to the present.

1077.  Wolfspeed continues to offer to sell the Accused Product with part number C3M0280090J in the United States.

1078.  The data sheet for the Accused Product with part number C3M0280090D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0280090D.pdf.

1079.  Wolfspeed refers to the Accused Product with part number C3M0280090D as a MOSFET in its data sheet.

1080.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0280090D.

1081. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0280090D as a MOSFET.

1082. The Accused Product with part number C3M0280090D includes a silicon carbide substrate.

1083. The Accused Product with part number C3M0280090D has segmented base contacts.

1084. The Accused Product with part number C3M0280090D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1085. The Accused Product with part number C3M0280090D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1086. The Accused Product with part number C3M0280090D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1087. The JFET region for the Accused Product with part number C3M0280090D is less than 3 microns.

1088. On information and belief, the JFET region for the Accused Product with part number C3M0280090D is less than 1 micron.

1089. Wolfspeed made the Accused Product with part number C3M0280090D in the United States during the period March 3, 2009 to the present.

1090. Wolfspeed continues to make the Accused Product with part number C3M0280090D in the United States.

1091. Wolfspeed used the Accused Product with part number C3M0280090D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1092. Wolfspeed continues to provide samples of the Accused Product with part number C3M0280090D in the United States.

1093. Wolfspeed used the Accused Product with part number C3M0280090D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1094. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0280090D in the United States.

1095. Wolfspeed sold the Accused product with part number C3M0280090D in the United States during the period March 3, 2009 to the present date.

1096. Wolfspeed continues to sell samples of the Accused Product with part number C3M0280090D in the United States.

1097. Wolfspeed offered to sell the Accused Product with part number C3M0280090D in the United States during the period March 3, 2009 to the present.

1098. Wolfspeed continues to offer to sell the Accused Product with part number C3M0280090D in the United States.

1099. The data sheet for the Accused Product with part number C3M0120090J is publicly available at https://assets.wolfspeed.com/uploads/2020/12/c3m0120090j.pdf.

1100. Wolfspeed refers to the Accused Product with part number C3M0120090J as a MOSFET in its data sheet.

1101. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0120090J.

1102. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0120090J as a MOSFET.

1103. The Accused Product with part number C3M0120090J includes a silicon carbide substrate.

1104. The Accused Product with part number C3M0120090J has segmented base contacts.

1105. The Accused Product with part number C3M0120090J has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1106. The Accused Product with part number C3M0120090J has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

144

1107.  The Accused Product with part number C3M0120090J has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1108.  The JFET region for the Accused Product with part number C3M0120090J is less than 3 microns.

1109.  On information and belief, the JFET region for the Accused Product with part number C3M0120090J is less than 1 micron.

1110.  Wolfspeed made the Accused Product with part number C3M0120090J in the United States during the period March 3, 2009 to the present.

1111.  Wolfspeed continues to make the Accused Product with part number C3M0120090J in the United States.

1112.  Wolfspeed used the Accused Product with part number C3M0120090J to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1113.  Wolfspeed continues to provide samples of the Accused Product with part number C3M0120090J in the United States.

1114.  Wolfspeed used the Accused Product with part number C3M0120090J to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1115.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0120090J in the United States.

145

1116. Wolfspeed sold the Accused product with part number C3M0120090J in the United States during the period March 3, 2009 to the present date.

1117. Wolfspeed continues to sell samples of the Accused Product with part number C3M0120090J in the United States.

1118. Wolfspeed offered to sell the Accused Product with part number C3M0120090J in the United States during the period March 3, 2009 to the present.

1119. Wolfspeed continues to offer to sell the Accused Product with part number C3M0120090J in the United States.

1120. The data sheet for the Accused Product with part number C3M0120090D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/c3m0120090d.pdf.

1121. Wolfspeed refers to the Accused Product with part number C3M0120090D as a MOSFET in its data sheet.

1122. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0120090D.

1123. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0120090D as a MOSFET.

1124. The Accused Product with part number C3M0120090D includes a silicon carbide substrate.

1125. The Accused Product with part number C3M0120090D has segmented base contacts.

1126. The Accused Product with part number C3M0120090D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1127. The Accused Product with part number C3M0120090D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1128. The Accused Product with part number C3M0120090D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1129. The JFET region for the Accused Product with part number C3M0120090D is less than 3 microns.

1130. On information and belief, the JFET region for the Accused Product with part number C3M0120090D is less than 1 micron.

1131. Wolfspeed made the Accused Product with part number C3M0120090D in the United States during the period March 3, 2009 to the present.

1132. Wolfspeed continues to make the Accused Product with part number C3M0120090D in the United States.

1133. Wolfspeed used the Accused Product with part number C3M0120090D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

147

1134. Wolfspeed continues to provide samples of the Accused Product with part number C3M0120090D in the United States.

1135. Wolfspeed used the Accused Product with part number C3M0120090D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1136. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0120090D in the United States.

1137. Wolfspeed sold the Accused product with part number C3M0120090D in the United States during the period March 3, 2009 to the present date.

1138. Wolfspeed continues to sell samples of the Accused Product with part number C3M0120090D in the United States.

1139. Wolfspeed offered to sell the Accused Product with part number C3M0120090D in the United States during the period March 3, 2009 to the present.

1140. Wolfspeed continues to offer to sell the Accused Product with part number C3M0120090D in the United States.

1141. The data sheet for the Accused Product with part number C3M0065090J is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0065090J.pdf.

1142. Wolfspeed refers to the Accused Product with part number C3M0065090J as a MOSFET in its data sheet.

1143.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0065090J.

1144.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0065090J as a MOSFET.

1145.  The Accused Product with part number C3M0065090J includes a silicon carbide substrate.

1146.  The Accused Product with part number C3M0065090J has segmented base contacts.

1147.  The Accused Product with part number C3M0065090J has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1148.  The Accused Product with part number C3M0065090J has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1149.  The Accused Product with part number C3M0065090J has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1150.  The JFET region for the Accused Product with part number C3M0065090J is less than 3 microns.

149

1151. On information and belief, the JFET region for the Accused Product with part number C3M0065090J is less than 1 micron.

1152. Wolfspeed made the Accused Product with part number C3M0065090J in the United States during the period March 3, 2009 to the present.

1153. Wolfspeed continues to make the Accused Product with part number C3M0065090J in the United States.

1154. Wolfspeed used the Accused Product with part number C3M0065090J to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1155. Wolfspeed continues to provide samples of the Accused Product with part number C3M0065090J in the United States.

1156. Wolfspeed used the Accused Product with part number C3M0065090J to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1157. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0065090J in the United States.

1158. Wolfspeed sold the Accused product with part number C3M0065090J in the United States during the period March 3, 2009 to the present date.

1159. Wolfspeed continues to sell samples of the Accused Product with part number C3M0065090J in the United States.

1160. Wolfspeed offered to sell the Accused Product with part number C3M0065090J in the United States during the period March 3, 2009 to the present.

1161. Wolfspeed continues to offer to sell the Accused Product with part number C3M0065090J in the United States.

1162. The data sheet for the Accused Product with part number C3M0065090D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0065090D.pdf.

1163. Wolfspeed refers to the Accused Product with part number C3M0065090D as a MOSFET in its data sheet.

1164. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0065090D.

1165. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0065090D as a MOSFET.

1166. The Accused Product with part number C3M0065090D includes a silicon carbide substrate.

1167. The Accused Product with part number C3M0065090D has segmented base contacts.

1168. The Accused Product with part number C3M0065090D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1169. The Accused Product with part number C3M0065090D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1170. The Accused Product with part number C3M0065090D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1171. The JFET region for the Accused Product with part number C3M0065090D is less than 3 microns.

1172. On information and belief, the JFET region for the Accused Product with part number C3M0065090D is less than 1 micron.

1173. Wolfspeed made the Accused Product with part number C3M0065090D in the United States during the period March 3, 2009 to the present.

1174. Wolfspeed continues to make the Accused Product with part number C3M0065090D in the United States.

1175. Wolfspeed used the Accused Product with part number C3M0065090D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1176. Wolfspeed continues to provide samples of the Accused Product with part number C3M0065090D in the United States.

1177. Wolfspeed used the Accused Product with part number C3M0065090D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1178. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0065090D in the United States.

1179. Wolfspeed sold the Accused product with part number C3M0065090D in the United States during the period March 3, 2009 to the present date.

1180. Wolfspeed continues to sell samples of the Accused Product with part number C3M0065090D in the United States.

1181. Wolfspeed offered to sell the Accused Product with part number C3M0065090D in the United States during the period March 3, 2009 to the present.

1182. Wolfspeed continues to offer to sell the Accused Product with part number C3M0065090D in the United States.

1183. The data sheet for the Accused Product with part number C3M0030090K is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0030090K.pdf.

1184. Wolfspeed refers to the Accused Product with part number C3M0030090K as a MOSFET in its data sheet.

1185. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0030090K.

1186. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0030090K as a MOSFET.

1187. The Accused Product with part number C3M0030090K includes a silicon carbide substrate.

1188. The Accused Product with part number C3M0030090K has segmented base contacts.

1189. The Accused Product with part number C3M0030090K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1190. The Accused Product with part number C3M0030090K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1191. The Accused Product with part number C3M0030090K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1192. The JFET region for the Accused Product with part number C3M0030090K is less than 3 microns.

1193. On information and belief, the JFET region for the Accused Product with part number C3M0030090K is less than 1 micron.

1194. Wolfspeed made the Accused Product with part number C3M0030090K in the United States during the period March 3, 2009 to the present.

154

1195. Wolfspeed continues to make the Accused Product with part number C3M0030090K in the United States.

1196. Wolfspeed used the Accused Product with part number C3M0030090K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1197. Wolfspeed continues to provide samples of the Accused Product with part number C3M0030090K in the United States.

1198. Wolfspeed used the Accused Product with part number C3M0030090K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1199. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0030090K in the United States.

1200. Wolfspeed sold the Accused product with part number C3M0030090K in the United States during the period March 3, 2009 to the present date.

1201. Wolfspeed continues to sell samples of the Accused Product with part number C3M0030090K in the United States.

1202. Wolfspeed offered to sell the Accused Product with part number C3M0030090K in the United States during the period March 3, 2009 to the present.

1203. Wolfspeed continues to offer to sell the Accused Product with part number C3M0030090K in the United States.

1204.  The data sheet for the Accused Product with part number C3M0120100K is publicly available at https://assets.wolfspeed.com/uploads/2020/12/c3m0120100k.pdf.

1205.  Wolfspeed refers to the Accused Product with part number C3M0120100K as a MOSFET in its data sheet.

1206.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0120100K.

1207.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0120100K as a MOSFET.

1208.  The Accused Product with part number C3M0120100K includes a silicon carbide substrate.

1209.  The Accused Product with part number C3M0120100K has segmented base contacts.

1210.  The Accused Product with part number C3M0120100K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1211.  The Accused Product with part number C3M0120100K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

156

1212. The Accused Product with part number C3M0120100K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1213. The JFET region for the Accused Product with part number C3M0120100K is less than 3 microns.

1214. On information and belief, the JFET region for the Accused Product with part number C3M0120100K is less than 1 micron.

1215. Wolfspeed made the Accused Product with part number C3M0120100K in the United States during the period March 3, 2009 to the present.

1216. Wolfspeed continues to make the Accused Product with part number C3M0120100K in the United States.

1217. Wolfspeed used the Accused Product with part number C3M0120100K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1218. Wolfspeed continues to provide samples of the Accused Product with part number C3M0120100K in the United States.

1219. Wolfspeed used the Accused Product with part number C3M0120100K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1220. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0120100K in the United States.

1221.  Wolfspeed sold the Accused product with part number C3M0120100K in the United States during the period March 3, 2009 to the present date.

1222.  Wolfspeed continues to sell samples of the Accused Product with part number C3M0120100K in the United States.

1223.  Wolfspeed offered to sell the Accused Product with part number C3M0120100K in the United States during the period March 3, 2009 to the present.

1224.  Wolfspeed continues to offer to sell the Accused Product with part number C3M0120100K in the United States.

1225.  The data sheet for the Accused Product with part number C3M0120100J is publicly available at https://assets.wolfspeed.com/uploads/2020/12/c3m0120100j.pdf.

1226.  Wolfspeed refers to the Accused Product with part number C3M0120100J as a MOSFET in its data sheet.

1227.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0120100J.

1228.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0120100J as a MOSFET.

1229.  The Accused Product with part number C3M0120100J includes a silicon carbide substrate.

1230. The Accused Product with part number C3M0120100J has segmented base contacts.

1231. The Accused Product with part number C3M0120100J has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1232. The Accused Product with part number C3M0120100J has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1233. The Accused Product with part number C3M0120100J has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1234. The JFET region for the Accused Product with part number C3M0120100J is less than 3 microns.

1235. On information and belief, the JFET region for the Accused Product with part number C3M0120100J is less than 1 micron.

1236. Wolfspeed made the Accused Product with part number C3M0120100J in the United States during the period March 3, 2009 to the present.

1237. Wolfspeed continues to make the Accused Product with part number C3M0120100J in the United States.

1238. Wolfspeed used the Accused Product with part number C3M0120100J to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

159

1239. Wolfspeed continues to provide samples of the Accused Product with part number C3M0120100J in the United States.

1240. Wolfspeed used the Accused Product with part number C3M0120100J to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1241. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0120100J in the United States.

1242. Wolfspeed sold the Accused product with part number C3M0120100J in the United States during the period March 3, 2009 to the present date.

1243. Wolfspeed continues to sell samples of the Accused Product with part number C3M0120100J in the United States.

1244. Wolfspeed offered to sell the Accused Product with part number C3M0120100J in the United States during the period March 3, 2009 to the present.

1245. Wolfspeed continues to offer to sell the Accused Product with part number C3M0120100J in the United States.

1246. The data sheet for the Accused Product with part number C3M0065100K is publicly available at https://assets.wolfspeed.com/uploads/2020/12/c3m0065100k.pdf.

1247. Wolfspeed refers to the Accused Product with part number C3M0065100K as a MOSFET in its data sheet.

1248. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0065100K.

1249. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0065100K as a MOSFET.

1250. The Accused Product with part number C3M0065100K includes a silicon carbide substrate.

1251. The Accused Product with part number C3M0065100K has segmented base contacts.

1252. The Accused Product with part number C3M0065100K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1253. The Accused Product with part number C3M0065100K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1254. The Accused Product with part number C3M0065100K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1255. The JFET region for the Accused Product with part number C3M0065100K is less than 3 microns.

1256.  On information and belief, the JFET region for the Accused Product with part number C3M0065100K is less than 1 micron.

1257.  Wolfspeed made the Accused Product with part number C3M0065100K in the United States during the period March 3, 2009 to the present.

1258.  Wolfspeed continues to make the Accused Product with part number C3M0065100K in the United States.

1259.  Wolfspeed used the Accused Product with part number C3M0065100K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1260.  Wolfspeed continues to provide samples of the Accused Product with part number C3M0065100K in the United States.

1261.  Wolfspeed used the Accused Product with part number C3M0065100K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1262.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0065100K in the United States.

1263.  Wolfspeed sold the Accused product with part number C3M0065100K in the United States during the period March 3, 2009 to the present date.

1264.  Wolfspeed continues to sell samples of the Accused Product with part number C3M0065100K in the United States.

1265. Wolfspeed offered to sell the Accused Product with part number C3M0065100K in the United States during the period March 3, 2009 to the present.

1266. Wolfspeed continues to offer to sell the Accused Product with part number C3M0065100K in the United States.

1267. The data sheet for the Accused Product with part number C3M0065100J is publicly available at https://assets.wolfspeed.com/uploads/2020/12/c3m0065100j.pdf.

1268. Wolfspeed refers to the Accused Product with part number C3M0065100J as a MOSFET in its data sheet.

1269. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0065100J.

1270. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0065100J as a MOSFET.

1271. The Accused Product with part number C3M0065100J includes a silicon carbide substrate.

1272. The Accused Product with part number C3M0065100J has segmented base contacts.

1273. The Accused Product with part number C3M0065100J has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1274. The Accused Product with part number C3M0065100J has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1275. The Accused Product with part number C3M0065100J has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1276. The JFET region for the Accused Product with part number C3M0065100J is less than 3 microns.

1277. On information and belief, the JFET region for the Accused Product with part number C3M0065100J is less than 1 micron.

1278. Wolfspeed made the Accused Product with part number C3M0065100J in the United States during the period March 3, 2009 to the present.

1279. Wolfspeed continues to make the Accused Product with part number C3M0065100J in the United States.

1280. Wolfspeed used the Accused Product with part number C3M0065100J to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1281. Wolfspeed continues to provide samples of the Accused Product with part number C3M0065100J in the United States.

1282. Wolfspeed used the Accused Product with part number C3M0065100J to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1283. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0065100J in the United States.

1284. Wolfspeed sold the Accused product with part number C3M0065100J in the United States during the period March 3, 2009 to the present date.

1285. Wolfspeed continues to sell samples of the Accused Product with part number C3M0065100J in the United States.

1286. Wolfspeed offered to sell the Accused Product with part number C3M0065100J in the United States during the period March 3, 2009 to the present.

1287. Wolfspeed continues to offer to sell the Accused Product with part number C3M0065100J in the United States.

1288. The data sheet for the Accused Product with part number C3M0350120J is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0350120J.pdf.

1289. Wolfspeed refers to the Accused Product with part number C3M0350120J as a MOSFET in its data sheet.

1290. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as <u>Exhibit B</u>, lists the Accused Product with part number C3M0350120J.

1291. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0350120J as a MOSFET.

1292. The Accused Product with part number C3M0350120J includes a silicon carbide substrate.

1293. The Accused Product with part number C3M0350120J has segmented base contacts.

1294. The Accused Product with part number C3M0350120J has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1295. The Accused Product with part number C3M0350120J has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1296. The Accused Product with part number C3M0350120J has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1297. The JFET region for the Accused Product with part number C3M0350120J is less than 3 microns.

1298. On information and belief, the JFET region for the Accused Product with part number C3M0350120J is less than 1 micron.

1299. Wolfspeed made the Accused Product with part number C3M0350120J in the United States during the period March 3, 2009 to the present.

166

1300.  Wolfspeed continues to make the Accused Product with part number C3M0350120J in the United States.

1301.  Wolfspeed used the Accused Product with part number C3M0350120J to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1302.  Wolfspeed continues to provide samples of the Accused Product with part number C3M0350120J in the United States.

1303.  Wolfspeed used the Accused Product with part number C3M0350120J to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1304.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0350120J in the United States.

1305.  Wolfspeed sold the Accused product with part number C3M0350120J in the United States during the period March 3, 2009 to the present date.

1306.  Wolfspeed continues to sell samples of the Accused Product with part number C3M0350120J in the United States.

1307.  Wolfspeed offered to sell the Accused Product with part number C3M0350120J in the United States during the period March 3, 2009 to the present.

1308.  Wolfspeed continues to offer to sell the Accused Product with part number C3M0350120J in the United States.

1309. The data sheet for the Accused Product with part number C3M0350120D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0350120D.pdf.

