# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:21-cv-840 |
| WOLFSPEED, INC., | ) ) ) |
| Defendant | ) ) |

## JOINT NOTICE REGARDING THE RESOLUTION OF ALL ISSUES REGARDING THE REASONABLENESS OF FEES CLAIMED BY WOLFSPEED PURSUANT TO THE JULY 17, 2023 ORDER (DKT. 152)

Pursuant to Magistrate Judge Auld's July 17, 2023 Order Granting Wolfspeed's Motion for Protective Order (Dkt. 152), Plaintiff The Trustees of Purdue University ("Purdue") and Defendant Wolfspeed, Inc. ("Wolfspeed") (collectively, the "Parties") respectfully submit this Joint Notice confirming their resolution of all issues regarding the reasonableness of the amount of expenses, including attorneys' fees, claimed by Wolfspeed. Specifically, the Parties have agreed that Purdue will pay Wolfspeed $35,000.00 for Wolfspeed's reasonable expenses, including attorney's fees, incurred in litigating Wolfspeed's Motion, subject to the resolution of Purdue's objections pursuant to FRCP 72. The Parties also have agreed that payment need not be made while Purdue's objections are pending before the Court. The Parties therefore respectfully submit that the hearing scheduled for July 31, 2023 may be removed from the Court's calendar.

Dated: July 27, 2023                              *Respectfully submitted*,

| | |
|---|---|
| */s/ L. Cooper Harrell* | */s/ Michael W. Shore* |
| Allison Mullins | Michael W. Shore |
| N.C. State Bar No. 23430 | Texas Bar No. 18294915 |
| L. Cooper Harrell | Halima Shukri Ndai |
| N.C. State Bar No. 27875 | Texas Bar No. 24105486 |
| TURNING POINT LITIGATION | THE SHORE FIRM |
| MULLINS DUNCAN HARRELL & RUSSELL PLLC | 901 Main Street, Suite 3300 |
| | Dallas, Texas 75202 |
| 300 North Greene Street, Suite 2000 | Telephone: 214-593-9110 |
| Greensboro, NC 27401 | Fax: 214-593-9111 |
| Telephone: 336-645-3320 | mshore@shorefirm.com |
| Facsimile: 336-645-3330 | hndai@shorefirm.com |
| amullins@turningpointlit.com | |
| charrell@turningpointlit.com | John P. Lahad |
| | Texas Bar No. 24068095 |
| **COUNSEL FOR PLAINTIFF** | Brian D. Melton |
| ***THE TRUSTEES OF PURDUE UNIVERSITY*** | Texas Bar No. 24010620 |
| | Abbey E. McNaughton |
| | Texas Bar No. 24116751 |
| | SUSMAN GODFREY L.L.P. |
| | 1000 Louisiana, Suite 5100 |
| | Houston, TX 77002 |
| | Telephone: (713) 653-7859 |
| | Facsimile: (713) 654-6666 |
| | jlahad@susmangodfrey.com |
| | bmelton@susmangodfrey.com |
| | amcnaughton@susmangodfrey.com |
| | |
| | ***COUNSEL FOR PLAINTIFF*** |
| | ***THE TRUSTEES OF PURDUE UNIVERSITY*** |
| | |
| */s/ Peter D. Siddoway* | */s/ Richard W. Erwine* |
| Peter D. Siddoway | Richard W. Erwine |
| SAGE PATENT GROUP | Raymond N. Nimrod |
| 2301 Sugar Bush Road, Suite 200 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Raleigh, NC 27609 | 51 Madison Avenue, 22nd Floor |
| Telephone: 984-219-3369 | New York, New York 10010 |
| Facsimile: 984-538-0416 | Telephone: (212) 849-7000 |
| Email: psiddoway@sagepat.com | Facsimile: (212) 849-7100 |

|                                         | raynimrod@quinnemanuel.com |
|---|---|
|                                         | richarderwine@quinnemanuel.com |
| *Attorney for Defendant Wolfspeed, Inc.* | Jared Newton |
|                                         | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|                                         | 1300 I Street NW |
|                                         | Washington, D.C. 20005 |
|                                         | Telephone: (202) 538-8000 |
|                                         | Facsimile: (202) 538-8100 |
|                                         | jarednewton@quinnemanuel.com |
|                                         | Kevin Jang |
|                                         | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|                                         | 50 California Street, 22nd Floor |
|                                         | San Francisco, California 94111 |
|                                         | Telephone: (415) 875-6600 |
|                                         | Facsimile: (415) 875-6700 |
|                                         | kevinjang@quinnemanuel.com |
|                                         | *Attorneys for Defendant Wolfspeed, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this action.

This, the 27th day of July, 2023.

*/s/ Peter D. Siddoway*
Peter D. Siddoway