# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:21-cv-840 |
| WOLFSPEED, INC., | ) ) ) |
| Defendant | ) ) |

**NOTICE OF WOLFSPEED'S REQUEST FOR A STATUS CONFERENCE**

Defendant Wolfspeed, Inc. ("Wolfspeed") respectfully submits this Notice of its request for a status conference during the weeks of August 7 or 14, 2023, to discuss an extension of the close of fact discovery. Wolfspeed has concurrently filed a Motion for a Status Conference Regarding an Extension of the Fact Discovery Deadline, which is accompanied by a memorandum of law and exhibits. Wolfspeed suggests that the requested status conference could occur via remote teleconference.

1

Respectfully submitted on August 1, 2023,

By: */s/ Peter D. Siddoway*
Peter D. Siddoway
SAGE PATENT GROUP
2301 Sugar Bush Road, Suite 200
Raleigh, NC 27612
Telephone: 984-219-3369
Facsimile: 984-538-0416
Email: psiddoway@sagepat.com

*Attorney for Defendant Wolfspeed, Inc.*

*Of Counsel:*

Raymond N. Nimrod
Richard W. Erwine
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: raynimrod@quinnemanuel.com
Email: richarderwine@quinnemanuel.com

Jared Newton
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email: jarednewton@quinnemanuel.com

Kevin Jang
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: kevinjang@quinnemanuel.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Peter D. Siddoway*

Peter D. Siddoway