IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE TRUSTESS OF<br>PURDUE UNIVERSITY,<br>　　　Plaintiff<br><br>v.<br><br>WOLFSPEED, INC.<br>　　　Defendant | Civil Action No. 1:21-cv-840 |

## NOTICE OF DECISION DENYING DIRECTOR REVIEW

Plaintiff The Trustees of Purdue University files this Notice of Decision Denying Institution of *Inter Partes* Review as follows:

On March 25, 2022, Defendant Wolfspeed, Inc. filed IPR2022-00761 ("IPR761") challenging claims 9–11 of U.S. Patent No. 7,498,633 ("'633 Patent"). On November 8, 2022, the PTAB issued its Decision Denying Institution of IPR761, a true and correct copy of which is attached hereto as <u>Exhibit A</u>.

On August 21, 2023, Defendant Wolfspeed, Inc. filed Petitioner's Request for Director Review, a true and correct copy of which is attached hereto as <u>Exhibit B</u>.

On October 3, 2023, the PTAB issued its Decision Denying the Director Review, a true and correct copy of which is attached hereto as <u>Exhibit C</u>.

Dated: October 9, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Michael W. Shore
Allison Mullins　　　　　　　　　　　Texas Bar No. 18294915
N.C. State Bar No. 23430　　　　　　　Chijioke E. Offor
L. Cooper Harrell　　　　　　　　　　Texas Bar No. 24065840

N.C. State Bar No. 27875
TURNING POINT LITIGATION
MULLINS DUNCAN HARRELL &
RUSSELL PLLC
300 North Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3320
Facsimile: 336-645-3330
amullins@turningpointlit.com
charrell@turningpointlit.com

**COUNSEL FOR PLAINTIFF
THE TRUSTEES OF PURDUE
UNIVERSITY**

Halima Shukri Ndai
Texas Bar No. 24105486
THE SHORE FIRM
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Fax: 214-593-9111
mshore@shorefirm.com
coffor@shorefirm.com
hndai@shorefirm.com

**/s/ *John P. Lahad*** 
John P. Lahad
Texas Bar No. 24068095
Brian D. Melton
Texas Bar No. 24010620
Abbey E. McNaughton
Texas Bar No. 24116751
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 653-7859
Facsimile: (713) 654-6666
jlahad@susmangodfrey.com
bmelton@susmangodfrey.com
amcnaughton@susmangodfrey.com

**COUNSEL FOR PLAINTIFF
THE TRUSTEES OF PURDUE
UNIVERSITY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this action.

This the 9th day of October, 2023.

*/s/ John P. Lahad*
John P. Lahad