# EXHIBIT C

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE OFFICE OF THE UNDER SECRETARY OF COMMERCE
FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE
UNITED STATES PATENT AND TRADEMARK OFFICE

_____

WOLFSPEED, INC.
Petitioner,

v.

THE TRUSTEES OF PURDUE UNIVERSITY,
Patent Owner.

_____

IPR2022-00761
Patent 7,498,633 B2

_____

Before KATHERINE K. VIDAL, *Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office.*

ORDER

IPR2022-00761
Patent 7,498,633 B2

The Office received a request for Director Review of the Decision after Director Remand Denying Institution for the above-captioned case. *See* Paper 20; Ex. 3100. The request was referred to me.

Upon consideration of the request, it is:

ORDERED that the request for Director Review is denied.

IPR2022-00761
Patent 7,498,633 B2

For PETITIONER:

Raymond Nimrod
Jared Newton
QUINN EMANUEL URQUHART & SULLIVAN LLP
raynimrod@quinnemanuel.com
jarednewton@quinnemanuel.com


For PATENT OWNER:
Michelle Armond
Douglas Wilson
Patrick Maloney
Josepher Li
ARMOND WILSON LLP
michelle.armond@armondwilson.com
doug.wilson@armondwilson.com
patrick.maloney@armondwilson.com
josepher.li@armondwilson.com