IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE TRUSTEES OF PURDUE UNIVERSITY,<br><br>    Plaintiff,<br><br>vs.<br><br>WOLFSPEED, INC.<br><br>    Defendants. | Civil Action No. 1:21-CV-840<br><br>JURY TRIAL<br><br>DEMANDED |

## THIRD PARTY THE ESTATE OF JOHN PALMOUR'S MOTION TO QUASH THE SUBPOENA FROM PLAINTIFF THE TRUSTEES OF PURDUE UNIVERSITY

Third Party Mrs. Nancy Palmour, acting in her capacity as executor of the estate of her late husband Dr. John W. Palmour (the "Palmour Estate" or the "Estate"), respectfully moves this Court to quash the document and deposition subpoena (the "Subpoena") served by Plaintiff The Trustees of Purdue University ("Purdue") pursuant to Fed. R. Civ. P. 45 as well as reward the Estate with reasonable fees associated with the costs of responding to Purdue's Subpoena. In support, the Estate submits the accompanying memorandum of law with exhibits, as permitted by Local Rule 7.3

WHEREFORE, the Palmour Estate respectfully requests the Court to order that Purdue's Subpoena served on the Estate be quashed and that Purdue be ordered to compensate the Estate with reasonable fees associated with the costs of responding to the Subpoena.

Dated: December 28, 2023					Respectfully submitted,

						/s/ Peter D. Siddoway
						Peter D. Siddoway
*Of Counsel:*					SAGE PATENT GROUP
Raymond N. Nimrod				4120 Main at North Hills Street, Suite 230
Richard W. Erwine				Raleigh, NC 27609
QUINN EMANUEL URQUHART &			Telephone: 984-219-3369
SULLIVAN, LLP					Facsimile: 984-538-0416
51 Madison Avenue, 22nd Floor			Email: psiddoway@sagepat.com
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100			*Attorney for Defendant Wolfspeed, Inc.*
Email: raynimrod@quinnemanuel.com
Email: richarderwine@quinnemanuel.com

Jared Newton
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email: jarednewton@quinnemanuel.com

Kevin Jang
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: kevinjang@quinnemanuel.com

Chunmeng Yang
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Facsimile: (206) 905-7100
Email: chunmengyang@quinnemanuel.com

Yunzhi Leon Lin
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1200 Abernathy Road, Suite 1500

Atlanta, GA 30328  
Telephone: (404) 482-3502  
Facsimile: (404) 681-8290  
Email: leonlin@quinnemanuel.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 28, 2023 via email.

*/s/ Peter D. Siddoway*

Peter D. Siddoway

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 37.1(a), the undersigned hereby certifies that the parties have met and conferred and are at an impasse. Counsel for Plaintiff, including Chijioke E. Offor, and counsel for Wolfspeed, including Chunmeng Yang and Peter D. Siddoway, held a meet and confer on December 27, 2023 at 4 PM Eastern Time via video conference. The parties also confirmed their positions via email after the video conference on December 28, 2023. As described in the accompanying memorandum, the parties are at an impasse and unable to reach an accord without the involvement of the Court.

*/s/ Peter D. Siddoway*

Peter D. Siddoway