IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE TRUSTESS OF<br>PURDUE UNIVERSITY,<br>      Plaintiff<br><br>v.<br><br>WOLFSPEED, INC.<br>      Defendant | Civil Action No. 1:21-cv-840 |

**PLAINTIFF'S NOTICE REGARDING PENDING MATTER**

Pending before the Court is Purdue's objection to a Magistrate Judge Order, which granted Wolfspeed's motion for protective order to prevent the deposition of Gregg Lowe, its then-CEO. *See* Dkt. No. 155. Wolfspeed's request for a protective order was based on the apex doctrine, which is how the Magistrate Judge described the motion. *See* Dkt. No. 152 at 1 ("For the reasons that follow, the Court grants the Apex Motion…."). A new fact has developed that materially affects this pending objection, and Purdue feels its duty of candor requires notification to the Court.

On November 18, 2024, Wolfspeed announced the end of Mr. Lowe's employment with the company and specifically noted that he would no longer serve as President, CEO, or on Wolfspeed's board of directors. *See* <https://www.wolfspeed.com/company/news-events/news/wolfspeed-announces-leadership-transition/> (last visited November 21, 2024). Purdue files this Notice for the sole purpose of notifying the Court of this development and does not request any additional briefing or hearing.

1

| | |
|---|---|
| Dated: November 22nd, 2024 | Respectfully submitted, |
| **/s/ L. Cooper Harrell** | Michael W. Shore |
| Allison Mullins | Texas Bar No. 18294915 |
| N.C. State Bar No. 23430 | THE SHORE FIRM |
| L. Cooper Harrell | 901 Main Street, Suite 3300 |
| N.C. State Bar No. 27875 | Dallas, Texas 75202 |
| TURNING POINT LITIGATION | Telephone: 214-593-9110 |
| MULLINS DUNCAN HARRELL & | Fax: 214-593-9111 |
| RUSSELL PLLC | mshore@shorefirm.com |
| 300 North Greene Street, Suite 2000 | |
| Greensboro, NC 27401 | **/s/ John P. Lahad** |
| Telephone: 336-645-3320 | John P. Lahad |
| Facsimile: 336-645-3330 | Texas Bar No. 24068095 |
| amullins@turningpointlit.com | Brian D. Melton |
| charrell@turningpointlit.com | Texas Bar No. 24010620 |
| | Abbey E. McNaughton |
| | Texas Bar No. 24116751 |
| | SUSMAN GODFREY L.L.P. |
| | 1000 Louisiana, Suite 5100 |
| | Houston, TX 77002 |
| | Telephone: (713) 653-7859 |
| | Facsimile: (713) 654-6666 |
| | jlahad@susmangodfrey.com |
| | bmelton@susmangodfrey.com |
| | amcnaughton@susmangodfrey.com |
| | ***COUNSEL FOR PLAINTIFF*** |
| | ***THE TRUSTEES OF PURDUE*** |
| | ***UNIVERSITY*** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this action.

This the 22nd day of November, 2024.

/s/ L. Cooper Harrell
L. Cooper Harrell