# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THE TRUSTEES OF PURDUE
UNIVERSITY,

        Plaintiff,

v.

WOLFSPEED, INC.,

        Defendant.

CIVIL ACTION NO. 1:21-CV-840

JURY TRIAL DEMANDED

## JOINT STIPULATION OF DISMISSAL

Plaintiff The Trustees of Purdue University, by and through its counsel, along with Defendant Wolfspeed, Inc., by and through its counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this action is voluntarily dismissed in its entirety, with prejudice. The parties agree that each party shall be responsible for its own costs and fees.

This, the 6th day of March, 2025.

/s/ *L. Cooper Harrell*
Allison Mullins
N.C. State Bar No. 23430
L. Cooper Harrell
N.C. State Bar No. 27875
TURNING POINT LITIGATION
MULLINS DUNCAN HARRELL &
RUSSELL PLLC
300 North Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3320
Facsimile: 336-645-3330
amullins@turningpointlit.com
charrell@turningpointlit.com

Michael W. Shore
Texas Bar No. 18294915
THE SHORE FIRM
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: 214-593-9110
Fax: 214-593-9111
mshore@shorefirm.com

John P. Lahad
Texas Bar No. 24068095
Brian D. Melton
Texas Bar No. 24010620
Abbey E. McNaughton
Texas Bar No. 24116751
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 653-7859
Facsimile: (713) 654-6666
jlahad@susmangodfrey.com
bmelton@susmangodfrey.com
amcnaughton@susmangodfrey.com

***COUNSEL FOR PLAINTIFF
THE TRUSTEES OF PURDUE
UNIVERSITY***


*/s/ Richard W. Erwine*
Peter D. Siddoway
SAGE PATENT GROUP
4120 Main at North Hills Street, Suite 230
Raleigh, NC 27609
Telephone: 984-219-3369
Facsimile: 984-538-0416
Email: psiddoway@sagepat.com

Raymond N. Nimrod
Richard W. Erwine
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: raynimrod@quinnemanuel.com
Email:
richarderwine@quinnemanuel.com

Jared Newton
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email: jarednewton@quinnemanuel.com

Zachariah Summers
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
Email:
zachsummers@quinnemanuel.com

Kevin Jang
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: kevinjang@quinnemanuel.com

Chunmeng Yang
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Facsimile: (206) 905-7100
Email:
chunmengyang@quinnemanuel.com

Yunzhi Leon Lin
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1200 Abernathy Road NE, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
Facsimile: (404) 681-8290
Email: leonlin@quinnemanuel.com

***COUNSEL FOR DEFENDANT
WOLFSPEED, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

This, the 6th day of March, 2025.

/s/ *L. Cooper Harrell*
L. Cooper Harrell