1310. Wolfspeed refers to the Accused Product with part number C3M0350120D as a MOSFET in its data sheet.

1311. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0350120D.

1312. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0350120D as a MOSFET.

1313. The Accused Product with part number C3M0350120D includes a silicon carbide substrate.

1314. The Accused Product with part number C3M0350120D has segmented base contacts.

1315. The Accused Product with part number C3M0350120D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1316. The Accused Product with part number C3M0350120D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1317. The Accused Product with part number C3M0350120D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1318. The JFET region for the Accused Product with part number C3M0350120D is less than 3 microns.

1319. On information and belief, the JFET region for the Accused Product with part number C3M0350120D is less than 1 micron.

1320. Wolfspeed made the Accused Product with part number C3M0350120D in the United States during the period March 3, 2009 to the present.

1321. Wolfspeed continues to make the Accused Product with part number C3M0350120D in the United States.

1322. Wolfspeed used the Accused Product with part number C3M0350120D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1323. Wolfspeed continues to provide samples of the Accused Product with part number C3M0350120D in the United States.

1324. Wolfspeed used the Accused Product with part number C3M0350120D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1325. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0350120D in the United States.

1326.  Wolfspeed sold the Accused product with part number C3M0350120D in the United States during the period March 3, 2009 to the present date.

1327.  Wolfspeed continues to sell samples of the Accused Product with part number C3M0350120D in the United States.

1328.  Wolfspeed offered to sell the Accused Product with part number C3M0350120D in the United States during the period March 3, 2009 to the present.

1329.  Wolfspeed continues to offer to sell the Accused Product with part number C3M0350120D in the United States.

1330.  The data sheet for the Accused Product with part number C3M0160120J is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0160120J.pdf.

1331.  Wolfspeed refers to the Accused Product with part number C3M0160120J as a MOSFET in its data sheet.

1332.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0160120J.

1333.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0160120J as a MOSFET.

1334.  The Accused Product with part number C3M0160120J includes a silicon carbide substrate.

1335. The Accused Product with part number C3M0160120J has segmented base contacts.

1336. The Accused Product with part number C3M0160120J has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1337. The Accused Product with part number C3M0160120J has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1338. The Accused Product with part number C3M0160120J has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1339. The JFET region for the Accused Product with part number C3M0160120J is less than 3 microns.

1340. On information and belief, the JFET region for the Accused Product with part number C3M0160120J is less than 1 micron.

1341. Wolfspeed made the Accused Product with part number C3M0160120J in the United States during the period March 3, 2009 to the present.

1342. Wolfspeed continues to make the Accused Product with part number C3M0160120J in the United States.

1343. Wolfspeed used the Accused Product with part number C3M0160120J to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1344.  Wolfspeed continues to provide samples of the Accused Product with part number C3M0160120J in the United States.

1345.  Wolfspeed used the Accused Product with part number C3M0160120J to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1346.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0160120J in the United States.

1347.  Wolfspeed sold the Accused product with part number C3M0160120J in the United States during the period March 3, 2009 to the present date.

1348.  Wolfspeed continues to sell samples of the Accused Product with part number C3M0160120J in the United States.

1349. Wolfspeed offered to sell the Accused Product with part number C3M0160120J in the United States during the period March 3, 2009 to the present.

1350.  Wolfspeed continues to offer to sell the Accused Product with part number C3M0160120J in the United States.

1351.  The data sheet for the Accused Product with part number C3M0160120D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0160120D.pdf.

1352.  Wolfspeed refers to the Accused Product with part number C3M0160120D as a MOSFET in its data sheet.

1353. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as <u>Exhibit B</u>, lists the Accused Product with part number C3M0160120D.

1354. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as <u>Exhibit B</u>, refers to the Accused Product with part number C3M0160120D as a MOSFET.

1355. The Accused Product with part number C3M0160120D includes a silicon carbide substrate.

1356. The Accused Product with part number C3M0160120D has segmented base contacts.

1357. The Accused Product with part number C3M0160120D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1358. The Accused Product with part number C3M0160120D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1359. The Accused Product with part number C3M0160120D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1360. The JFET region for the Accused Product with part number C3M0160120D is less than 3 microns.

1361. On information and belief, the JFET region for the Accused Product with part number C3M0160120D is less than 1 micron.

1362. Wolfspeed made the Accused Product with part number C3M0160120D in the United States during the period March 3, 2009 to the present.

1363. Wolfspeed continues to make the Accused Product with part number C3M0160120D in the United States.

1364. Wolfspeed used the Accused Product with part number C3M0160120D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1365. Wolfspeed continues to provide samples of the Accused Product with part number C3M0160120D in the United States.

1366. Wolfspeed used the Accused Product with part number C3M0160120D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1367. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0160120D in the United States.

1368. Wolfspeed sold the Accused product with part number C3M0160120D in the United States during the period March 3, 2009 to the present date.

1369. Wolfspeed continues to sell samples of the Accused Product with part number C3M0160120D in the United States.

1370. Wolfspeed offered to sell the Accused Product with part number C3M0160120D in the United States during the period March 3, 2009 to the present.

1371. Wolfspeed continues to offer to sell the Accused Product with part number C3M0160120D in the United States.

1372. The data sheet for the Accused Product with part number C3M0075120K is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0075120K.pdf.

1373. Wolfspeed refers to the Accused Product with part number C3M0075120K as a MOSFET in its data sheet.

1374. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0075120K.

1375. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0075120K as a MOSFET.

1376. The Accused Product with part number C3M0075120K includes a silicon carbide substrate.

1377. The Accused Product with part number C3M0075120K has segmented base contacts.

1378. The Accused Product with part number C3M0075120K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

175

1379. The Accused Product with part number C3M0075120K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1380. The Accused Product with part number C3M0075120K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1381. The JFET region for the Accused Product with part number C3M0075120K is less than 3 microns.

1382. On information and belief, the JFET region for the Accused Product with part number C3M0075120K is less than 1 micron.

1383. Wolfspeed made the Accused Product with part number C3M0075120K in the United States during the period March 3, 2009 to the present.

1384. Wolfspeed continues to make the Accused Product with part number C3M0075120K in the United States.

1385. Wolfspeed used the Accused Product with part number C3M0075120K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1386. Wolfspeed continues to provide samples of the Accused Product with part number C3M0075120K in the United States.

1387.  Wolfspeed used the Accused Product with part number C3M0075120K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1388.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0075120K in the United States.

1389.  Wolfspeed sold the Accused product with part number C3M0075120K in the United States during the period March 3, 2009 to the present date.

1390.  Wolfspeed continues to sell samples of the Accused Product with part number C3M0075120K in the United States.

1391. Wolfspeed offered to sell the Accused Product with part number C3M0075120K in the United States during the period March 3, 2009 to the present.

1392.  Wolfspeed continues to offer to sell the Accused Product with part number C3M0075120K in the United States.

1393.  The data sheet for the Accused Product with part number C3M0075120J is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0075120J.pdf.

1394.  Wolfspeed refers to the Accused Product with part number C3M0075120J as a MOSFET in its data sheet.

1395.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as <u>Exhibit B</u>, lists the Accused Product with part number C3M0075120J.

1396. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0075120J as a MOSFET.

1397. The Accused Product with part number C3M0075120J includes a silicon carbide substrate.

1398. The Accused Product with part number C3M0075120J has segmented base contacts.

1399. The Accused Product with part number C3M0075120J has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1400. The Accused Product with part number C3M0075120J has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1401. The Accused Product with part number C3M0075120J has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1402. The JFET region for the Accused Product with part number C3M0075120J is less than 3 microns.

1403. On information and belief, the JFET region for the Accused Product with part number C3M0075120J is less than 1 micron.

1404. Wolfspeed made the Accused Product with part number C3M0075120J in the United States during the period March 3, 2009 to the present.

1405. Wolfspeed continues to make the Accused Product with part number C3M0075120J in the United States.

1406. Wolfspeed used the Accused Product with part number C3M0075120J to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1407. Wolfspeed continues to provide samples of the Accused Product with part number C3M0075120J in the United States.

1408. Wolfspeed used the Accused Product with part number C3M0075120J to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1409. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0075120J in the United States.

1410. Wolfspeed sold the Accused product with part number C3M0075120J in the United States during the period March 3, 2009 to the present date.

1411. Wolfspeed continues to sell samples of the Accused Product with part number C3M0075120J in the United States.

1412. Wolfspeed offered to sell the Accused Product with part number C3M0075120J in the United States during the period March 3, 2009 to the present.

1413. Wolfspeed continues to offer to sell the Accused Product with part number C3M0075120J in the United States.

1414. The data sheet for the Accused Product with part number C3M0075120D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0075120D.pdf.

1415. Wolfspeed refers to the Accused Product with part number C3M0075120D as a MOSFET in its data sheet.

1416. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0075120D.

1417. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0075120D as a MOSFET.

1418. The Accused Product with part number C3M0075120D includes a silicon carbide substrate.

1419. The Accused Product with part number C3M0075120D has segmented base contacts.

1420. The Accused Product with part number C3M0075120D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1421. The Accused Product with part number C3M0075120D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1422.  The Accused Product with part number C3M0075120D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1423.  The JFET region for the Accused Product with part number C3M0075120D is less than 3 microns.

1424.  On information and belief, the JFET region for the Accused Product with part number C3M0075120D is less than 1 micron.

1425.  Wolfspeed made the Accused Product with part number C3M0075120D in the United States during the period March 3, 2009 to the present.

1426.  Wolfspeed continues to make the Accused Product with part number C3M0075120D in the United States.

1427.  Wolfspeed used the Accused Product with part number C3M0075120D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1428.  Wolfspeed continues to provide samples of the Accused Product with part number C3M0075120D in the United States.

1429.  Wolfspeed used the Accused Product with part number C3M0075120D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1430.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0075120D in the United States.

181

1431.  Wolfspeed sold the Accused product with part number C3M0075120D in the United States during the period March 3, 2009 to the present date.

1432.  Wolfspeed continues to sell samples of the Accused Product with part number C3M0075120D in the United States.

1433.  Wolfspeed offered to sell the Accused Product with part number C3M0075120D in the United States during the period March 3, 2009 to the present.

1434.  Wolfspeed continues to offer to sell the Accused Product with part number C3M0075120D in the United States.

1435.  The data sheet for the Accused Product with part number C3M0032120K is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0032120K.pdf.

1436.  Wolfspeed refers to the Accused Product with part number C3M0032120K as a MOSFET in its data sheet.

1437.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0032120K.

1438.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0032120K as a MOSFET.

1439.  The Accused Product with part number C3M0032120K includes a silicon carbide substrate.

1440. The Accused Product with part number C3M0032120K has segmented base contacts.

1441. The Accused Product with part number C3M0032120K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1442. The Accused Product with part number C3M0032120K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1443. The Accused Product with part number C3M0032120K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1444. The JFET region for the Accused Product with part number C3M0032120K is less than 3 microns.

1445. On information and belief, the JFET region for the Accused Product with part number C3M0032120K is less than 1 micron.

1446. Wolfspeed made the Accused Product with part number C3M0032120K in the United States during the period March 3, 2009 to the present.

1447. Wolfspeed continues to make the Accused Product with part number C3M0032120K in the United States.

1448. Wolfspeed used the Accused Product with part number C3M0032120K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1449. Wolfspeed continues to provide samples of the Accused Product with part number C3M0032120K in the United States.

1450. Wolfspeed used the Accused Product with part number C3M0032120K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1451. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0032120K in the United States.

1452. Wolfspeed sold the Accused product with part number C3M0032120K in the United States during the period March 3, 2009 to the present date.

1453. Wolfspeed continues to sell samples of the Accused Product with part number C3M0032120K in the United States.

1454. Wolfspeed offered to sell the Accused Product with part number C3M0032120K in the United States during the period March 3, 2009 to the present.

1455. Wolfspeed continues to offer to sell the Accused Product with part number C3M0032120K in the United States.

1456. The data sheet for the Accused Product with part number C3M0032120D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0032120D.pdf.

1457. Wolfspeed refers to the Accused Product with part number C3M0032120D as a MOSFET in its data sheet.

1458.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0032120D.

1459.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0032120D as a MOSFET.

1460.  The Accused Product with part number C3M0032120D includes a silicon carbide substrate.

1461.  The Accused Product with part number C3M0032120D has segmented base contacts.

1462.  The Accused Product with part number C3M0032120D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1463.  The Accused Product with part number C3M0032120D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1464.  The Accused Product with part number C3M0032120D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1465.  The JFET region for the Accused Product with part number C3M0032120D is less than 3 microns.

1466. On information and belief, the JFET region for the Accused Product with part number C3M0032120D is less than 1 micron.

1467. Wolfspeed made the Accused Product with part number C3M0032120D in the United States during the period March 3, 2009 to the present.

1468. Wolfspeed continues to make the Accused Product with part number C3M0032120D in the United States.

1469. Wolfspeed used the Accused Product with part number C3M0032120D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1470. Wolfspeed continues to provide samples of the Accused Product with part number C3M0032120D in the United States.

1471. Wolfspeed used the Accused Product with part number C3M0032120D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1472. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0032120D in the United States.

1473. Wolfspeed sold the Accused product with part number C3M0032120D in the United States during the period March 3, 2009 to the present date.

1474. Wolfspeed continues to sell samples of the Accused Product with part number C3M0032120D in the United States.

1475. Wolfspeed offered to sell the Accused Product with part number C3M0032120D in the United States during the period March 3, 2009 to the present.

1476. Wolfspeed continues to offer to sell the Accused Product with part number C3M0032120D in the United States.

1477. The data sheet for the Accused Product with part number C3M0021120K is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0021120K.pdf.

1478. Wolfspeed refers to the Accused Product with part number C3M0021120K as a MOSFET in its data sheet.

1479. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0021120K.

1480. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0021120K as a MOSFET.

1481. The Accused Product with part number C3M0021120K includes a silicon carbide substrate.

1482. The Accused Product with part number C3M0021120K has segmented base contacts.

1483. The Accused Product with part number C3M0021120K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1484. The Accused Product with part number C3M0021120K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1485. The Accused Product with part number C3M0021120K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1486. The JFET region for the Accused Product with part number C3M0021120K is less than 3 microns.

1487. On information and belief, the JFET region for the Accused Product with part number C3M0021120K is less than 1 micron.

1488. Wolfspeed made the Accused Product with part number C3M0021120K in the United States during the period March 3, 2009 to the present.

1489. Wolfspeed continues to make the Accused Product with part number C3M0021120K in the United States.

1490. Wolfspeed used the Accused Product with part number C3M0021120K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1491. Wolfspeed continues to provide samples of the Accused Product with part number C3M0021120K in the United States.

1492. Wolfspeed used the Accused Product with part number C3M0021120K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1493. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0021120K in the United States.

1494. Wolfspeed sold the Accused product with part number C3M0021120K in the United States during the period March 3, 2009 to the present date.

1495. Wolfspeed continues to sell samples of the Accused Product with part number C3M0021120K in the United States.

1496. Wolfspeed offered to sell the Accused Product with part number C3M0021120K in the United States during the period March 3, 2009 to the present.

1497. Wolfspeed continues to offer to sell the Accused Product with part number C3M0021120K in the United States.

1498. The data sheet for the Accused Product with part number C3M0021120D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0021120D.pdf.

1499. Wolfspeed refers to the Accused Product with part number C3M0021120D as a MOSFET in its data sheet.

1500. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0021120D.

1501.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0021120D as a MOSFET.

1502.  The Accused Product with part number C3M0021120D includes a silicon carbide substrate.

1503.  The Accused Product with part number C3M0021120D has segmented base contacts.

1504.  The Accused Product with part number C3M0021120D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1505.  The Accused Product with part number C3M0021120D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1506.  The Accused Product with part number C3M0021120D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1507.  The JFET region for the Accused Product with part number C3M0021120D is less than 3 microns.

1508.  On information and belief, the JFET region for the Accused Product with part number C3M0021120D is less than 1 micron.

1509.  Wolfspeed made the Accused Product with part number C3M0021120D in the United States during the period March 3, 2009 to the present.

1510. Wolfspeed continues to make the Accused Product with part number C3M0021120D in the United States.

1511. Wolfspeed used the Accused Product with part number C3M0021120D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1512. Wolfspeed continues to provide samples of the Accused Product with part number C3M0021120D in the United States.

1513. Wolfspeed used the Accused Product with part number C3M0021120D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1514. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0021120D in the United States.

1515. Wolfspeed sold the Accused product with part number C3M0021120D in the United States during the period March 3, 2009 to the present date.

1516. Wolfspeed continues to sell samples of the Accused Product with part number C3M0021120D in the United States.

1517. Wolfspeed offered to sell the Accused Product with part number C3M0021120D in the United States during the period March 3, 2009 to the present.

1518. Wolfspeed continues to offer to sell the Accused Product with part number C3M0021120D in the United States.

1519.  The data sheet for the Accused Product with part number C3M0016120D is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0016120D.pdf.

1520.  Wolfspeed refers to the Accused Product with part number C3M0016120D as a MOSFET in its data sheet.

1521.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0016120D.

1522.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0016120D as a MOSFET.

1523.  The Accused Product with part number C3M0016120D includes a silicon carbide substrate.

1524.  The Accused Product with part number C3M0016120D has segmented base contacts.

1525.  The Accused Product with part number C3M0016120D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1526.  The Accused Product with part number C3M0016120D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1527.  The Accused Product with part number C3M0016120D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1528.  The JFET region for the Accused Product with part number C3M0016120D is less than 3 microns.

1529.  On information and belief, the JFET region for the Accused Product with part number C3M0016120D is less than 1 micron.

1530.  Wolfspeed made the Accused Product with part number C3M0016120D in the United States during the period March 3, 2009 to the present.

1531.  Wolfspeed continues to make the Accused Product with part number C3M0016120D in the United States.

1532.  Wolfspeed used the Accused Product with part number C3M0016120D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1533.  Wolfspeed continues to provide samples of the Accused Product with part number C3M0016120D in the United States.

1534.  Wolfspeed used the Accused Product with part number C3M0016120D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1535.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0016120D in the United States.

193

1536. Wolfspeed sold the Accused product with part number C3M0016120D in the United States during the period March 3, 2009 to the present date.

1537. Wolfspeed continues to sell samples of the Accused Product with part number C3M0016120D in the United States.

1538. Wolfspeed offered to sell the Accused Product with part number C3M0016120D in the United States during the period March 3, 2009 to the present.

1539. Wolfspeed continues to offer to sell the Accused Product with part number C3M0016120D in the United States.

1540. The data sheet for the Accused Product with part number C3M0016120K is publicly available at https://assets.wolfspeed.com/uploads/2020/12/C3M0016120K.pdf.

1541. Wolfspeed refers to the Accused Product with part number C3M0016120K as a MOSFET in its data sheet.

1542. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number C3M0016120K.

1543. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number C3M0016120K as a MOSFET.

1544. The Accused Product with part number C3M0016120K includes a silicon carbide substrate.

1545.  The Accused Product with part number C3M0016120K has segmented base contacts.

1546.  The Accused Product with part number C3M0016120K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1547.  The Accused Product with part number C3M0016120K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1548.  The Accused Product with part number C3M0016120K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1549.  The JFET region for the Accused Product with part number C3M0016120K is less than 3 microns.

1550.  On information and belief, the JFET region for the Accused Product with part number C3M0016120K is less than 1 micron.

1551.  Wolfspeed made the Accused Product with part number C3M0016120K in the United States during the period March 3, 2009 to the present.

1552.  Wolfspeed continues to make the Accused Product with part number C3M0016120K in the United States.

1553.  Wolfspeed used the Accused Product with part number C3M0016120K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1554.  Wolfspeed continues to provide samples of the Accused Product with part number C3M0016120K in the United States.

1555.  Wolfspeed used the Accused Product with part number C3M0016120K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1556.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number C3M0016120K in the United States.

1557.  Wolfspeed sold the Accused product with part number C3M0016120K in the United States during the period March 3, 2009 to the present date.

1558.  Wolfspeed continues to sell samples of the Accused Product with part number C3M0016120K in the United States.

1559.  Wolfspeed offered to sell the Accused Product with part number C3M0016120K in the United States during the period March 3, 2009 to the present.

1560.  Wolfspeed continues to offer to sell the Accused Product with part number C3M0016120K in the United States.

1561.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, lists the Accused Product with part number E3M0016120K.

1562.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit B, refers to the Accused Product with part number E3M0016120K as a MOSFET.

1563. The Accused Product with part number E3M0016120K includes a silicon carbide substrate.

1564. The Accused Product with part number E3M0016120K has segmented base contacts.

1565. The Accused Product with part number E3M0016120K has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1566. The Accused Product with part number E3M0016120K has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1567. The Accused Product with part number E3M0016120K has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1568. The JFET region for the Accused Product with part number E3M0016120K is less than 3 microns.

1569. On information and belief, the JFET region for the Accused Product with part number E3M0016120K is less than 1 micron.

1570. Wolfspeed made the Accused Product with part number E3M0016120K in the United States during the period March 3, 2009 to the present.

1571. Wolfspeed continues to make the Accused Product with part number E3M0016120K in the United States.

197

1572. Wolfspeed used the Accused Product with part number E3M0016120K to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1573. Wolfspeed continues to provide samples of the Accused Product with part number E3M0016120K in the United States.

1574. Wolfspeed used the Accused Product with part number E3M0016120K to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1575. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number E3M0016120K in the United States.

1576. Wolfspeed sold the Accused product with part number E3M0016120K in the United States during the period March 3, 2009 to the present date.

1577. Wolfspeed continues to sell samples of the Accused Product with part number E3M0016120K in the United States.

1578. Wolfspeed offered to sell the Accused Product with part number E3M0016120K in the United States during the period March 3, 2009 to the present.

1579. Wolfspeed continues to offer to sell the Accused Product with part number E3M0016120K in the United States.

1580. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as <u>Exhibit C</u>, lists the Accused Product with part number CPM3-0650-0015A.

1581. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number CPM3-0650-0015A as a MOSFET.

1582. The Accused Product with part number CPM3-0650-0015A includes a silicon carbide substrate.

1583. The Accused Product with part number CPM3-0650-0015A has segmented base contacts.

1584. The Accused Product with part number CPM3-0650-0015A has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1585. The Accused Product with part number CPM3-0650-0015A has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1586. The Accused Product with part number CPM3-0650-0015A has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1587. The JFET region for the Accused Product with part number CPM3-0650-0015A is less than 3 microns.

1588. On information and belief, the JFET region for the Accused Product with part number CPM3-0650-0015A is less than 1 micron.

1589. Wolfspeed made the Accused Product with part number CPM3-0650-0015A in the United States during the period March 3, 2009 to the present.

1590. Wolfspeed continues to make the Accused Product with part number CPM3-0650-0015A in the United States.

1591. Wolfspeed used the Accused Product with part number CPM3-0650-0015A to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1592. Wolfspeed continues to provide samples of the Accused Product with part number CPM3-0650-0015A in the United States.

1593. Wolfspeed used the Accused Product with part number CPM3-0650-0015A to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1594. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CPM3-0650-0015A in the United States.

1595. Wolfspeed sold the Accused product with part number CPM3-0650-0015A in the United States during the period March 3, 2009 to the present date.

1596. Wolfspeed continues to sell samples of the Accused Product with part number CPM3-0650-0015A in the United States.

1597. Wolfspeed offered to sell the Accused Product with part number CPM3-0650-0015A in the United States during the period March 3, 2009 to the present.

1598. Wolfspeed continues to offer to sell the Accused Product with part number CPM3-0650-0015A in the United States.

200

1599. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number CPM3-0650-0045A.

1600. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number CPM3-0650-0045A as a MOSFET.

1601. The Accused Product with part number CPM3-0650-0045A includes a silicon carbide substrate.

1602. The Accused Product with part number CPM3-0650-0045A has segmented base contacts.

1603. The Accused Product with part number CPM3-0650-0045A has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1604. The Accused Product with part number CPM3-0650-0045A has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1605. The Accused Product with part number CPM3-0650-0045A has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1606. The JFET region for the Accused Product with part number CPM3-0650-0045A is less than 3 microns.

1607.  On information and belief, the JFET region for the Accused Product with part number CPM3-0650-0045A is less than 1 micron.

1608.  Wolfspeed made the Accused Product with part number CPM3-0650-0045A in the United States during the period March 3, 2009 to the present.

1609.  Wolfspeed continues to make the Accused Product with part number CPM3-0650-0045A in the United States.

1610.  Wolfspeed used the Accused Product with part number CPM3-0650-0045A to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1611.  Wolfspeed continues to provide samples of the Accused Product with part number CPM3-0650-0045A in the United States.

1612.  Wolfspeed used the Accused Product with part number CPM3-0650-0045A to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1613.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CPM3-0650-0045A in the United States.

1614.  Wolfspeed sold the Accused product with part number CPM3-0650-0045A in the United States during the period March 3, 2009 to the present date.

1615.  Wolfspeed continues to sell samples of the Accused Product with part number CPM3-0650-0045A in the United States.

1616.  Wolfspeed offered to sell the Accused Product with part number CPM3-0650-0045A in the United States during the period March 3, 2009 to the present.

1617.  Wolfspeed continues to offer to sell the Accused Product with part number CPM3-0650-0045A in the United States.

1618.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number CPM3-0650-0060A.

1619.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number CPM3-0650-0060A as a MOSFET.

1620.  The Accused Product with part number CPM3-0650-0060A includes a silicon carbide substrate.

1621.  The Accused Product with part number CPM3-0650-0060A has segmented base contacts.

1622.  The Accused Product with part number CPM3-0650-0060A has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1623.  The Accused Product with part number CPM3-0650-0060A has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1624.  The Accused Product with part number CPM3-0650-0060A has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1625.  The JFET region for the Accused Product with part number CPM3-0650-0060A is less than 3 microns.

1626.  On information and belief, the JFET region for the Accused Product with part number CPM3-0650-0060A is less than 1 micron.

1627.  Wolfspeed made the Accused Product with part number CPM3-0650-0060A in the United States during the period March 3, 2009 to the present.

1628.  Wolfspeed continues to make the Accused Product with part number CPM3-0650-0060A in the United States.

1629.  Wolfspeed used the Accused Product with part number CPM3-0650-0060A to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1630.  Wolfspeed continues to provide samples of the Accused Product with part number CPM3-0650-0060A in the United States.

1631.  Wolfspeed used the Accused Product with part number CPM3-0650-0060A to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1632.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CPM3-0650-0060A in the United States.

1633. Wolfspeed sold the Accused product with part number CPM3-0650-0060A in the United States during the period March 3, 2009 to the present date.

1634. Wolfspeed continues to sell samples of the Accused Product with part number CPM3-0650-0060A in the United States.

1635. Wolfspeed offered to sell the Accused Product with part number CPM3-0650-0060A in the United States during the period March 3, 2009 to the present.

1636. Wolfspeed continues to offer to sell the Accused Product with part number CPM3-0650-0060A in the United States.

1637. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number EPM3-0750-0010D.

1638. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number EPM3-0750-0010D as a MOSFET.

1639. The Accused Product with part number EPM3-0750-0010D includes a silicon carbide substrate.

1640. The Accused Product with part number EPM3-0750-0010D has segmented base contacts.

1641. The Accused Product with part number EPM3-0750-0010D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1642. The Accused Product with part number EPM3-0750-0010D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1643. The Accused Product with part number EPM3-0750-0010D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1644. The JFET region for the Accused Product with part number EPM3-0750-0010D is less than 3 microns.

1645. On information and belief, the JFET region for the Accused Product with part number EPM3-0750-0010D is less than 1 micron.

1646. Wolfspeed made the Accused Product with part number EPM3-0750-0010D in the United States during the period March 3, 2009 to the present.

1647. Wolfspeed continues to make the Accused Product with part number EPM3-0750-0010D in the United States.

1648. Wolfspeed used the Accused Product with part number EPM3-0750-0010D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1649. Wolfspeed continues to provide samples of the Accused Product with part number EPM3-0750-0010D in the United States.

1650. Wolfspeed used the Accused Product with part number EPM3-0750-0010D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1651. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number EPM3-0750-0010D in the United States.

1652. Wolfspeed sold the Accused product with part number EPM3-0750-0010D in the United States during the period March 3, 2009 to the present date.

1653. Wolfspeed continues to sell samples of the Accused Product with part number EPM3-0750-0010D in the United States.

1654. Wolfspeed offered to sell the Accused Product with part number EPM3-0750-0010D in the United States during the period March 3, 2009 to the present.

1655. Wolfspeed continues to offer to sell the Accused Product with part number EPM3-0750-0010D in the United States.

1656. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number CPM3-0900-0010A.

1657. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number CPM3-0900-0010A as a MOSFET.

1658. The Accused Product with part number CPM3-0900-0010A includes a silicon carbide substrate.

1659. The Accused Product with part number CPM3-0900-0010A has segmented base contacts.

1660. The Accused Product with part number CPM3-0900-0010A has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1661. The Accused Product with part number CPM3-0900-0010A has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1662. The Accused Product with part number CPM3-0900-0010A has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1663. The JFET region for the Accused Product with part number CPM3-0900-0010A is less than 3 microns.

1664. On information and belief, the JFET region for the Accused Product with part number CPM3-0900-0010A is less than 1 micron.

1665. Wolfspeed made the Accused Product with part number CPM3-0900-0010A in the United States during the period March 3, 2009 to the present.

1666. Wolfspeed continues to make the Accused Product with part number CPM3-0900-0010A in the United States.

1667. Wolfspeed used the Accused Product with part number CPM3-0900-0010A to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1668. Wolfspeed continues to provide samples of the Accused Product with part number CPM3-0900-0010A in the United States.

1669. Wolfspeed used the Accused Product with part number CPM3-0900-0010A to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1670. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CPM3-0900-0010A in the United States.

1671. Wolfspeed sold the Accused product with part number CPM3-0900-0010A in the United States during the period March 3, 2009 to the present date.

1672. Wolfspeed continues to sell samples of the Accused Product with part number CPM3-0900-0010A in the United States.

1673. Wolfspeed offered to sell the Accused Product with part number CPM3-0900-0010A in the United States during the period March 3, 2009 to the present.

1674. Wolfspeed continues to offer to sell the Accused Product with part number CPM3-0900-0010A in the United States.

1675. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number CPM3-0900-0030A.

1676. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number CPM3-0900-0030A as a MOSFET.

1677. The Accused Product with part number CPM3-0900-0030A includes a silicon carbide substrate.

1678. The Accused Product with part number CPM3-0900-0030A has segmented base contacts.

1679. The Accused Product with part number CPM3-0900-0030A has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1680. The Accused Product with part number CPM3-0900-0030A has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1681. The Accused Product with part number CPM3-0900-0030A has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1682. The JFET region for the Accused Product with part number CPM3-0900-0030A is less than 3 microns.

1683. On information and belief, the JFET region for the Accused Product with part number CPM3-0900-0030A is less than 1 micron.

1684. Wolfspeed made the Accused Product with part number CPM3-0900-0030A in the United States during the period March 3, 2009 to the present.

1685. Wolfspeed continues to make the Accused Product with part number CPM3-0900-0030A in the United States.

1686.  Wolfspeed used the Accused Product with part number CPM3-0900-0030A to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1687.  Wolfspeed continues to provide samples of the Accused Product with part number CPM3-0900-0030A in the United States.

1688.  Wolfspeed used the Accused Product with part number CPM3-0900-0030A to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1689.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CPM3-0900-0030A in the United States.

1690.  Wolfspeed sold the Accused product with part number CPM3-0900-0030A in the United States during the period March 3, 2009 to the present date.

1691.  Wolfspeed continues to sell samples of the Accused Product with part number CPM3-0900-0030A in the United States.

1692.  Wolfspeed offered to sell the Accused Product with part number CPM3-0900-0030A in the United States during the period March 3, 2009 to the present.

1693.  Wolfspeed continues to offer to sell the Accused Product with part number CPM3-0900-0030A in the United States.

1694.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number CPM3-0900-0065A.

1695.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number CPM3-0900-0065A as a MOSFET.

1696.  The Accused Product with part number CPM3-0900-0065A includes a silicon carbide substrate.

1697.  The Accused Product with part number CPM3-0900-0065A has segmented base contacts.

1698.  The Accused Product with part number CPM3-0900-0065A has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1699.  The Accused Product with part number CPM3-0900-0065A has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1700.  The Accused Product with part number CPM3-0900-0065A has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1701.  The JFET region for the Accused Product with part number CPM3-0900-0065A is less than 3 microns.

1702.  On information and belief, the JFET region for the Accused Product with part number CPM3-0900-0065A is less than 1 micron.

1703.  Wolfspeed made the Accused Product with part number CPM3-0900-0065A in the United States during the period March 3, 2009 to the present.

1704. Wolfspeed continues to make the Accused Product with part number CPM3-0900-0065A in the United States.

1705. Wolfspeed used the Accused Product with part number CPM3-0900-0065A to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1706. Wolfspeed continues to provide samples of the Accused Product with part number CPM3-0900-0065A in the United States.

1707. Wolfspeed used the Accused Product with part number CPM3-0900-0065A to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1708. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CPM3-0900-0065A in the United States.

1709. Wolfspeed sold the Accused product with part number CPM3-0900-0065A in the United States during the period March 3, 2009 to the present date.

1710. Wolfspeed continues to sell samples of the Accused Product with part number CPM3-0900-0065A in the United States.

1711. Wolfspeed offered to sell the Accused Product with part number CPM3-0900-0065A in the United States during the period March 3, 2009 to the present.

1712. Wolfspeed continues to offer to sell the Accused Product with part number CPM3-0900-0065A in the United States.

1713. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number EPM3-1200-R013D.

1714. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number EPM3-1200-R013D as a MOSFET.

1715. The Accused Product with part number EPM3-1200-R013D includes a silicon carbide substrate.

1716. The Accused Product with part number EPM3-1200-R013D has segmented base contacts.

1717. The Accused Product with part number EPM3-1200-R013D has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1718. The Accused Product with part number EPM3-1200-R013D has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1719. The Accused Product with part number EPM3-1200-R013D has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1720. The JFET region for the Accused Product with part number EPM3-1200-R013D is less than 3 microns.

1721.  On information and belief, the JFET region for the Accused Product with part number EPM3-1200-R013D is less than 1 micron.

1722.  Wolfspeed made the Accused Product with part number EPM3-1200-R013D in the United States during the period March 3, 2009 to the present.

1723.  Wolfspeed continues to make the Accused Product with part number EPM3-1200-R013D in the United States.

1724.  Wolfspeed used the Accused Product with part number EPM3-1200-R013D to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1725.  Wolfspeed continues to provide samples of the Accused Product with part number EPM3-1200-R013D in the United States.

1726.  Wolfspeed used the Accused Product with part number EPM3-1200-R013D to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1727.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number EPM3-1200-R013D in the United States.

1728.  Wolfspeed sold the Accused product with part number EPM3-1200-R013D in the United States during the period March 3, 2009 to the present date.

1729.  Wolfspeed continues to sell samples of the Accused Product with part number EPM3-1200-R013D in the United States.

1730.  Wolfspeed offered to sell the Accused Product with part number EPM3-1200-R013D in the United States during the period March 3, 2009 to the present.

1731.  Wolfspeed continues to offer to sell the Accused Product with part number EPM3-1200-R013D in the United States.

1732.  The data sheet for the Accused Product with part number CPM3-1200-0013A is publicly available at https://assets.wolfspeed.com/uploads/2020/12/cpm3_1200_0013a_external_version.pdf.

1733.  Wolfspeed refers to the Accused Product with part number CPM3-1200-0013A as a MOSFET in its data sheet.

1734.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number CPM3-1200-0013A.

1735.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number CPM3-1200-0013A as a MOSFET.

1736.  The Accused Product with part number CPM3-1200-0013A includes a silicon carbide substrate.

1737.  The Accused Product with part number CPM3-1200-0013A has segmented base contacts.

1738.  The Accused Product with part number CPM3-1200-0013A has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

216

1739. The Accused Product with part number CPM3-1200-0013A has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1740. The Accused Product with part number CPM3-1200-0013A has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1741. The JFET region for the Accused Product with part number CPM3-1200-0013A is less than 3 microns.

1742. On information and belief, the JFET region for the Accused Product with part number CPM3-1200-0013A is less than 1 micron.

1743. Wolfspeed made the Accused Product with part number CPM3-1200-0013A in the United States during the period March 3, 2009 to the present.

1744. Wolfspeed continues to make the Accused Product with part number CPM3-1200-0013A in the United States.

1745. Wolfspeed used the Accused Product with part number CPM3-1200-0013A to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1746. Wolfspeed continues to provide samples of the Accused Product with part number CPM3-1200-0013A in the United States.

1747. Wolfspeed used the Accused Product with part number CPM3-1200-0013A to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1748. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CPM3-1200-0013A in the United States.

1749. Wolfspeed sold the Accused product with part number CPM3-1200-0013A in the United States during the period March 3, 2009 to the present date.

1750. Wolfspeed continues to sell samples of the Accused Product with part number CPM3-1200-0013A in the United States.

1751. Wolfspeed offered to sell the Accused Product with part number CPM3-1200-0013A in the United States during the period March 3, 2009 to the present.

1752. Wolfspeed continues to offer to sell the Accused Product with part number CPM3-1200-0013A in the United States.

1753. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number EPM3-1200-0014D1.

1754. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number EPM3-1200-0014D1 as a MOSFET.

1755. The Accused Product with part number EPM3-1200-0014D1 includes a silicon carbide substrate.

Case 1:21-cv-00840-WO-LPA   Document 83   Filed 02/13/23   Page 218 of 332

1756. The Accused Product with part number EPM3-1200-0014D1 has segmented base contacts.

1757. The Accused Product with part number EPM3-1200-0014D1 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1758. The Accused Product with part number EPM3-1200-0014D1 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1759. The Accused Product with part number EPM3-1200-0014D1 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1760. The JFET region for the Accused Product with part number EPM3-1200-0014D1 is less than 3 microns.

1761. On information and belief, the JFET region for the Accused Product with part number EPM3-1200-0014D1 is less than 1 micron.

1762. Wolfspeed made the Accused Product with part number EPM3-1200-0014D1 in the United States during the period March 3, 2009 to the present.

1763. Wolfspeed continues to make the Accused Product with part number EPM3-1200-0014D1 in the United States.

1764. Wolfspeed used the Accused Product with part number EPM3-1200-0014D1 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1765. Wolfspeed continues to provide samples of the Accused Product with part number EPM3-1200-0014D1 in the United States.

1766. Wolfspeed used the Accused Product with part number EPM3-1200-0014D1 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1767. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number EPM3-1200-0014D1 in the United States.

1768. Wolfspeed sold the Accused product with part number EPM3-1200-0014D1 in the United States during the period March 3, 2009 to the present date.

1769. Wolfspeed continues to sell samples of the Accused Product with part number EPM3-1200-0014D1 in the United States.

1770. Wolfspeed offered to sell the Accused Product with part number EPM3-1200-0014D1 in the United States during the period March 3, 2009 to the present.

1771. Wolfspeed continues to offer to sell the Accused Product with part number EPM3-1200-0014D1 in the United States.

1772. The data sheet for the Accused Product with part number CPM3-1200-0016A is publicly available at https://assets.wolfspeed.com/uploads/2023/01/Wolfspeed_CPM3-1200-0016A_Data_Sheet.pdf.

1773. Wolfspeed refers to the Accused Product with part number CPM3-1200-0016A as a MOSFET in its data sheet.

220

1774. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as <u>Exhibit C</u>, lists the Accused Product with part number CPM3-1200-0016A.

1775. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as <u>Exhibit C</u>, refers to the Accused Product with part number CPM3-1200-0016A as a MOSFET.

1776. The Accused Product with part number CPM3-1200-0016A includes a silicon carbide substrate.

1777. The Accused Product with part number CPM3-1200-0016A has segmented base contacts.

1778. The Accused Product with part number CPM3-1200-0016A has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1779. The Accused Product with part number CPM3-1200-0016A has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1780. The Accused Product with part number CPM3-1200-0016A has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1781. The JFET region for the Accused Product with part number CPM3-1200-0016A is less than 3 microns.

1782. On information and belief, the JFET region for the Accused Product with part number CPM3-1200-0016A is less than 1 micron.

1783. Wolfspeed made the Accused Product with part number CPM3-1200-0016A in the United States during the period March 3, 2009 to the present.

1784. Wolfspeed continues to make the Accused Product with part number CPM3-1200-0016A in the United States.

1785. Wolfspeed used the Accused Product with part number CPM3-1200-0016A to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1786. Wolfspeed continues to provide samples of the Accused Product with part number CPM3-1200-0016A in the United States.

1787. Wolfspeed used the Accused Product with part number CPM3-1200-0016A to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1788. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CPM3-1200-0016A in the United States.

1789. Wolfspeed sold the Accused product with part number CPM3-1200-0016A in the United States during the period March 3, 2009 to the present date.

1790. Wolfspeed continues to sell samples of the Accused Product with part number CPM3-1200-0016A in the United States.

1791. Wolfspeed offered to sell the Accused Product with part number CPM3-1200-0016A in the United States during the period March 3, 2009 to the present.

1792. Wolfspeed continues to offer to sell the Accused Product with part number CPM3-1200-0016A in the United States.

1793. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as <u>Exhibit C</u>, lists the Accused Product with part number EPM3-1200-0017D1-R01.

1794. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as <u>Exhibit C</u>, refers to the Accused Product with part number EPM3-1200-0017D1-R01 as a MOSFET.

1795. The Accused Product with part number EPM3-1200-0017D1-R01 includes a silicon carbide substrate.

1796. The Accused Product with part number EPM3-1200-0017D1-R01 has segmented base contacts.

1797. The Accused Product with part number EPM3-1200-0017D1-R01 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1798. The Accused Product with part number EPM3-1200-0017D1-R01 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1799. The Accused Product with part number EPM3-1200-0017D1-R01 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1800. The JFET region for the Accused Product with part number EPM3-1200-0017D1-R01 is less than 3 microns.

1801. On information and belief, the JFET region for the Accused Product with part number EPM3-1200-0017D1-R01 is less than 1 micron.

1802. Wolfspeed made the Accused Product with part number EPM3-1200-0017D1-R01 in the United States during the period March 3, 2009 to the present.

1803. Wolfspeed continues to make the Accused Product with part number EPM3-1200-0017D1-R01 in the United States.

1804. Wolfspeed used the Accused Product with part number EPM3-1200-0017D1-R01 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1805. Wolfspeed continues to provide samples of the Accused Product with part number EPM3-1200-0017D1-R01 in the United States.

1806. Wolfspeed used the Accused Product with part number EPM3-1200-0017D1-R01 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1807. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number EPM3-1200-0017D1-R01 in the United States.

1808.  Wolfspeed sold the Accused product with part number EPM3-1200-0017D1-R01 in the United States during the period March 3, 2009 to the present date.

1809.  Wolfspeed continues to sell samples of the Accused Product with part number EPM3-1200-0017D1-R01 in the United States.

1810.  Wolfspeed offered to sell the Accused Product with part number EPM3-1200-0017D1-R01 in the United States during the period March 3, 2009 to the present.

1811.  Wolfspeed continues to offer to sell the Accused Product with part number EPM3-1200-0017D1-R01 in the United States.

1812.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number EPM3-1200-0017D-R01.

1813.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number EPM3-1200-0017D-R01 as a MOSFET.

1814.  The Accused Product with part number EPM3-1200-0017D-R01 includes a silicon carbide substrate.

1815.  The Accused Product with part number EPM3-1200-0017D-R01 has segmented base contacts.

1816.  The Accused Product with part number EPM3-1200-0017D-R01 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1817. The Accused Product with part number EPM3-1200-0017D-R01 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1818. The Accused Product with part number EPM3-1200-0017D-R01 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1819. The JFET region for the Accused Product with part number EPM3-1200-0017D-R01 is less than 3 microns.

1820. On information and belief, the JFET region for the Accused Product with part number EPM3-1200-0017D-R01 is less than 1 micron.

1821. Wolfspeed made the Accused Product with part number EPM3-1200-0017D-R01 in the United States during the period March 3, 2009 to the present.

1822. Wolfspeed continues to make the Accused Product with part number EPM3-1200-0017D-R01 in the United States.

1823. Wolfspeed used the Accused Product with part number EPM3-1200-0017D-R01 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1824. Wolfspeed continues to provide samples of the Accused Product with part number EPM3-1200-0017D-R01 in the United States.

1825. Wolfspeed used the Accused Product with part number EPM3-1200-0017D-R01 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1826. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number EPM3-1200-0017D-R01 in the United States.

1827. Wolfspeed sold the Accused product with part number EPM3-1200-0017D-R01 in the United States during the period March 3, 2009 to the present date.

1828. Wolfspeed continues to sell samples of the Accused Product with part number EPM3-1200-0017D-R01 in the United States.

1829. Wolfspeed offered to sell the Accused Product with part number EPM3-1200-0017D-R01 in the United States during the period March 3, 2009 to the present.

1830. Wolfspeed continues to offer to sell the Accused Product with part number EPM3-1200-0017D-R01 in the United States.

1831. The data sheet for the Accused Product with part number CPM3-1200-0021A is publicly available at https://assets.wolfspeed.com/uploads/2020/12/cpm3_1200_0021a_external_version.pdf.

1832. Wolfspeed refers to the Accused Product with part number CPM3-1200-0021A as a MOSFET in its data sheet.

1833. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number CPM3-1200-0021A.

227

1834.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number CPM3-1200-0021A as a MOSFET.

1835.  The Accused Product with part number CPM3-1200-0021A includes a silicon carbide substrate.

1836.  The Accused Product with part number CPM3-1200-0021A has segmented base contacts.

1837.  The Accused Product with part number CPM3-1200-0021A has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1838.  The Accused Product with part number CPM3-1200-0021A has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1839.  The Accused Product with part number CPM3-1200-0021A has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1840.  The JFET region for the Accused Product with part number CPM3-1200-0021A is less than 3 microns.

1841.  On information and belief, the JFET region for the Accused Product with part number CPM3-1200-0021A is less than 1 micron.

1842.  Wolfspeed made the Accused Product with part number CPM3-1200-0021A in the United States during the period March 3, 2009 to the present.

1843.  Wolfspeed continues to make the Accused Product with part number CPM3-1200-0021A in the United States.

1844.  Wolfspeed used the Accused Product with part number CPM3-1200-0021A to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1845.  Wolfspeed continues to provide samples of the Accused Product with part number CPM3-1200-0021A in the United States.

1846.  Wolfspeed used the Accused Product with part number CPM3-1200-0021A to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1847.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CPM3-1200-0021A in the United States.

1848.  Wolfspeed sold the Accused product with part number CPM3-1200-0021A in the United States during the period March 3, 2009 to the present date.

1849.  Wolfspeed continues to sell samples of the Accused Product with part number CPM3-1200-0021A in the United States.

1850.  Wolfspeed offered to sell the Accused Product with part number CPM3-1200-0021A in the United States during the period March 3, 2009 to the present.

1851.  Wolfspeed continues to offer to sell the Accused Product with part number CPM3-1200-0021A in the United States.

1852.  The data sheet for the Accused Product with part number CPM2-1200-0025A is publicly available at https://assets.wolfspeed.com/uploads/2021/05/CPM2-1200-0025A.pdf.

1853.  Wolfspeed refers to the Accused Product with part number CPM2-1200-0025A as a MOSFET in its data sheet.

1854.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number CPM2-1200-0025A.

1855.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number CPM2-1200-0025A as a MOSFET.

1856.  The Accused Product with part number CPM2-1200-0025A includes a silicon carbide substrate.

1857.  The Accused Product with part number CPM2-1200-0025A has segmented base contacts.

1858.  The Accused Product with part number CPM2-1200-0025A has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1859.  The Accused Product with part number CPM2-1200-0025A has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1860. The Accused Product with part number CPM2-1200-0025A has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1861. The JFET region for the Accused Product with part number CPM2-1200-0025A is less than 3 microns.

1862. On information and belief, the JFET region for the Accused Product with part number CPM2-1200-0025A is less than 1 micron.

1863. Wolfspeed made the Accused Product with part number CPM2-1200-0025A in the United States during the period March 3, 2009 to the present.

1864. Wolfspeed continues to make the Accused Product with part number CPM2-1200-0025A in the United States.

1865. Wolfspeed used the Accused Product with part number CPM2-1200-0025A to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1866. Wolfspeed continues to provide samples of the Accused Product with part number CPM2-1200-0025A in the United States.

1867. Wolfspeed used the Accused Product with part number CPM2-1200-0025A to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1868. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CPM2-1200-0025A in the United States.

1869. Wolfspeed sold the Accused product with part number CPM2-1200-0025A in the United States during the period March 3, 2009 to the present date.

1870. Wolfspeed continues to sell samples of the Accused Product with part number CPM2-1200-0025A in the United States.

1871. Wolfspeed offered to sell the Accused Product with part number CPM2-1200-0025A in the United States during the period March 3, 2009 to the present.

1872. Wolfspeed continues to offer to sell the Accused Product with part number CPM2-1200-0025A in the United States.

1873. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number CPM3-1200-0032A.

1874. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number CPM3-1200-0032A as a MOSFET.

1875. The Accused Product with part number CPM3-1200-0032A includes a silicon carbide substrate.

1876. The Accused Product with part number CPM3-1200-0032A has segmented base contacts.

1877. The Accused Product with part number CPM3-1200-0032A has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1878. The Accused Product with part number CPM3-1200-0032A has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1879. The Accused Product with part number CPM3-1200-0032A has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1880. The JFET region for the Accused Product with part number CPM3-1200-0032A is less than 3 microns.

1881. On information and belief, the JFET region for the Accused Product with part number CPM3-1200-0032A is less than 1 micron.

1882. Wolfspeed made the Accused Product with part number CPM3-1200-0032A in the United States during the period March 3, 2009 to the present.

1883. Wolfspeed continues to make the Accused Product with part number CPM3-1200-0032A in the United States.

1884. Wolfspeed used the Accused Product with part number CPM3-1200-0032A to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1885. Wolfspeed continues to provide samples of the Accused Product with part number CPM3-1200-0032A in the United States.

1886. Wolfspeed used the Accused Product with part number CPM3-1200-0032A to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1887. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CPM3-1200-0032A in the United States.

1888. Wolfspeed sold the Accused product with part number CPM3-1200-0032A in the United States during the period March 3, 2009 to the present date.

1889. Wolfspeed continues to sell samples of the Accused Product with part number CPM3-1200-0032A in the United States.

1890. Wolfspeed offered to sell the Accused Product with part number CPM3-1200-0032A in the United States during the period March 3, 2009 to the present.

1891. Wolfspeed continues to offer to sell the Accused Product with part number CPM3-1200-0032A in the United States.

1892. The data sheet for the Accused Product with part number CPM2-1200-0040A is publicly available at https://assets.wolfspeed.com/uploads/2021/05/CPM2-1200-0040A.pdf.

1893. Wolfspeed refers to the Accused Product with part number CPM2-1200-0040A as a MOSFET in its data sheet.

1894. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number CPM2-1200-0040A.

Case 1:21-cv-00840-WO-LPA   Document 83   Filed 02/13/23   Page 234 of 332

1895. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as <u>Exhibit C</u>, refers to the Accused Product with part number CPM2-1200-0040A as a MOSFET.

1896. The Accused Product with part number CPM2-1200-0040A includes a silicon carbide substrate.

1897. The Accused Product with part number CPM2-1200-0040A has segmented base contacts.

1898. The Accused Product with part number CPM2-1200-0040A has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1899. The Accused Product with part number CPM2-1200-0040A has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1900. The Accused Product with part number CPM2-1200-0040A has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1901. The JFET region for the Accused Product with part number CPM2-1200-0040A is less than 3 microns.

1902. On information and belief, the JFET region for the Accused Product with part number CPM2-1200-0040A is less than 1 micron.

1903. Wolfspeed made the Accused Product with part number CPM2-1200-0040A in the United States during the period March 3, 2009 to the present.

1904.  Wolfspeed continues to make the Accused Product with part number CPM2-1200-0040A in the United States.

1905.  Wolfspeed used the Accused Product with part number CPM2-1200-0040A to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1906.  Wolfspeed continues to provide samples of the Accused Product with part number CPM2-1200-0040A in the United States.

1907.  Wolfspeed used the Accused Product with part number CPM2-1200-0040A to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1908.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CPM2-1200-0040A in the United States.

1909.  Wolfspeed sold the Accused product with part number CPM2-1200-0040A in the United States during the period March 3, 2009 to the present date.

1910.  Wolfspeed continues to sell samples of the Accused Product with part number CPM2-1200-0040A in the United States.

1911.  Wolfspeed offered to sell the Accused Product with part number CPM2-1200-0040A in the United States during the period March 3, 2009 to the present.

1912.  Wolfspeed continues to offer to sell the Accused Product with part number CPM2-1200-0040A in the United States.

1913. The data sheet for the Accused Product with part number CPM3-1200-0075A is publicly available at https://assets.wolfspeed.com/uploads/2020/12/cpm3_1200_0075a_external_version.pdf.

1914. Wolfspeed refers to the Accused Product with part number CPM3-1200-0075A as a MOSFET in its data sheet.

1915. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number CPM3-1200-0075A.

1916. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number CPM3-1200-0075A as a MOSFET.

1917. The Accused Product with part number CPM3-1200-0075A includes a silicon carbide substrate.

1918. The Accused Product with part number CPM3-1200-0075A has segmented base contacts.

1919. The Accused Product with part number CPM3-1200-0075A has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1920. The Accused Product with part number CPM3-1200-0075A has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

237

1921. The Accused Product with part number CPM3-1200-0075A has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1922. The JFET region for the Accused Product with part number CPM3-1200-0075A is less than 3 microns.

1923. On information and belief, the JFET region for the Accused Product with part number CPM3-1200-0075A is less than 1 micron.

1924. Wolfspeed made the Accused Product with part number CPM3-1200-0075A in the United States during the period March 3, 2009 to the present.

1925. Wolfspeed continues to make the Accused Product with part number CPM3-1200-0075A in the United States.

1926. Wolfspeed used the Accused Product with part number CPM3-1200-0075A to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1927. Wolfspeed continues to provide samples of the Accused Product with part number CPM3-1200-0075A in the United States.

1928. Wolfspeed used the Accused Product with part number CPM3-1200-0075A to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1929. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CPM3-1200-0075A in the United States.

1930. Wolfspeed sold the Accused product with part number CPM3-1200-0075A in the United States during the period March 3, 2009 to the present date.

1931. Wolfspeed continues to sell samples of the Accused Product with part number CPM3-1200-0075A in the United States.

1932. Wolfspeed offered to sell the Accused Product with part number CPM3-1200-0075A in the United States during the period March 3, 2009 to the present.

1933. Wolfspeed continues to offer to sell the Accused Product with part number CPM3-1200-0075A in the United States.

1934. The data sheet for the Accused Product with part number CPM2-1200-0080A is publicly available at https://assets.wolfspeed.com/uploads/2021/05/CPM2-1200-0080A.pdf.

1935. Wolfspeed refers to the Accused Product with part number CPM2-1200-0080A as a MOSFET in its data sheet.

1936. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number CPM2-1200-0080A.

1937. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number CPM2-1200-0080A as a MOSFET.

1938. The Accused Product with part number CPM2-1200-0080A includes a silicon carbide substrate.

1939.  The Accused Product with part number CPM2-1200-0080A has segmented base contacts.

1940.  The Accused Product with part number CPM2-1200-0080A has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1941.  The Accused Product with part number CPM2-1200-0080A has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1942.  The Accused Product with part number CPM2-1200-0080A has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1943.  The JFET region for the Accused Product with part number CPM2-1200-0080A is less than 3 microns.

1944.  On information and belief, the JFET region for the Accused Product with part number CPM2-1200-0080A is less than 1 micron.

1945.  Wolfspeed made the Accused Product with part number CPM2-1200-0080A in the United States during the period March 3, 2009 to the present.

1946.  Wolfspeed continues to make the Accused Product with part number CPM2-1200-0080A in the United States.

1947.  Wolfspeed used the Accused Product with part number CPM2-1200-0080A to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1948. Wolfspeed continues to provide samples of the Accused Product with part number CPM2-1200-0080A in the United States.

1949. Wolfspeed used the Accused Product with part number CPM2-1200-0080A to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1950. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CPM2-1200-0080A in the United States.

1951. Wolfspeed sold the Accused product with part number CPM2-1200-0080A in the United States during the period March 3, 2009 to the present date.

1952. Wolfspeed continues to sell samples of the Accused Product with part number CPM2-1200-0080A in the United States.

1953. Wolfspeed offered to sell the Accused Product with part number CPM2-1200-0080A in the United States during the period March 3, 2009 to the present.

1954. Wolfspeed continues to offer to sell the Accused Product with part number CPM2-1200-0080A in the United States.

1955. The data sheet for the Accused Product with part number CPM3-1200-0160A                   is                   publicly                   available                   at https://assets.wolfspeed.com/uploads/2022/11/wolfspeed_cpm3-1200-0160a_data_sheet.pdf.

1956. Wolfspeed refers to the Accused Product with part number CPM3-1200-0160A as a MOSFET in its data sheet.

1957. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number CPM3-1200-0160A.

1958. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number CPM3-1200-0160A as a MOSFET.

1959. The Accused Product with part number CPM3-1200-0160A includes a silicon carbide substrate.

1960. The Accused Product with part number CPM3-1200-0160A has segmented base contacts.

1961. The Accused Product with part number CPM3-1200-0160A has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1962. The Accused Product with part number CPM3-1200-0160A has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1963. The Accused Product with part number CPM3-1200-0160A has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1964. The JFET region for the Accused Product with part number CPM3-1200-0160A is less than 3 microns.

1965. On information and belief, the JFET region for the Accused Product with part number CPM3-1200-0160A is less than 1 micron.

1966. Wolfspeed made the Accused Product with part number CPM3-1200-0160A in the United States during the period March 3, 2009 to the present.

1967. Wolfspeed continues to make the Accused Product with part number CPM3-1200-0160A in the United States.

1968. Wolfspeed used the Accused Product with part number CPM3-1200-0160A to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1969. Wolfspeed continues to provide samples of the Accused Product with part number CPM3-1200-0160A in the United States.

1970. Wolfspeed used the Accused Product with part number CPM3-1200-0160A to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1971. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CPM3-1200-0160A in the United States.

1972. Wolfspeed sold the Accused product with part number CPM3-1200-0160A in the United States during the period March 3, 2009 to the present date.

1973. Wolfspeed continues to sell samples of the Accused Product with part number CPM3-1200-0160A in the United States.

Case 1:21-cv-00840-WO-LPA   Document 83   Filed 02/13/23   Page 243 of 332

1974. Wolfspeed offered to sell the Accused Product with part number CPM3-1200-0160A in the United States during the period March 3, 2009 to the present.

1975. Wolfspeed continues to offer to sell the Accused Product with part number CPM3-1200-0160A in the United States.

1976. The data sheet for the Accused Product with part number CPM3-1700-R020E is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2021/10/Wolfspeed_CPM3-1700-R020E.pdf.

1977. Wolfspeed refers to the Accused Product with part number CPM3-1700-R020E as a MOSFET in its data sheet.

1978. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-bare-die-mosfets/), attached as Exhibit C, lists the Accused Product with part number CPM3-1700-R020E.

1979. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-mosfets/), attached as Exhibit C, refers to the Accused Product with part number CPM3-1700-R020E as a MOSFET.

1980. The Accused Product with part number CPM3-1700-R020E includes a silicon carbide substrate.

1981. The Accused Product with part number CPM3-1700-R020E has segmented base contacts.

1982. The Accused Product with part number CPM3-1700-R020E has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

1983. The Accused Product with part number CPM3-1700-R020E has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

1984. The Accused Product with part number CPM3-1700-R020E has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

1985. The JFET region for the Accused Product with part number CPM3-1700-R020E is less than 3 microns.

1986. On information and belief, the JFET region for the Accused Product with part number CPM3-1700-R020E is less than 1 micron.

1987. Wolfspeed made the Accused Product with part number CPM3-1700-R020E in the United States during the period March 3, 2009 to the present.

1988. Wolfspeed continues to make the Accused Product with part number CPM3-1700-R020E in the United States.

1989. Wolfspeed used the Accused Product with part number CPM3-1700-R020E to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

1990. Wolfspeed continues to provide samples of the Accused Product with part number CPM3-1700-R020E in the United States.

1991.  Wolfspeed used the Accused Product with part number CPM3-1700-R020E to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

1992.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CPM3-1700-R020E in the United States.

1993.  Wolfspeed sold the Accused product with part number CPM3-1700-R020E in the United States during the period March 3, 2009 to the present date.

1994.  Wolfspeed continues to sell samples of the Accused Product with part number CPM3-1700-R020E in the United States.

1995.  Wolfspeed offered to sell the Accused Product with part number CPM3-1700-R020E in the United States during the period March 3, 2009 to the present.

1996.  Wolfspeed continues to offer to sell the Accused Product with part number CPM3-1700-R020E in the United States.

1997.  The data sheet for the Accused Product with part number CAB400M12XM3 is publicly available at https://assets.wolfspeed.com/uploads/2020/12/CAB400M12XM3.pdf.

1998. Wolfspeed refers to the Accused Product with part number CAB400M12XM3 as a MOSFET in its data sheet.

1999.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAB400M12XM3.

246

2000.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAB400M12XM3 as a MOSFET.

2001.  The Accused Product with part number CAB400M12XM3 includes a silicon carbide substrate.

2002.  The Accused Product with part number CAB400M12XM3 has segmented base contacts.

2003.  The Accused Product with part number CAB400M12XM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2004.  The Accused Product with part number CAB400M12XM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2005.  The Accused Product with part number CAB400M12XM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2006.  The JFET region for the Accused Product with part number CAB400M12XM3 is less than 3 microns.

2007.  On information and belief, the JFET region for the Accused Product with part number CAB400M12XM3 is less than 1 micron.

2008.  Wolfspeed made the Accused Product with part number CAB400M12XM3 in the United States during the period March 3, 2009 to the present.

247

2009. Wolfspeed continues to make the Accused Product with part number CAB400M12XM3 in the United States.

2010. Wolfspeed used the Accused Product with part number CAB400M12XM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2011. Wolfspeed continues to provide samples of the Accused Product with part number CAB400M12XM3 in the United States.

2012. Wolfspeed used the Accused Product with part number CAB400M12XM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2013. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAB400M12XM3 in the United States.

2014. Wolfspeed sold the Accused product with part number CAB400M12XM3 in the United States during the period March 3, 2009 to the present date.

2015. Wolfspeed continues to sell samples of the Accused Product with part number CAB400M12XM3 in the United States.

2016. Wolfspeed offered to sell the Accused Product with part number CAB400M12XM3 in the United States during the period March 3, 2009 to the present.

2017. Wolfspeed continues to offer to sell the Accused Product with part number CAB400M12XM3 in the United States.

248

2018.  The data sheet for the Accused Product with part number CAB425M12XM3 is publicly available at https://assets.wolfspeed.com/uploads/2020/12/cab425m12xm3.pdf.

2019.  Wolfspeed refers to the Accused Product with part number CAB425M12XM3 as a MOSFET in its data sheet.

2020.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as <u>Exhibit D</u>, lists the Accused Product with part number CAB425M12XM3.

2021.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as <u>Exhibit D</u>, refers to the Accused Product with part number CAB425M12XM3 as a MOSFET.

2022.  The Accused Product with part number CAB425M12XM3 includes a silicon carbide substrate.

2023.  The Accused Product with part number CAB425M12XM3 has segmented base contacts.

2024.  The Accused Product with part number CAB425M12XM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2025.  The Accused Product with part number CAB425M12XM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2026. The Accused Product with part number CAB425M12XM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2027. The JFET region for the Accused Product with part number CAB425M12XM3 is less than 3 microns.

2028. On information and belief, the JFET region for the Accused Product with part number CAB425M12XM3 is less than 1 micron.

2029. Wolfspeed made the Accused Product with part number CAB425M12XM3 in the United States during the period March 3, 2009 to the present.

2030. Wolfspeed continues to make the Accused Product with part number CAB425M12XM3 in the United States.

2031. Wolfspeed used the Accused Product with part number CAB425M12XM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2032. Wolfspeed continues to provide samples of the Accused Product with part number CAB425M12XM3 in the United States.

2033. Wolfspeed used the Accused Product with part number CAB425M12XM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2034. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAB425M12XM3 in the United States.

2035.  Wolfspeed sold the Accused product with part number CAB425M12XM3 in the United States during the period March 3, 2009 to the present date.

2036.  Wolfspeed continues to sell samples of the Accused Product with part number CAB425M12XM3 in the United States.

2037.  Wolfspeed offered to sell the Accused Product with part number CAB425M12XM3 in the United States during the period March 3, 2009 to the present.

2038.  Wolfspeed continues to offer to sell the Accused Product with part number CAB425M12XM3 in the United States.

2039.  The data sheet for the Accused Product with part number CAB450M12XM3 is publicly available at https://assets.wolfspeed.com/uploads/2020/12/CAB450M12XM3.pdf.

2040.  Wolfspeed refers to the Accused Product with part number CAB450M12XM3 as a MOSFET in its data sheet.

2041.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAB450M12XM3.

2042.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAB450M12XM3 as a MOSFET.

2043.  The Accused Product with part number CAB450M12XM3 includes a silicon carbide substrate.

251

2044. The Accused Product with part number CAB450M12XM3 has segmented base contacts.

2045. The Accused Product with part number CAB450M12XM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2046. The Accused Product with part number CAB450M12XM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2047. The Accused Product with part number CAB450M12XM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2048. The JFET region for the Accused Product with part number CAB450M12XM3 is less than 3 microns.

2049. On information and belief, the JFET region for the Accused Product with part number CAB450M12XM3 is less than 1 micron.

2050. Wolfspeed made the Accused Product with part number CAB450M12XM3 in the United States during the period March 3, 2009 to the present.

2051. Wolfspeed continues to make the Accused Product with part number CAB450M12XM3 in the United States.

2052. Wolfspeed used the Accused Product with part number CAB450M12XM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2053. Wolfspeed continues to provide samples of the Accused Product with part number CAB450M12XM3 in the United States.

2054. Wolfspeed used the Accused Product with part number CAB450M12XM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2055. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAB450M12XM3 in the United States.

2056. Wolfspeed sold the Accused product with part number CAB450M12XM3 in the United States during the period March 3, 2009 to the present date.

2057. Wolfspeed continues to sell samples of the Accused Product with part number CAB450M12XM3 in the United States.

2058. Wolfspeed offered to sell the Accused Product with part number CAB450M12XM3 in the United States during the period March 3, 2009 to the present.

2059. Wolfspeed continues to offer to sell the Accused Product with part number CAB450M12XM3 in the United States.

2060. The data sheet for the Accused Product with part number EAB450M12XM3 is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2022/04/Wolfspeed_EAB450M12XM3.pdf .

2061. Wolfspeed refers to the Accused Product with part number EAB450M12XM3 as a MOSFET in its data sheet.

2062. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as <u>Exhibit D</u>, lists the Accused Product with part number EAB450M12XM3.

2063. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as <u>Exhibit D</u>, refers to the Accused Product with part number EAB450M12XM3 as a MOSFET.

2064. The Accused Product with part number EAB450M12XM3 includes a silicon carbide substrate.

2065. The Accused Product with part number EAB450M12XM3 has segmented base contacts.

2066. The Accused Product with part number EAB450M12XM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2067. The Accused Product with part number EAB450M12XM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2068. The Accused Product with part number EAB450M12XM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2069. The JFET region for the Accused Product with part number EAB450M12XM3 is less than 3 microns.

2070. On information and belief, the JFET region for the Accused Product with part number EAB450M12XM3 is less than 1 micron.

2071. Wolfspeed made the Accused Product with part number EAB450M12XM3 in the United States during the period March 3, 2009 to the present.

2072. Wolfspeed continues to make the Accused Product with part number EAB450M12XM3 in the United States.

2073. Wolfspeed used the Accused Product with part number EAB450M12XM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2074. Wolfspeed continues to provide samples of the Accused Product with part number EAB450M12XM3 in the United States.

2075. Wolfspeed used the Accused Product with part number EAB450M12XM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2076. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number EAB450M12XM3 in the United States.

2077. Wolfspeed sold the Accused product with part number EAB450M12XM3 in the United States during the period March 3, 2009 to the present date.

2078. Wolfspeed continues to sell samples of the Accused Product with part number EAB450M12XM3 in the United States.

2079. Wolfspeed offered to sell the Accused Product with part number EAB450M12XM3 in the United States during the period March 3, 2009 to the present.

2080. Wolfspeed continues to offer to sell the Accused Product with part number EAB450M12XM3 in the United States.

2081. The data sheet for the Accused Product with part number CAS380M17HM3 is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2022/02/CAS380M17HM3.pdf.

2082. Wolfspeed refers to the Accused Product with part number CAS380M17HM3 as a MOSFET in its data sheet.

2083. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAS380M17HM3.

2084. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAS380M17HM3 as a MOSFET.

2085. The Accused Product with part number CAS380M17HM3 includes a silicon carbide substrate.

2086. The Accused Product with part number CAS380M17HM3 has segmented base contacts.

2087. The Accused Product with part number CAS380M17HM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2088. The Accused Product with part number CAS380M17HM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2089. The Accused Product with part number CAS380M17HM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2090. The JFET region for the Accused Product with part number CAS380M17HM3 is less than 3 microns.

2091. On information and belief, the JFET region for the Accused Product with part number CAS380M17HM3 is less than 1 micron.

2092. Wolfspeed made the Accused Product with part number CAS380M17HM3 in the United States during the period March 3, 2009 to the present.

2093. Wolfspeed continues to make the Accused Product with part number CAS380M17HM3 in the United States.

2094. Wolfspeed used the Accused Product with part number CAS380M17HM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2095. Wolfspeed continues to provide samples of the Accused Product with part number CAS380M17HM3 in the United States.

2096. Wolfspeed used the Accused Product with part number CAS380M17HM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2097. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAS380M17HM3 in the United States.

2098. Wolfspeed sold the Accused product with part number CAS380M17HM3 in the United States during the period March 3, 2009 to the present date.

2099. Wolfspeed continues to sell samples of the Accused Product with part number CAS380M17HM3 in the United States.

2100. Wolfspeed offered to sell the Accused Product with part number CAS380M17HM3 in the United States during the period March 3, 2009 to the present.

2101. Wolfspeed continues to offer to sell the Accused Product with part number CAS380M17HM3 in the United States.

2102. The data sheet for the Accused Product with part number CAS480M12HM3 is publicly available at https://assets.wolfspeed.com/uploads/2020/12/CAS480M12HM3.pdf.

2103. Wolfspeed refers to the Accused Product with part number CAS480M12HM3 as a MOSFET in its data sheet.

2104. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAS480M12HM3.

2105. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAS480M12HM3 as a MOSFET.

2106. The Accused Product with part number CAS480M12HM3 includes a silicon carbide substrate.

2107. The Accused Product with part number CAS480M12HM3 has segmented base contacts.

2108. The Accused Product with part number CAS480M12HM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2109. The Accused Product with part number CAS480M12HM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2110. The Accused Product with part number CAS480M12HM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2111. The JFET region for the Accused Product with part number CAS480M12HM3 is less than 3 microns.

2112. On information and belief, the JFET region for the Accused Product with part number CAS480M12HM3 is less than 1 micron.

2113. Wolfspeed made the Accused Product with part number CAS480M12HM3 in the United States during the period March 3, 2009 to the present.

2114. Wolfspeed continues to make the Accused Product with part number CAS480M12HM3 in the United States.

2115. Wolfspeed used the Accused Product with part number CAS480M12HM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2116. Wolfspeed continues to provide samples of the Accused Product with part number CAS480M12HM3 in the United States.

2117. Wolfspeed used the Accused Product with part number CAS480M12HM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2118. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAS480M12HM3 in the United States.

2119. Wolfspeed sold the Accused product with part number CAS480M12HM3 in the United States during the period March 3, 2009 to the present date.

2120. Wolfspeed continues to sell samples of the Accused Product with part number CAS480M12HM3 in the United States.

2121. Wolfspeed offered to sell the Accused Product with part number CAS480M12HM3 in the United States during the period March 3, 2009 to the present.

2122. Wolfspeed continues to offer to sell the Accused Product with part number CAS480M12HM3 in the United States.

2123.  The data sheet for the Accused Product with part number CAB500M17HM3 is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2022/02/CAB500M17HM3.pdf.

2124.  Wolfspeed refers to the Accused Product with part number CAB500M17HM3 as a MOSFET in its data sheet.

2125.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAB500M17HM3.

2126.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAB500M17HM3 as a MOSFET.

2127.  The Accused Product with part number CAB500M17HM3 includes a silicon carbide substrate.

2128.  The Accused Product with part number CAB500M17HM3 has segmented base contacts.

2129.  The Accused Product with part number CAB500M17HM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2130.  The Accused Product with part number CAB500M17HM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

261

2131. The Accused Product with part number CAB500M17HM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2132. The JFET region for the Accused Product with part number CAB500M17HM3 is less than 3 microns.

2133. On information and belief, the JFET region for the Accused Product with part number CAB500M17HM3 is less than 1 micron.

2134. Wolfspeed made the Accused Product with part number CAB500M17HM3 in the United States during the period March 3, 2009 to the present.

2135. Wolfspeed continues to make the Accused Product with part number CAB500M17HM3 in the United States.

2136. Wolfspeed used the Accused Product with part number CAB500M17HM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2137. Wolfspeed continues to provide samples of the Accused Product with part number CAB500M17HM3 in the United States.

2138. Wolfspeed used the Accused Product with part number CAB500M17HM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2139. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAB500M17HM3 in the United States.

2140.  Wolfspeed sold the Accused product with part number CAB500M17HM3 in the United States during the period March 3, 2009 to the present date.

2141.  Wolfspeed continues to sell samples of the Accused Product with part number CAB500M17HM3 in the United States.

2142.  Wolfspeed offered to sell the Accused Product with part number CAB500M17HM3 in the United States during the period March 3, 2009 to the present.

2143.  Wolfspeed continues to offer to sell the Accused Product with part number CAB500M17HM3 in the United States.

2144.  The data sheet for the Accused Product with part number CAR600M17HN6 is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2022/02/CAR600M17HN6.pdf.

2145.  Wolfspeed refers to the Accused Product with part number CAR600M17HN6 as a MOSFET in its data sheet.

2146.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAR600M17HN6.

2147.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAR600M17HN6 as a MOSFET.

2148.  The Accused Product with part number CAR600M17HN6 includes a silicon carbide substrate.

2149. The Accused Product with part number CAR600M17HN6 has segmented base contacts.

2150. The Accused Product with part number CAR600M17HN6 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2151. The Accused Product with part number CAR600M17HN6 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2152. The Accused Product with part number CAR600M17HN6 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2153. The JFET region for the Accused Product with part number CAR600M17HN6 is less than 3 microns.

2154. On information and belief, the JFET region for the Accused Product with part number CAR600M17HN6 is less than 1 micron.

2155. Wolfspeed made the Accused Product with part number CAR600M17HN6 in the United States during the period March 3, 2009 to the present.

2156. Wolfspeed continues to make the Accused Product with part number CAR600M17HN6 in the United States.

2157. Wolfspeed used the Accused Product with part number CAR600M17HN6 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2158.  Wolfspeed continues to provide samples of the Accused Product with part number CAR600M17HN6 in the United States.

2159.  Wolfspeed used the Accused Product with part number CAR600M17HN6 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2160.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAR600M17HN6 in the United States.

2161.  Wolfspeed sold the Accused product with part number CAR600M17HN6 in the United States during the period March 3, 2009 to the present date.

2162.  Wolfspeed continues to sell samples of the Accused Product with part number CAR600M17HN6 in the United States.

2163.  Wolfspeed offered to sell the Accused Product with part number CAR600M17HN6 in the United States during the period March 3, 2009 to the present.

2164.  Wolfspeed continues to offer to sell the Accused Product with part number CAR600M17HN6 in the United States.

2165.  The data sheet for the Accused Product with part number CAR600M12HN6 is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2022/02/CAR600M12HN6.pdf.

2166.  Wolfspeed refers to the Accused Product with part number CAR600M12HN6 as a MOSFET in its data sheet.

2167.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAR600M12HN6.

2168.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAR600M12HN6 as a MOSFET.

2169.  The Accused Product with part number CAR600M12HN6 includes a silicon carbide substrate.

2170.  The Accused Product with part number CAR600M12HN6 has segmented base contacts.

2171.  The Accused Product with part number CAR600M12HN6 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2172.  The Accused Product with part number CAR600M12HN6 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2173.  The Accused Product with part number CAR600M12HN6 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2174. The JFET region for the Accused Product with part number CAR600M12HN6 is less than 3 microns.

2175. On information and belief, the JFET region for the Accused Product with part number CAR600M12HN6 is less than 1 micron.

2176. Wolfspeed made the Accused Product with part number CAR600M12HN6 in the United States during the period March 3, 2009 to the present.

2177. Wolfspeed continues to make the Accused Product with part number CAR600M12HN6 in the United States.

2178. Wolfspeed used the Accused Product with part number CAR600M12HN6 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2179. Wolfspeed continues to provide samples of the Accused Product with part number CAR600M12HN6 in the United States.

2180. Wolfspeed used the Accused Product with part number CAR600M12HN6 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2181. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAR600M12HN6 in the United States.

2182. Wolfspeed sold the Accused product with part number CAR600M12HN6 in the United States during the period March 3, 2009 to the present date.

2183. Wolfspeed continues to sell samples of the Accused Product with part number CAR600M12HN6 in the United States.

2184. Wolfspeed offered to sell the Accused Product with part number CAR600M12HN6 in the United States during the period March 3, 2009 to the present.

2185. Wolfspeed continues to offer to sell the Accused Product with part number CAR600M12HN6 in the United States.

2186. The data sheet for the Accused Product with part number CAB650M17HM3 is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2022/02/CAB650M17HM3.pdf.

2187. Wolfspeed refers to the Accused Product with part number CAB650M17HM3 as a MOSFET in its data sheet.

2188. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAB650M17HM3.

2189. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAB650M17HM3 as a MOSFET.

2190. The Accused Product with part number CAB650M17HM3 includes a silicon carbide substrate.

2191. The Accused Product with part number CAB650M17HM3 has segmented base contacts.

2192. The Accused Product with part number CAB650M17HM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2193. The Accused Product with part number CAB650M17HM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2194. The Accused Product with part number CAB650M17HM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2195. The JFET region for the Accused Product with part number CAB650M17HM3 is less than 3 microns.

2196. On information and belief, the JFET region for the Accused Product with part number CAB650M17HM3 is less than 1 micron.

2197. Wolfspeed made the Accused Product with part number CAB650M17HM3 in the United States during the period March 3, 2009 to the present.

2198. Wolfspeed continues to make the Accused Product with part number CAB650M17HM3 in the United States.

2199. Wolfspeed used the Accused Product with part number CAB650M17HM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2200. Wolfspeed continues to provide samples of the Accused Product with part number CAB650M17HM3 in the United States.

2201. Wolfspeed used the Accused Product with part number CAB650M17HM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2202. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAB650M17HM3 in the United States.

2203. Wolfspeed sold the Accused product with part number CAB650M17HM3 in the United States during the period March 3, 2009 to the present date.

2204. Wolfspeed continues to sell samples of the Accused Product with part number CAB650M17HM3 in the United States.

2205. Wolfspeed offered to sell the Accused Product with part number CAB650M17HM3 in the United States during the period March 3, 2009 to the present.

2206. Wolfspeed continues to offer to sell the Accused Product with part number CAB650M17HM3 in the United States.

2207. The data sheet for the Accused Product with part number CAB760M12HM3 is publicly available at https://assets.wolfspeed.com/uploads/2020/12/CAB760M12HM3.pdf.

2208. Wolfspeed refers to the Accused Product with part number CAB760M12HM3 as a MOSFET in its data sheet.

2209. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAB760M12HM3.

2210. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as <u>Exhibit D</u>, refers to the Accused Product with part number CAB760M12HM3 as a MOSFET.

2211. The Accused Product with part number CAB760M12HM3 includes a silicon carbide substrate.

2212. The Accused Product with part number CAB760M12HM3 has segmented base contacts.

2213. The Accused Product with part number CAB760M12HM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2214. The Accused Product with part number CAB760M12HM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2215. The Accused Product with part number CAB760M12HM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2216. The JFET region for the Accused Product with part number CAB760M12HM3 is less than 3 microns.

2217. On information and belief, the JFET region for the Accused Product with part number CAB760M12HM3 is less than 1 micron.

2218. Wolfspeed made the Accused Product with part number CAB760M12HM3 in the United States during the period March 3, 2009 to the present.

2219. Wolfspeed continues to make the Accused Product with part number CAB760M12HM3 in the United States.

2220. Wolfspeed used the Accused Product with part number CAB760M12HM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2221. Wolfspeed continues to provide samples of the Accused Product with part number CAB760M12HM3 in the United States.

2222. Wolfspeed used the Accused Product with part number CAB760M12HM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2223. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAB760M12HM3 in the United States.

2224. Wolfspeed sold the Accused product with part number CAB760M12HM3 in the United States during the period March 3, 2009 to the present date.

2225. Wolfspeed continues to sell samples of the Accused Product with part number CAB760M12HM3 in the United States.

2226. Wolfspeed offered to sell the Accused Product with part number CAB760M12HM3 in the United States during the period March 3, 2009 to the present.

2227. Wolfspeed continues to offer to sell the Accused Product with part number CAB760M12HM3 in the United States.

2228. The data sheet for the Accused Product with part number CAB760M12HM3R is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2022/04/Wolfspeed_CAB760M12HM 3R.pdf.

2229. Wolfspeed refers to the Accused Product with part number CAB760M12HM3R as a MOSFET in its data sheet.

2230. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAB760M12HM3R.

2231. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAB760M12HM3R as a MOSFET.

2232. The Accused Product with part number CAB760M12HM3R includes a silicon carbide substrate.

2233. The Accused Product with part number CAB760M12HM3R has segmented base contacts.

2234. The Accused Product with part number CAB760M12HM3R has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2235. The Accused Product with part number CAB760M12HM3R has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

273

2236.  The Accused Product with part number CAB760M12HM3R has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2237.  The JFET region for the Accused Product with part number CAB760M12HM3R is less than 3 microns.

2238.  On information and belief, the JFET region for the Accused Product with part number CAB760M12HM3R is less than 1 micron.

2239.  Wolfspeed made the Accused Product with part number CAB760M12HM3R in the United States during the period March 3, 2009 to the present.

2240.  Wolfspeed continues to make the Accused Product with part number CAB760M12HM3R in the United States.

2241.  Wolfspeed used the Accused Product with part number CAB760M12HM3R to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2242.  Wolfspeed continues to provide samples of the Accused Product with part number CAB760M12HM3R in the United States.

2243.  Wolfspeed used the Accused Product with part number CAB760M12HM3R to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2244.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAB760M12HM3R in the United States.

2245. Wolfspeed sold the Accused product with part number CAB760M12HM3R in the United States during the period March 3, 2009 to the present date.

2246. Wolfspeed continues to sell samples of the Accused Product with part number CAB760M12HM3R in the United States.

2247. Wolfspeed offered to sell the Accused Product with part number CAB760M12HM3R in the United States during the period March 3, 2009 to the present.

2248. Wolfspeed continues to offer to sell the Accused Product with part number CAB760M12HM3R in the United States.

2249. The data sheet for the Accused Product with part number CAB008M12GM3 is publicly available at https://assets.wolfspeed.com/uploads/2021/11/CAB008M12GM3.pdf.

2250. Wolfspeed refers to the Accused Product with part number CAB008M12GM3 as a MOSFET in its data sheet.

2251. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAB008M12GM3.

2252. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAB008M12GM3 as a MOSFET.

2253. The Accused Product with part number CAB008M12GM3 includes a silicon carbide substrate.

275

2254. The Accused Product with part number CAB008M12GM3 has segmented base contacts.

2255. The Accused Product with part number CAB008M12GM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2256. The Accused Product with part number CAB008M12GM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2257. The Accused Product with part number CAB008M12GM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2258. The JFET region for the Accused Product with part number CAB008M12GM3 is less than 3 microns.

2259. On information and belief, the JFET region for the Accused Product with part number CAB008M12GM3 is less than 1 micron.

2260. Wolfspeed made the Accused Product with part number CAB008M12GM3 in the United States during the period March 3, 2009 to the present.

2261. Wolfspeed continues to make the Accused Product with part number CAB008M12GM3 in the United States.

2262. Wolfspeed used the Accused Product with part number CAB008M12GM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2263. Wolfspeed continues to provide samples of the Accused Product with part number CAB008M12GM3 in the United States.

2264. Wolfspeed used the Accused Product with part number CAB008M12GM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2265. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAB008M12GM3 in the United States.

2266. Wolfspeed sold the Accused product with part number CAB008M12GM3 in the United States during the period March 3, 2009 to the present date.

2267. Wolfspeed continues to sell samples of the Accused Product with part number CAB008M12GM3 in the United States.

2268. Wolfspeed offered to sell the Accused Product with part number CAB008M12GM3 in the United States during the period March 3, 2009 to the present.

2269. Wolfspeed continues to offer to sell the Accused Product with part number CAB008M12GM3 in the United States.

2270. The data sheet for the Accused Product with part number CAB008A12GM3 is publicly available at https://assets.wolfspeed.com/uploads/2021/11/CAB008A12GM3.pdf.

2271. Wolfspeed refers to the Accused Product with part number CAB008A12GM3 as a MOSFET in its data sheet.

2272. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAB008A12GM3.

2273. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAB008A12GM3 as a MOSFET.

2274. The Accused Product with part number CAB008A12GM3 includes a silicon carbide substrate.

2275. The Accused Product with part number CAB008A12GM3 has segmented base contacts.

2276. The Accused Product with part number CAB008A12GM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2277. The Accused Product with part number CAB008A12GM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2278. The Accused Product with part number CAB008A12GM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2279. The JFET region for the Accused Product with part number CAB008A12GM3 is less than 3 microns.

2280. On information and belief, the JFET region for the Accused Product with part number CAB008A12GM3 is less than 1 micron.

2281. Wolfspeed made the Accused Product with part number CAB008A12GM3 in the United States during the period March 3, 2009 to the present.

2282. Wolfspeed continues to make the Accused Product with part number CAB008A12GM3 in the United States.

2283. Wolfspeed used the Accused Product with part number CAB008A12GM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2284. Wolfspeed continues to provide samples of the Accused Product with part number CAB008A12GM3 in the United States.

2285. Wolfspeed used the Accused Product with part number CAB008A12GM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2286. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAB008A12GM3 in the United States.

2287. Wolfspeed sold the Accused product with part number CAB008A12GM3 in the United States during the period March 3, 2009 to the present date.

2288. Wolfspeed continues to sell samples of the Accused Product with part number CAB008A12GM3 in the United States.

2289. Wolfspeed offered to sell the Accused Product with part number CAB008A12GM3 in the United States during the period March 3, 2009 to the present.

2290. Wolfspeed continues to offer to sell the Accused Product with part number CAB008A12GM3 in the United States.

2291. The data sheet for the Accused Product with part number CAB006A12GM3 is publicly available at https://assets.wolfspeed.com/uploads/2021/11/CAB006A12GM3.pdf.

2292. Wolfspeed refers to the Accused Product with part number CAB006A12GM3 as a MOSFET in its data sheet.

2293. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAB006A12GM3.

2294. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAB006A12GM3 as a MOSFET.

2295. The Accused Product with part number CAB006A12GM3 includes a silicon carbide substrate.

2296. The Accused Product with part number CAB006A12GM3 has segmented base contacts.

2297. The Accused Product with part number CAB006A12GM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2298. The Accused Product with part number CAB006A12GM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2299. The Accused Product with part number CAB006A12GM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2300. The JFET region for the Accused Product with part number CAB006A12GM3 is less than 3 microns.

2301. On information and belief, the JFET region for the Accused Product with part number CAB006A12GM3 is less than 1 micron.

2302. Wolfspeed made the Accused Product with part number CAB006A12GM3 in the United States during the period March 3, 2009 to the present.

2303. Wolfspeed continues to make the Accused Product with part number CAB006A12GM3 in the United States.

2304. Wolfspeed used the Accused Product with part number CAB006A12GM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2305. Wolfspeed continues to provide samples of the Accused Product with part number CAB006A12GM3 in the United States.

2306.  Wolfspeed used the Accused Product with part number CAB006A12GM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2307.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAB006A12GM3 in the United States.

2308.  Wolfspeed sold the Accused product with part number CAB006A12GM3 in the United States during the period March 3, 2009 to the present date.

2309.  Wolfspeed continues to sell samples of the Accused Product with part number CAB006A12GM3 in the United States.

2310.  Wolfspeed offered to sell the Accused Product with part number CAB006A12GM3 in the United States during the period March 3, 2009 to the present.

2311.  Wolfspeed continues to offer to sell the Accused Product with part number CAB006A12GM3 in the United States.

2312.  The data sheet for the Accused Product with part number CAB006M12GM3 is publicly available at https://assets.wolfspeed.com/uploads/2021/11/CAB006M12GM3.pdf.

2313.  Wolfspeed refers to the Accused Product with part number CAB006M12GM3 as a MOSFET in its data sheet.

2314.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAB006M12GM3.

282

2315. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAB006M12GM3 as a MOSFET.

2316. The Accused Product with part number CAB006M12GM3 includes a silicon carbide substrate.

2317. The Accused Product with part number CAB006M12GM3 has segmented base contacts.

2318. The Accused Product with part number CAB006M12GM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2319. The Accused Product with part number CAB006M12GM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2320. The Accused Product with part number CAB006M12GM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2321. The JFET region for the Accused Product with part number CAB006M12GM3 is less than 3 microns.

2322. On information and belief, the JFET region for the Accused Product with part number CAB006M12GM3 is less than 1 micron.

2323. Wolfspeed made the Accused Product with part number CAB006M12GM3 in the United States during the period March 3, 2009 to the present.

2324. Wolfspeed continues to make the Accused Product with part number CAB006M12GM3 in the United States.

2325. Wolfspeed used the Accused Product with part number CAB006M12GM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2326. Wolfspeed continues to provide samples of the Accused Product with part number CAB006M12GM3 in the United States.

2327. Wolfspeed used the Accused Product with part number CAB006M12GM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2328. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAB006M12GM3 in the United States.

2329. Wolfspeed sold the Accused product with part number CAB006M12GM3 in the United States during the period March 3, 2009 to the present date.

2330. Wolfspeed continues to sell samples of the Accused Product with part number CAB006M12GM3 in the United States.

2331. Wolfspeed offered to sell the Accused Product with part number CAB006M12GM3 in the United States during the period March 3, 2009 to the present.

2332. Wolfspeed continues to offer to sell the Accused Product with part number CAB006M12GM3 in the United States.

2333. The data sheet for the Accused Product with part number CCB032M12FM3 is publicly available at https://assets.wolfspeed.com/uploads/2021/05/CCB032M12FM3.pdf.

2334. Wolfspeed refers to the Accused Product with part number CCB032M12FM3 as a MOSFET in its data sheet.

2335. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CCB032M12FM3.

2336. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CCB032M12FM3 as a MOSFET.

2337. The Accused Product with part number CCB032M12FM3 includes a silicon carbide substrate.

2338. The Accused Product with part number CCB032M12FM3 has segmented base contacts.

2339. The Accused Product with part number CCB032M12FM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2340. The Accused Product with part number CCB032M12FM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2341. The Accused Product with part number CCB032M12FM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2342. The JFET region for the Accused Product with part number CCB032M12FM3 is less than 3 microns.

2343. On information and belief, the JFET region for the Accused Product with part number CCB032M12FM3 is less than 1 micron.

2344. Wolfspeed made the Accused Product with part number CCB032M12FM3 in the United States during the period March 3, 2009 to the present.

2345. Wolfspeed continues to make the Accused Product with part number CCB032M12FM3 in the United States.

2346. Wolfspeed used the Accused Product with part number CCB032M12FM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2347. Wolfspeed continues to provide samples of the Accused Product with part number CCB032M12FM3 in the United States.

2348. Wolfspeed used the Accused Product with part number CCB032M12FM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2349. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CCB032M12FM3 in the United States.

2350.  Wolfspeed sold the Accused product with part number CCB032M12FM3 in the United States during the period March 3, 2009 to the present date.

2351.  Wolfspeed continues to sell samples of the Accused Product with part number CCB032M12FM3 in the United States.

2352.  Wolfspeed offered to sell the Accused Product with part number CCB032M12FM3 in the United States during the period March 3, 2009 to the present.

2353.  Wolfspeed continues to offer to sell the Accused Product with part number CCB032M12FM3 in the United States.

2354.  The data sheet for the Accused Product with part number CCB021M12FM3 is publicly available at https://assets.wolfspeed.com/uploads/2021/05/CCB021M12FM3.pdf.

2355.  Wolfspeed refers to the Accused Product with part number CCB021M12FM3 as a MOSFET in its data sheet.

2356.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CCB021M12FM3.

2357.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CCB021M12FM3 as a MOSFET.

2358.  The Accused Product with part number CCB021M12FM3 includes a silicon carbide substrate.

2359.  The Accused Product with part number CCB021M12FM3 has segmented base contacts.

2360.  The Accused Product with part number CCB021M12FM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2361.  The Accused Product with part number CCB021M12FM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2362.  The Accused Product with part number CCB021M12FM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2363.  The JFET region for the Accused Product with part number CCB021M12FM3 is less than 3 microns.

2364.  On information and belief, the JFET region for the Accused Product with part number CCB021M12FM3 is less than 1 micron.

2365.  Wolfspeed made the Accused Product with part number CCB021M12FM3 in the United States during the period March 3, 2009 to the present.

2366.  Wolfspeed continues to make the Accused Product with part number CCB021M12FM3 in the United States.

2367.  Wolfspeed used the Accused Product with part number CCB021M12FM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2368. Wolfspeed continues to provide samples of the Accused Product with part number CCB021M12FM3 in the United States.

2369. Wolfspeed used the Accused Product with part number CCB021M12FM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2370. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CCB021M12FM3 in the United States.

2371. Wolfspeed sold the Accused product with part number CCB021M12FM3 in the United States during the period March 3, 2009 to the present date.

2372. Wolfspeed continues to sell samples of the Accused Product with part number CCB021M12FM3 in the United States.

2373. Wolfspeed offered to sell the Accused Product with part number CCB021M12FM3 in the United States during the period March 3, 2009 to the present.

2374. Wolfspeed continues to offer to sell the Accused Product with part number CCB021M12FM3 in the United States.

2375. The data sheet for the Accused Product with part number CAB016M12FM3 is publicly available at https://assets.wolfspeed.com/uploads/2021/05/CAB016M12FM3.pdf.

2376. Wolfspeed refers to the Accused Product with part number CAB016M12FM3 as a MOSFET in its data sheet.

2377.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as <u>Exhibit D</u>, lists the Accused Product with part number CAB016M12FM3.

2378.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as <u>Exhibit D</u>, refers to the Accused Product with part number CAB016M12FM3 as a MOSFET.

2379.  The Accused Product with part number CAB016M12FM3 includes a silicon carbide substrate.

2380.  The Accused Product with part number CAB016M12FM3 has segmented base contacts.

2381.  The Accused Product with part number CAB016M12FM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2382.  The Accused Product with part number CAB016M12FM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2383.  The Accused Product with part number CAB016M12FM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2384.  The JFET region for the Accused Product with part number CAB016M12FM3 is less than 3 microns.

2385.  On information and belief, the JFET region for the Accused Product with part number CAB016M12FM3 is less than 1 micron.

2386.  Wolfspeed made the Accused Product with part number CAB016M12FM3 in the United States during the period March 3, 2009 to the present.

2387.  Wolfspeed continues to make the Accused Product with part number CAB016M12FM3 in the United States.

2388.  Wolfspeed used the Accused Product with part number CAB016M12FM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2389.  Wolfspeed continues to provide samples of the Accused Product with part number CAB016M12FM3 in the United States.

2390.  Wolfspeed used the Accused Product with part number CAB016M12FM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2391.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAB016M12FM3 in the United States.

2392.  Wolfspeed sold the Accused product with part number CAB016M12FM3 in the United States during the period March 3, 2009 to the present date.

2393.  Wolfspeed continues to sell samples of the Accused Product with part number CAB016M12FM3 in the United States.

2394. Wolfspeed offered to sell the Accused Product with part number CAB016M12FM3 in the United States during the period March 3, 2009 to the present.

2395. Wolfspeed continues to offer to sell the Accused Product with part number CAB016M12FM3 in the United States.

2396. The data sheet for the Accused Product with part number CAB011M12FM3 is publicly available at https://assets.wolfspeed.com/uploads/2021/05/CAB011M12FM3.pdf.

2397. Wolfspeed refers to the Accused Product with part number CAB011M12FM3 as a MOSFET in its data sheet.

2398. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAB011M12FM3.

2399. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAB011M12FM3 as a MOSFET.

2400. The Accused Product with part number CAB011M12FM3 includes a silicon carbide substrate.

2401. The Accused Product with part number CAB011M12FM3 has segmented base contacts.

2402. The Accused Product with part number CAB011M12FM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2403. The Accused Product with part number CAB011M12FM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2404. The Accused Product with part number CAB011M12FM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2405. The JFET region for the Accused Product with part number CAB011M12FM3 is less than 3 microns.

2406. On information and belief, the JFET region for the Accused Product with part number CAB011M12FM3 is less than 1 micron.

2407. Wolfspeed made the Accused Product with part number CAB011M12FM3 in the United States during the period March 3, 2009 to the present.

2408. Wolfspeed continues to make the Accused Product with part number CAB011M12FM3 in the United States.

2409. Wolfspeed used the Accused Product with part number CAB011M12FM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2410. Wolfspeed continues to provide samples of the Accused Product with part number CAB011M12FM3 in the United States.

2411. Wolfspeed used the Accused Product with part number CAB011M12FM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2412. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAB011M12FM3 in the United States.

2413. Wolfspeed sold the Accused product with part number CAB011M12FM3 in the United States during the period March 3, 2009 to the present date.

2414. Wolfspeed continues to sell samples of the Accused Product with part number CAB011M12FM3 in the United States.

2415. Wolfspeed offered to sell the Accused Product with part number CAB011M12FM3 in the United States during the period March 3, 2009 to the present.

2416. Wolfspeed continues to offer to sell the Accused Product with part number CAB011M12FM3 in the United States.

2417. The data sheet for the Accused Product with part number CAS120M12BM2 is publicly available at https://assets.wolfspeed.com/uploads/2020/12/cas120m12bm2.pdf.

2418. Wolfspeed refers to the Accused Product with part number CAS120M12BM2 as a MOSFET in its data sheet.

2419. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAS120M12BM2.

2420. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAS120M12BM2 as a MOSFET.

2421. The Accused Product with part number CAS120M12BM2 includes a silicon carbide substrate.

2422. The Accused Product with part number CAS120M12BM2 has segmented base contacts.

2423. The Accused Product with part number CAS120M12BM2 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2424. The Accused Product with part number CAS120M12BM2 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2425. The Accused Product with part number CAS120M12BM2 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2426. The JFET region for the Accused Product with part number CAS120M12BM2 is less than 3 microns.

2427. On information and belief, the JFET region for the Accused Product with part number CAS120M12BM2 is less than 1 micron.

2428. Wolfspeed made the Accused Product with part number CAS120M12BM2 in the United States during the period March 3, 2009 to the present.

2429. Wolfspeed continues to make the Accused Product with part number CAS120M12BM2 in the United States.

2430. Wolfspeed used the Accused Product with part number CAS120M12BM2 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2431. Wolfspeed continues to provide samples of the Accused Product with part number CAS120M12BM2 in the United States.

2432. Wolfspeed used the Accused Product with part number CAS120M12BM2 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2433. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAS120M12BM2 in the United States.

2434. Wolfspeed sold the Accused product with part number CAS120M12BM2 in the United States during the period March 3, 2009 to the present date.

2435. Wolfspeed continues to sell samples of the Accused Product with part number CAS120M12BM2 in the United States.

2436. Wolfspeed offered to sell the Accused Product with part number CAS120M12BM2 in the United States during the period March 3, 2009 to the present.

2437. Wolfspeed continues to offer to sell the Accused Product with part number CAS120M12BM2 in the United States.

2438.  The data sheet for the Accused Product with part number WAS175M12BM3 is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2022/06/wolfspeed_WAS175M12BM3_data_sheet.pdf.

2439.  Wolfspeed refers to the Accused Product with part number WAS175M12BM3 as a MOSFET in its data sheet.

2440.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as <u>Exhibit D</u>, lists the Accused Product with part number WAS175M12BM3.

2441.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as <u>Exhibit D</u>, refers to the Accused Product with part number WAS175M12BM3 as a MOSFET.

2442.  The Accused Product with part number WAS175M12BM3 includes a silicon carbide substrate.

2443.  The Accused Product with part number WAS175M12BM3 has segmented base contacts.

2444.  The Accused Product with part number WAS175M12BM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2445.  The Accused Product with part number WAS175M12BM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2446. The Accused Product with part number WAS175M12BM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2447. The JFET region for the Accused Product with part number WAS175M12BM3 is less than 3 microns.

2448. On information and belief, the JFET region for the Accused Product with part number WAS175M12BM3 is less than 1 micron.

2449. Wolfspeed made the Accused Product with part number WAS175M12BM3 in the United States during the period March 3, 2009 to the present.

2450. Wolfspeed continues to make the Accused Product with part number WAS175M12BM3 in the United States.

2451. Wolfspeed used the Accused Product with part number WAS175M12BM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2452. Wolfspeed continues to provide samples of the Accused Product with part number WAS175M12BM3 in the United States.

2453. Wolfspeed used the Accused Product with part number WAS175M12BM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2454. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number WAS175M12BM3 in the United States.

2455. Wolfspeed sold the Accused product with part number WAS175M12BM3 in the United States during the period March 3, 2009 to the present date.

2456. Wolfspeed continues to sell samples of the Accused Product with part number WAS175M12BM3 in the United States.

2457. Wolfspeed offered to sell the Accused Product with part number WAS175M12BM3 in the United States during the period March 3, 2009 to the present.

2458. Wolfspeed continues to offer to sell the Accused Product with part number WAS175M12BM3 in the United States.

2459. The data sheet for the Accused Product with part number CAS175M12BM3 is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2022/06/wolfspeed_CAS175M12BM3_data_sheet.pdf.

2460. Wolfspeed refers to the Accused Product with part number CAS175M12BM3 as a MOSFET in its data sheet.

2461. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAS175M12BM3.

2462. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAS175M12BM3 as a MOSFET.

2463. The Accused Product with part number CAS175M12BM3 includes a silicon carbide substrate.

2464. The Accused Product with part number CAS175M12BM3 has segmented base contacts.

2465. The Accused Product with part number CAS175M12BM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2466. The Accused Product with part number CAS175M12BM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2467. The Accused Product with part number CAS175M12BM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2468. The JFET region for the Accused Product with part number CAS175M12BM3 is less than 3 microns.

2469. On information and belief, the JFET region for the Accused Product with part number CAS175M12BM3 is less than 1 micron.

2470. Wolfspeed made the Accused Product with part number CAS175M12BM3 in the United States during the period March 3, 2009 to the present.

2471. Wolfspeed continues to make the Accused Product with part number CAS175M12BM3 in the United States.

2472. Wolfspeed used the Accused Product with part number CAS175M12BM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2473. Wolfspeed continues to provide samples of the Accused Product with part number CAS175M12BM3 in the United States.

2474. Wolfspeed used the Accused Product with part number CAS175M12BM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2475. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAS175M12BM3 in the United States.

2476. Wolfspeed sold the Accused product with part number CAS175M12BM3 in the United States during the period March 3, 2009 to the present date.

2477. Wolfspeed continues to sell samples of the Accused Product with part number CAS175M12BM3 in the United States.

2478. Wolfspeed offered to sell the Accused Product with part number CAS175M12BM3 in the United States during the period March 3, 2009 to the present.

2479. Wolfspeed continues to offer to sell the Accused Product with part number CAS175M12BM3 in the United States.

2480. The data sheet for the Accused Product with part number CAS300M17BM2 is publicly available at https://assets.wolfspeed.com/uploads/2020/12/cas300m17bm2.pdf.

2481. Wolfspeed refers to the Accused Product with part number CAS300M17BM2 as a MOSFET in its data sheet.

2482. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAS300M17BM2.

2483. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAS300M17BM2 as a MOSFET.

2484. The Accused Product with part number CAS300M17BM2 includes a silicon carbide substrate.

2485. The Accused Product with part number CAS300M17BM2 has segmented base contacts.

2486. The Accused Product with part number CAS300M17BM2 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2487. The Accused Product with part number CAS300M17BM2 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2488. The Accused Product with part number CAS300M17BM2 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

302

2489. The JFET region for the Accused Product with part number CAS300M17BM2 is less than 3 microns.

2490. On information and belief, the JFET region for the Accused Product with part number CAS300M17BM2 is less than 1 micron.

2491. Wolfspeed made the Accused Product with part number CAS300M17BM2 in the United States during the period March 3, 2009 to the present.

2492. Wolfspeed continues to make the Accused Product with part number CAS300M17BM2 in the United States.

2493. Wolfspeed used the Accused Product with part number CAS300M17BM2 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2494. Wolfspeed continues to provide samples of the Accused Product with part number CAS300M17BM2 in the United States.

2495. Wolfspeed used the Accused Product with part number CAS300M17BM2 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2496. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAS300M17BM2 in the United States.

2497. Wolfspeed sold the Accused product with part number CAS300M17BM2 in the United States during the period March 3, 2009 to the present date.

2498. Wolfspeed continues to sell samples of the Accused Product with part number CAS300M17BM2 in the United States.

2499. Wolfspeed offered to sell the Accused Product with part number CAS300M17BM2 in the United States during the period March 3, 2009 to the present.

2500. Wolfspeed continues to offer to sell the Accused Product with part number CAS300M17BM2 in the United States.

2501. The data sheet for the Accused Product with part number CAS300M12BM2 is publicly available at https://assets.wolfspeed.com/uploads/2020/12/cas300m12bm2.pdf.

2502. Wolfspeed refers to the Accused Product with part number CAS300M12BM2 as a MOSFET in its data sheet.

2503. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAS300M12BM2.

2504. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAS300M12BM2 as a MOSFET.

2505. The Accused Product with part number CAS300M12BM2 includes a silicon carbide substrate.

2506. The Accused Product with part number CAS300M12BM2 has segmented base contacts.

2507. The Accused Product with part number CAS300M12BM2 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2508. The Accused Product with part number CAS300M12BM2 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2509. The Accused Product with part number CAS300M12BM2 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2510. The JFET region for the Accused Product with part number CAS300M12BM2 is less than 3 microns.

2511. On information and belief, the JFET region for the Accused Product with part number CAS300M12BM2 is less than 1 micron.

2512. Wolfspeed made the Accused Product with part number CAS300M12BM2 in the United States during the period March 3, 2009 to the present.

2513. Wolfspeed continues to make the Accused Product with part number CAS300M12BM2 in the United States.

2514. Wolfspeed used the Accused Product with part number CAS300M12BM2 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2515. Wolfspeed continues to provide samples of the Accused Product with part number CAS300M12BM2 in the United States.

2516.  Wolfspeed used the Accused Product with part number CAS300M12BM2 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2517.  Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAS300M12BM2 in the United States.

2518.  Wolfspeed sold the Accused product with part number CAS300M12BM2 in the United States during the period March 3, 2009 to the present date.

2519.  Wolfspeed continues to sell samples of the Accused Product with part number CAS300M12BM2 in the United States.

2520.  Wolfspeed offered to sell the Accused Product with part number CAS300M12BM2 in the United States during the period March 3, 2009 to the present.

2521.  Wolfspeed continues to offer to sell the Accused Product with part number CAS300M12BM2 in the United States.

2522.  The data sheet for the Accused Product with part number WAB300M12BM3 is publicly available at https://assets.wolfspeed.com/uploads/2020/12/Wolfspeed_WAB300M12BM3.pdf.

2523.  Wolfspeed refers to the Accused Product with part number WAB300M12BM3 as a MOSFET in its data sheet.

2524.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number WAB300M12BM3.

2525.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number WAB300M12BM3 as a MOSFET.

2526.  The Accused Product with part number WAB300M12BM3 includes a silicon carbide substrate.

2527.  The Accused Product with part number WAB300M12BM3 has segmented base contacts.

2528.  The Accused Product with part number WAB300M12BM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2529.  The Accused Product with part number WAB300M12BM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2530.  The Accused Product with part number WAB300M12BM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2531.  The JFET region for the Accused Product with part number WAB300M12BM3 is less than 3 microns.

2532.  On information and belief, the JFET region for the Accused Product with part number WAB300M12BM3 is less than 1 micron.

2533.  Wolfspeed made the Accused Product with part number WAB300M12BM3 in the United States during the period March 3, 2009 to the present.

2534. Wolfspeed continues to make the Accused Product with part number WAB300M12BM3 in the United States.

2535. Wolfspeed used the Accused Product with part number WAB300M12BM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2536. Wolfspeed continues to provide samples of the Accused Product with part number WAB300M12BM3 in the United States.

2537. Wolfspeed used the Accused Product with part number WAB300M12BM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2538. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number WAB300M12BM3 in the United States.

2539. Wolfspeed sold the Accused product with part number WAB300M12BM3 in the United States during the period March 3, 2009 to the present date.

2540. Wolfspeed continues to sell samples of the Accused Product with part number WAB300M12BM3 in the United States.

2541. Wolfspeed offered to sell the Accused Product with part number WAB300M12BM3 in the United States during the period March 3, 2009 to the present.

2542. Wolfspeed continues to offer to sell the Accused Product with part number WAB300M12BM3 in the United States.

2543.  The data sheet for the Accused Product with part number WAS350M12BM3 is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2022/06/wolfspeed_WAS350M12BM3_data_sheet.pdf.

2544.  Wolfspeed refers to the Accused Product with part number WAS350M12BM3 as a MOSFET in its data sheet.

2545.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number WAS350M12BM3.

2546.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number WAS350M12BM3 as a MOSFET.

2547.  The Accused Product with part number WAS350M12BM3 includes a silicon carbide substrate.

2548.  The Accused Product with part number WAS350M12BM3 has segmented base contacts.

2549.  The Accused Product with part number WAS350M12BM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2550.  The Accused Product with part number WAS350M12BM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2551. The Accused Product with part number WAS350M12BM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2552. The JFET region for the Accused Product with part number WAS350M12BM3 is less than 3 microns.

2553. On information and belief, the JFET region for the Accused Product with part number WAS350M12BM3 is less than 1 micron.

2554. Wolfspeed made the Accused Product with part number WAS350M12BM3 in the United States during the period March 3, 2009 to the present.

2555. Wolfspeed continues to make the Accused Product with part number WAS350M12BM3 in the United States.

2556. Wolfspeed used the Accused Product with part number WAS350M12BM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2557. Wolfspeed continues to provide samples of the Accused Product with part number WAS350M12BM3 in the United States.

2558. Wolfspeed used the Accused Product with part number WAS350M12BM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2559. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number WAS350M12BM3 in the United States.

2560. Wolfspeed sold the Accused product with part number WAS350M12BM3 in the United States during the period March 3, 2009 to the present date.

2561. Wolfspeed continues to sell samples of the Accused Product with part number WAS350M12BM3 in the United States.

2562. Wolfspeed offered to sell the Accused Product with part number WAS350M12BM3 in the United States during the period March 3, 2009 to the present.

2563. Wolfspeed continues to offer to sell the Accused Product with part number WAS350M12BM3 in the United States.

2564. The data sheet for the Accused Product with part number CAS350M12BM3 is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2022/06/wolfspeed_CAS350M12BM3_data_sheet.pdf.

2565. Wolfspeed refers to the Accused Product with part number CAS350M12BM3 as a MOSFET in its data sheet.

2566. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAS350M12BM3.

2567. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAS350M12BM3 as a MOSFET.

2568.  The Accused Product with part number CAS350M12BM3 includes a silicon carbide substrate.

2569.  The Accused Product with part number CAS350M12BM3 has segmented base contacts.

2570.  The Accused Product with part number CAS350M12BM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2571.  The Accused Product with part number CAS350M12BM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2572.  The Accused Product with part number CAS350M12BM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2573.  The JFET region for the Accused Product with part number CAS350M12BM3 is less than 3 microns.

2574.  On information and belief, the JFET region for the Accused Product with part number CAS350M12BM3 is less than 1 micron.

2575.  Wolfspeed made the Accused Product with part number CAS350M12BM3 in the United States during the period March 3, 2009 to the present.

2576.  Wolfspeed continues to make the Accused Product with part number CAS350M12BM3 in the United States.

2577. Wolfspeed used the Accused Product with part number CAS350M12BM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2578. Wolfspeed continues to provide samples of the Accused Product with part number CAS350M12BM3 in the United States.

2579. Wolfspeed used the Accused Product with part number CAS350M12BM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2580. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAS350M12BM3 in the United States.

2581. Wolfspeed sold the Accused product with part number CAS350M12BM3 in the United States during the period March 3, 2009 to the present date.

2582. Wolfspeed continues to sell samples of the Accused Product with part number CAS350M12BM3 in the United States.

2583. Wolfspeed offered to sell the Accused Product with part number CAS350M12BM3 in the United States during the period March 3, 2009 to the present.

2584. Wolfspeed continues to offer to sell the Accused Product with part number CAS350M12BM3 in the United States.

2585. The data sheet for the Accused Product with part number WAB400M12BM3 is publicly available at https://assets.wolfspeed.com/uploads/2020/12/Wolfspeed_WAB400M12BM3.pdf.

2586. Wolfspeed refers to the Accused Product with part number WAB400M12BM3 as a MOSFET in its data sheet.

2587. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number WAB400M12BM3.

2588. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number WAB400M12BM3 as a MOSFET.

2589. The Accused Product with part number WAB400M12BM3 includes a silicon carbide substrate.

2590. The Accused Product with part number WAB400M12BM3 has segmented base contacts.

2591. The Accused Product with part number WAB400M12BM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2592. The Accused Product with part number WAB400M12BM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2593. The Accused Product with part number WAB400M12BM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2594.	The JFET region for the Accused Product with part number WAB400M12BM3 is less than 3 microns.

2595.	On information and belief, the JFET region for the Accused Product with part number WAB400M12BM3 is less than 1 micron.

2596.	Wolfspeed made the Accused Product with part number WAB400M12BM3 in the United States during the period March 3, 2009 to the present.

2597.	Wolfspeed continues to make the Accused Product with part number WAB400M12BM3 in the United States.

2598.	Wolfspeed used the Accused Product with part number WAB400M12BM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2599.	Wolfspeed continues to provide samples of the Accused Product with part number WAB400M12BM3 in the United States.

2600.	Wolfspeed used the Accused Product with part number WAB400M12BM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2601.	Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number WAB400M12BM3 in the United States.

2602.	Wolfspeed sold the Accused product with part number WAB400M12BM3 in the United States during the period March 3, 2009 to the present date.

2603. Wolfspeed continues to sell samples of the Accused Product with part number WAB400M12BM3 in the United States.

2604. Wolfspeed offered to sell the Accused Product with part number WAB400M12BM3 in the United States during the period March 3, 2009 to the present.

2605. Wolfspeed continues to offer to sell the Accused Product with part number WAB400M12BM3 in the United States.

2606. The data sheet for the Accused Product with part number CAB530M12BM3 is publicly available at https://assets.wolfspeed.com/uploads/2021/05/CAB530M12BM3.pdf.

2607. Wolfspeed refers to the Accused Product with part number CAB530M12BM3 as a MOSFET in its data sheet.

2608. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAB530M12BM3.

2609. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAB530M12BM3 as a MOSFET.

2610. The Accused Product with part number CAB530M12BM3 includes a silicon carbide substrate.

2611. The Accused Product with part number CAB530M12BM3 has segmented base contacts.

2612. The Accused Product with part number CAB530M12BM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2613. The Accused Product with part number CAB530M12BM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2614. The Accused Product with part number CAB530M12BM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2615. The JFET region for the Accused Product with part number CAB530M12BM3 is less than 3 microns.

2616. On information and belief, the JFET region for the Accused Product with part number CAB530M12BM3 is less than 1 micron.

2617. Wolfspeed made the Accused Product with part number CAB530M12BM3 in the United States during the period March 3, 2009 to the present.

2618. Wolfspeed continues to make the Accused Product with part number CAB530M12BM3 in the United States.

2619. Wolfspeed used the Accused Product with part number CAB530M12BM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2620. Wolfspeed continues to provide samples of the Accused Product with part number CAB530M12BM3 in the United States.

2621. Wolfspeed used the Accused Product with part number CAB530M12BM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2622. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAB530M12BM3 in the United States.

2623. Wolfspeed sold the Accused product with part number CAB530M12BM3 in the United States during the period March 3, 2009 to the present date.

2624. Wolfspeed continues to sell samples of the Accused Product with part number CAB530M12BM3 in the United States.

2625. Wolfspeed offered to sell the Accused Product with part number CAB530M12BM3 in the United States during the period March 3, 2009 to the present.

2626. Wolfspeed continues to offer to sell the Accused Product with part number CAB530M12BM3 in the United States.

2627. The data sheet for the Accused Product with part number CAS530M12BM3 is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2022/06/wolfspeed_CAS530M12BM3_data_sheet.pdf.

2628. Wolfspeed refers to the Accused Product with part number CAS530M12BM3 as a MOSFET in its data sheet.

2629.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number CAS530M12BM3.

2630.  The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number CAS530M12BM3 as a MOSFET.

2631.  The Accused Product with part number CAS530M12BM3 includes a silicon carbide substrate.

2632.  The Accused Product with part number CAS530M12BM3 has segmented base contacts.

2633.  The Accused Product with part number CAS530M12BM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2634.  The Accused Product with part number CAS530M12BM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2635.  The Accused Product with part number CAS530M12BM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2636.  The JFET region for the Accused Product with part number CAS530M12BM3 is less than 3 microns.

2637. On information and belief, the JFET region for the Accused Product with part number CAS530M12BM3 is less than 1 micron.

2638. Wolfspeed made the Accused Product with part number CAS530M12BM3 in the United States during the period March 3, 2009 to the present.

2639. Wolfspeed continues to make the Accused Product with part number CAS530M12BM3 in the United States.

2640. Wolfspeed used the Accused Product with part number CAS530M12BM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2641. Wolfspeed continues to provide samples of the Accused Product with part number CAS530M12BM3 in the United States.

2642. Wolfspeed used the Accused Product with part number CAS530M12BM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2643. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number CAS530M12BM3 in the United States.

2644. Wolfspeed sold the Accused product with part number CAS530M12BM3 in the United States during the period March 3, 2009 to the present date.

2645. Wolfspeed continues to sell samples of the Accused Product with part number CAS530M12BM3 in the United States.

2646. Wolfspeed offered to sell the Accused Product with part number CAS530M12BM3 in the United States during the period March 3, 2009 to the present.

2647. Wolfspeed continues to offer to sell the Accused Product with part number CAS530M12BM3 in the United States.

2648. The data sheet for the Accused Product with part number WAS530M12BM3 is publicly available at https://assets.wolfspeed.com/uploads/dlm_uploads/2022/06/wolfspeed_WAS530M12BM3_data_sheet.pdf.

2649. Wolfspeed refers to the Accused Product with part number WAS530M12BM3 as a MOSFET in its data sheet.

2650. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, lists the Accused Product with part number WAS530M12BM3.

2651. The Wolfspeed web page (https://www.wolfspeed.com/products/power/sic-power-modules/), attached as Exhibit D, refers to the Accused Product with part number WAS530M12BM3 as a MOSFET.

2652. The Accused Product with part number WAS530M12BM3 includes a silicon carbide substrate.

2653. The Accused Product with part number WAS530M12BM3 has segmented base contacts.

2654. The Accused Product with part number WAS530M12BM3 has a drift semiconductor layer formed on the front side of the silicon carbide substrate.

2655. The Accused Product with part number WAS530M12BM3 has a first source region and a first source electrode formed over the first source region defining a longitudinal axis.

2656. The Accused Product with part number WAS530M12BM3 has a second source region and a second source electrode formed over the second source region defining a longitudinal axis.

2657. The JFET region for the Accused Product with part number WAS530M12BM3 is less than 3 microns.

2658. On information and belief, the JFET region for the Accused Product with part number WAS530M12BM3 is less than 1 micron.

2659. Wolfspeed made the Accused Product with part number WAS530M12BM3 in the United States during the period March 3, 2009 to the present.

2660. Wolfspeed continues to make the Accused Product with part number WAS530M12BM3 in the United States.

2661. Wolfspeed used the Accused Product with part number WAS530M12BM3 to provide samples to potential customers in the United States during the period March 3, 2009 to the present.

2662. Wolfspeed continues to provide samples of the Accused Product with part number WAS530M12BM3 in the United States.

2663. Wolfspeed used the Accused Product with part number WAS530M12BM3 to provide applications engineering to customers in the United States during the period March 3, 2009 to the present.

2664. Wolfspeed continues to provide applications engineering to customers using the Accused Product with part number WAS530M12BM3 in the United States.

2665. Wolfspeed sold the Accused product with part number WAS530M12BM3 in the United States during the period March 3, 2009 to the present date.

2666. Wolfspeed continues to sell samples of the Accused Product with part number WAS530M12BM3 in the United States.

2667. Wolfspeed offered to sell the Accused Product with part number WAS530M12BM3 in the United States during the period March 3, 2009 to the present.

2668. Wolfspeed continues to offer to sell the Accused Product with part number WAS530M12BM3 in the United States.

2669. At one or more times during the period March 3, 2009 to the present, certain distributors, resellers, and suppliers (e.g., Digi Key, Mouser Electronics, Richardson RFPD, and Semi Dice Inc) also directly infringed and continue to infringe the '633 Patent by selling, offering for sale, and/or importing the Accused Products, in or into the United States, in violation of 35 U.S.C. § 271(a).

2670. Wolfspeed actively induced and continues to induce direct infringement of the '633 Patent by others (e.g., Digi Key, Mouser Electronics, Richardson RFPD, and Semi Dice Inc) by directing, contracting with, supporting, and/or otherwise encouraging the use,

323

sale, offer for sale, and/or importation of the Accused Products, in the United States, in violation of 35 U.S.C. § 271(b).

## WILLFUL INFRINGEMENT

2671.  Purdue incorporates by reference paragraphs 1 to 2670 as though fully set forth herein.

2672.  Wolfspeed is and has been aware of the '633 Patent since its issuance.

2673.  On December 18, 2014, the USPTO expressly notified Wolfspeed of the '633 Patent in connection with prosecution of U.S. Patent Application Serial No. 13/962,295.

2674.  The '633 Patent has been cited during the prosecution of U.S. Patent Applications that led to the following Wolfspeed patents:  U.S. Patent No. 9,673,283;  U.S. Patent No. 9,640,617;  U.S. Patent No. 9,373,617;  U.S. Patent No. 9,142,662,  U.S. Patent No. 10,600,903; and U.S. Patent No. 10,868,169.

2675.  Wolfspeed has been aware for over a decade that its actions as to importers, distributors, resellers, wholesalers, retailers, and/or end users of the Accused Products would induce infringement.

2676.  In April 2021, Purdue sent Wolfspeed a notice letter informing Wolfspeed of its infringement of the '633 Patent.

2677.  In June, July, August, and September 2021, Purdue and Wolfspeed, by and through their respective agents and representatives, exchanged pre-suit communications and held meetings through and during which Wolfspeed was put on actual notice of Wolfspeed's infringement of the '633 Patent.

2678. On June 25, 2021, in preparation of the Parties' upcoming meetings, Purdue provided Wolfspeed with claim charts that detailed Wolfspeed's infringement of the '633 Patent.

2679. On August 4, 2021, Purdue provided Wolfspeed with updated claim charts based on further evidence of Wolfspeed's infringement of the '633 Patent.

2680. In June and August of 2021, Wolfspeed was requested by Purdue to review the claim charts provided by Purdue and respond with any information or documents it wished Purdue to consider ahead of the Parties' meetings. Purdue never received any documents or information from Wolfspeed claiming the '633 Patent was invalid. Purdue never received any documents or information from Wolfspeed claiming the '633 Patent was not infringed by Wolfspeed.

2681. On August 12, 2021, the Parties met and Purdue presented claim charts to Wolfspeed. During the August 12, 2021 meeting, Purdue again requested that Wolfspeed provide any documents it may have to refute or correct any information provided in the claim charts, including prior art references and internal documents such as process flows. But Wolfspeed never provided any such documents.

2682. Despite such awareness of the '633 Patent and its coverage of SiC power MOSFETs, including at least the Accused Products, Wolfspeed continues to take active steps (*e.g.*, distributing the Accused Products and other SiC power MOSFETs with similar infringing technology, as well as product manuals, instructions, promotional and marketing materials, and/or technical materials to distributors, resellers, wholesalers, retailers, and

325

end-users) by encouraging others to infringe the '633 Patent with the specific intent to induce such infringement. Accordingly, Wolfspeed has known and intended infringement of the '633 Patent.

2683.  For example, Wolfspeed directs customers to purchase the Accused Products from various distributors on its website at https://www.wolfspeed.com/products/power/sic-mosfets/1200v-silicon-carbide-mosfets:[23]



2684.  Despite knowledge of the '633 Patent and its coverage of Wolfspeed's SiC power MOSFETs, including detailed claim charts and numerous pre-suit communications

---

[23] *See also* https://www.wolfspeed.com/where-to-buy/?continent=na&country=us&productLine=power (listing distributors).

and meetings, Wolfspeed has continued making, using, offering for sale, selling, and importing the Accused Products despite an objectively high likelihood that its actions infringe at least one claim of the '633 Patent. The objective risk of infringement of the '633 Patent was known to Wolfspeed or so obvious that Wolfspeed should have known it.

2685.  Wolfspeed has acted in deliberate disregard of the validity of the '633 Patent. On March 25, 2022, Wolfspeed petitioned for *inter partes review* ("IPR") of the '633 Patent, challenging the validity of claims 9-11 under 35 U.S.C. 103 in view of U.S. Patent Application Publication No. 2004/0119076 A1 ("Ryu"), U.S. Patent No. 6,043,532 ("Depetro"), and U.S. Patent No. 5,171,705 ("Choy"). *See Wolfspeed, Inc. v. The Trustees of Purdue University,* IPR2022-00761, Paper 2 (PTAB Mar. 25, 2022).

2686.  On November 8, 2022, the Patent Trial and Appeal Board (the "PTAB") rejected that petition and refused to institute the IPR, concluding that Wolfspeed raised "substantially the same prior art previously presented to the Board in [IPR2022-00252[24]]." The PTAB found that Wolfspeed failed to "demonstrate that the Board erred in a manner material to the patentability of the challenged claims in the decision denying institution in

---

[24] *See STMicroelectronics, Inc. v. The Trustees of Purdue University*, IPR2022-00252, Paper 2 (PTAB Dec. 6, 2021) (IPR petition seeking to invalidate claims 9–11 under 35 U.S.C. § 103 in view of Ryu and U.S. Patent 6,413,822 ("Williams")); *STMicroelectronics, Inc. v. The Trustees of Purdue University*, IPR2022-00252, Paper 13 (PTAB Jun. 22, 2022) (denying institution and finding that petitioner "fail[ed] to establish a reasonable likelihood of prevailing at trial with respect to any challenged claim based on the ground of unpatentability advanced"); *STMicroelectronics, Inc. v. The Trustees of Purdue University*, IPR2022-00252, Paper 15 (PTAB Nov. 8, 2022) (denying request for rehearing and declaring petitioner's "rationale for combining the teachings of Ryu and Williams is flawed").

327

IPR252." *Wolfspeed, Inc. v. The Trustees of Purdue University,* IPR2022-00761, Paper 8 at 15 (PTAB Nov. 8, 2022). The PTAB found the combination of the Depetro and Choy references as substantially the same as the Williams reference.

2687. Wolfspeed continues to infringe the '633 Patent with full and complete knowledge of its applicability to the Accused Products, without taking a license and without a good faith belief that the '633 Patent is invalid and not infringed. *See* Dkt. 81-1 at 9 (Wolfspeed incorporating by reference the invalidity positions it raised in its IPR petition.). Wolfspeed willfully blinded itself to its infringement of the '633 Patent. Purdue is entitled to receive enhanced damages up to three times the amount of actual damages for Wolfspeed's willful infringement pursuant to 35 U.S.C. § 284.

2688. Wolfspeed's direct, indirect, and willful infringement of the '633 Patent has caused, and will continue to cause, substantial damage to Purdue. Purdue is, therefore, entitled to an award of damages adequate to compensate for Wolfspeed's infringement of the '633 Patent, but in no event less than a reasonable royalty for Wolfspeed's use and/or sale of Purdue's invention, together with pre and post-judgment interest, attorneys' fees, and costs as fixed by the Court under 35 U.S.C. §§ 284 and 285.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury on all issues triable as such.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Purdue requests that this Court enter

judgment in its favor and against Defendant Wolfspeed, Inc. as follows:

A.     Adjudging, finding, and declaring that Defendant has infringed the '633 Patent under 35 U.S.C. § 271;

B.     Awarding the past and future damages arising out of Defendant's infringement of the '633 Patent to Purdue in an amount no less than a reasonable royalty, together with prejudgment and post-judgment interest, in an amount according to proof;

C.     Adjudging, finding, and declaring that Defendant's infringement is willful and awarding enhanced damages and fees as a result of that willfulness under 35 U.S.C. § 284;

D.     Adjudging, finding, and declaring that the '633 Patent is valid and enforceable;

E.     Awarding attorney's fees, costs, or other damages pursuant to 35 U.S.C. §§ 284 or 285 or as otherwise permitted by law; and

F.     Granting Purdue such other further relief as is just and proper, or as the Court deems appropriate.

This, the 13th day of February, 2023.

/s/ *Michael W. Shore*

Michael W. Shore (Texas Bar No. 18294915)
mshore@shorefirm.com
Halima Shukri Ndai (Texas Bar No. 24105486)
mshore@shorefirm.com
hndai@shorefirm.com
THE SHORE FIRM
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Fax: 214-593-9111

John P. Lahad
Texas Bar No. 24068095
Brian D. Melton
Texas Bar No. 24010620
Abbey E. McNaughton
Texas Bar No. 24116751
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 653-7859
Facsimile: (713) 654-6666
jlahad@susmangodfrey.com
bmelton@susmangodfrey.com
amcnaughton@susmangodfrey.com

330

/s/ **_L. Cooper Harrell_**
Allison Mullins
N.C. State Bar No. 23430
L. Cooper Harrell
N.C. State Bar No. 27875
TURNING POINT LITIGATION
MULLINS DUNCAN HARRELL &
RUSSELL PLLC
300 North Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3320
Facsimile: 336-645-3330
amullins@turningpointlit.com
charrell@turningpointlit.com

***COUNSEL FOR PLAINTIFF***
***THE TRUSTEES OF PURDUE***
***UNIVERSITY***

331

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this action.

This, the 13th day of February, 2023.

/s/ **_Michael W. Shore_**
Michael W. Shore